# Exhibit B

# Travis CAD

Property Search    Map Search

## Property Search Results > 1 - 11 of 11 for Year 2020

Export Results    New Search

Click the "Details" or "Map" link to view more information about the property or click the checkbox next to each property and click "View Selected on Map" to view the properties on a single map.

○ Property Address    ○ Legal Description

| | Property ID | Geographic ID | Type | Property Address | Owner Name | DBA Name | Appraised Value | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 388457 | 001130000020 | Personal | 14231 TANDEM BLVD AUSTIN, TX 78728 | HEWLETT PACKARD ENTERPRISE COMPANY | HEWLETT PACKARD ENTERPRISE CO | N/A | View Details | |
| ☐ | 705934 | 001130000130 | Personal | 4616 HOWARD LN TX 78728 | HEWLETT PACKARD ENTERPRISE COMPANY | HEWLETT-PACKARD COMPANY | $660 | View Details | |
| ☐ | 750093 | 001130000080 | Personal | 3301 HIBBETTS RD AUSTIN, TX 78725 | HEWLETT PACKARD ENTERPRISE COMPANY | HEWLETT PACKARD ENTERPRISE COMPANY | N/A | View Details | |
| ☐ | 750149 | 001130000010 | Personal | 14219 TANDEM BLVD AUSTIN, TX 78728 | HEWLETT PACKARD ENTERPRISE COMPANY | HEWLETT PACKARD CO - MDSE | N/A | View Details | |
| ☐ | 874555 | 001130000030 | Personal | 14231 TANDEM BLVD TX 78728 | HEWLETT PACKARD ENTERPRISE COMPANY | HEWLETT PACKARD ENTERPRISE CO | N/A | View Details | |
| ☐ | 874556 | 001130000040 | Personal | 12515 RESEARCH BLVD TX | HEWLETT PACKARD ENTERPRISE COMPANY | HEWLETT PACKARD ENTERPRISE CO | $437,552 | View Details | |
| ☐ | 874557 | 001130000050 | Personal | 3301 ED BLUESTEIN BLVD AUSTIN, TX 78721 | HEWLETT PACKARD ENTERPRISE COMPANY | HEWLETT PACKARD ENTERPRISE CO | N/A | View Details | |
| ☐ | 874558 | 001130000060 | Personal | 11550 STONEHOLLOW DR TX 78758 | HEWLETT PACKARD ENTERPRISE COMPANY | HEWLETT PACKARD ENTERPRISE CO | N/A | View Details | |
| ☐ | 889825 | 001130000100 | Personal | 3302 HIBBETTS RD TX 78725 | HEWLETT PACKARD ENTERPRISE COMPANY | HEWLETT PACKARD ENTERPRISE COMPANY | N/A | View Details | |
| ☐ | 905529 | 0272181702 | Real | MERRILLTOWN DR TX 78728 | HEWLETT PACKARD ENTERPRISE COMPANY | | $252,816 | View Details | View Map |
| ☐ | 783965 | 0207260301 | Real | 3301 ED BLUESTEIN BLVD TX 78721 | HP ENTERPRISES SERVICES LLC | HEWLETT PACKARD DATA CENTER | $55,372,355 | View Details | View Map |

Page: 1

## Questions Please Call (512) 834-9317

This site requires cookies to be enabled in your browser settings.

Website version: 1.2.2.30     Database last updated on: 7/6/2020 12:02 AM     © N. Harris Computer Corporation