# Exhibit C



Solutions    Services    Products    About Us    Support

Home / Aruba / Switches / FlexNetwork / Campus / HPE FlexNetwork 5510 HI Switch Series

Search for Model:    User Settings    Language :
English (US)  |  Currency :  USD

1  Select a product    2  configure    3  Submit for quote

## HPE FlexNetwork 5510 HI Switch Series



The HPE FlexNetwork 5510 HI Switch Series delivers outstanding resiliency, security, and multiservice support for medium and large enterprise networks. This switch includes enterprise-class QoS; dual, redundant power supplies with support for PoE+; 10GbE and 40GbE uplinks; 9 chassis IRF stacking; Static & RIP Routing, MACsec, OSPF, IPv6 and Energy Efficient Ethernet. The 5510 HI offers adva…more

PRODUCTS    LIST PRICE (Indicative)

### Factory Integrated Models (CTO) - *Configured Components are integrated at the factory

**HPE FlexNetwork 5510 24G 4SFP+ HI 1-slot Switch (JH145A )** CTO

- 24 RJ-45 autosensing 10/100/1000 ports
- 4 fixed Gigabit Ethernet SFP+ ports (min=0 \ max=4 SFP/SFP+ Transceivers)
- 1 port expansion module slots
- 1 HP 5500 150WDC Power Supply
- 1U - Height

USD **9,296.00**    🔧 Configure

**HPE FlexNetwork 5510 48G 4SFP+ HI 1-slot Switch (JH146A)** CTO

- 48 RJ-45 autosensing 10/100/1000 ports
- 4 fixed Gigabit Ethernet SFP+ ports (min=0 \ max=4 SFP/SFP+ Transceivers)
- 1 port expansion module slots
- 1 HP 5500 150WDC Power Supply
- 1U - Height

USD **13,106.00**    🔧 Configure

**HPE FlexNetwork 5510 24G PoE+ 4SFP+ HI 1-slot Switch (JH147A)** CTO

- 24 RJ-45 autosensing 10/100/1000 PoE+ ports
- 4 fixed Gigabit Ethernet SFP+ ports (min=0 \ max=4 SFP/SFP+ Transceivers)
- 1 port expansion module slots
- 1 HP X362 720W 100-240VAC to 56VDC PoE Power Supply
- 1U - Height

USD **9,810.00**    🔧 Configure

**HPE FlexNetwork 5510 48G PoE+ 4SFP+ HI 1-slot Switch (JH148A)** CTO

- 48 RJ-45 autosensing 10/100/1000 PoE+ ports
- 4 fixed Gigabit Ethernet SFP+ ports (min=0 \ max=4 SFP/SFP+ Transceivers)
- 1 port expansion module slots

USD **14,317.00**    🔧 Configure



- 1 HP X362 720W 100-240VAC to 56VDC PoE Power Supply
- 1U - Height

---

### HPE FlexNetwork 5510 24G SFP 4SFP+ HI 1-slot Switch (JH149A) CTO

USD **15,416.00**    **Configure**

- 16 SFP fixed Gigabit Ethernet SFP ports (min=0 \ max=16 SFP Transceivers)
- 8 RJ-45/ SFP fixed combo ports (min=0 \ max=8 SFP Transceivers)
- 4 fixed SFP+ ports (min=0 \ max=4 SFP+ Transceivers)
- 1 open module slots, or a combination
- 1 HP 5500 150WDC Power Supply
- 1U - Height

---

## Other Options

→ Upload and open config file

**BROWSE FOR HPC FILE**

→ Email support

→ Search for an existing configuration    *Edit Configuration Id*

→ Product Information Library

United States

| Corporate | Partners | Social | Communities | Customer Resources | Legal |
|---|---|---|---|---|---|
| About HPE | Partner Programs | LinkedIn | HPE Blogs and Forum | How to buy | Privacy |
| Accessibility | Find a Partner | Facebook | | Enterprise Store | Terms of Use |
| Careers | | Twitter | | Public Sector Store | Ad Choices & Cookies |
| Contact Us | | YouTube | | Education and Training | Do Not Sell My Personal Information |
| Corporate Responsibility | | | | Email Signup | Supply Chain Transparency |
| Events | | | | Executive Briefing Centers | |
| Hewlett Packard Labs | | | | Look up old HP.com URL | |
| Investor Relations | | | | | |
| Leadership | | | | | |
| Newsroom | | | | | |
| Public Policy | | | | | |
| Sitemap | | | | | |

© Copyright 2020 Hewlett Packard Enterprise Development LP

