# Exhibit D





Hewlett Packard Enterprise

Austin, TX

6 days ago

**DevOps Solution Architect**

Hewlett Packard Enterprise

Austin, TX

3 months ago

[PROS IT Technical Developer](#)

Hewlett Packard Enterprise

Austin, TX

2 months ago

**SFDC IT Developer**

Hewlett Packard Enterprise

Austin, TX

2 months ago

**Senior SAP ABAP FICO Developer**

Hewlett Packard Enterprise

Austin, TX

6 days ago

**Order Capture IT Technical Developer**

Hewlett Packard Enterprise

Austin, TX

2 months ago

You've viewed all jobs for this search

More searches ⌄

Linkedin   © 2020   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community Guidelines   Language ⌄