**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

WSOU Investments, LLC

vs.                                                    Case No.:  6:20-cv-00725-ADA

Hewlett Packard Enterprise Company

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Timothy J. Rousseau                    , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  plaintiff WSOU Investments, LLC            in this case, and

would respectfully show the Court as follows:

1.   Applicant is an attorney and a member of the law firm (or practices under the name of)

Brown Rudnick LLP                            with offices at:

Mailing address:  7 Times Square

City, State, Zip Code:  New York, NY 10036

Telephone:  (212) 209-4800          Facsimile:  (212) 209-4801

2.   Since  March 10, 2009              , Applicant has been and presently is a

member of and in good standing with the Bar of the State of  New York          .

Applicant's bar license number is  4698742                              .

3.   Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| D. Mass. | Apr. 10, 2009 |
| S.D.N.Y. and E.D.N.Y. | May 12 and 13, 2009 |
| E.D. Tex. | Sept. 30, 2010 |
| Fed. Cir. | Apr. 29, 2011 |
| E.D. Mich. | Sept. 13, 2013 |

4.      Applicant is presently a member in good standing of the bars of the courts listed above,
        except as provided below (list any court named in the preceding paragraph before which
        Applicant is no longer admitted to practice):

        n/a

5.      I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district
        court in Case[s]:

        Number: _____ on the _____ day of _____, _____.

        Number: _____ on the _____ day of _____, _____.

        Number: _____ on the _____ day of _____, _____.

6.      Applicant has never been subject to grievance proceedings or involuntary removal
        proceedings while a member of the bar of any state or federal court, except as
        provided:

        n/a

7.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,
        except as provided below (omit minor traffic offenses):

        n/a

8.      Applicant has read and is familiar with the Local Rules of the Western District of Texas
        and will comply with the standards of practice set out therein.

9.  Applicant will file an Application for Admission to Practice before the United States
District Court for the Western District of Texas, if so requested; or Applicant has
co-counsel in this case who is admitted to practice before the United States District
Court for the Western District of Texas.

Co-counsel:  Raymond W. Mort, III

Mailing address:  100 Congress Avenue, Suite 2000

City, State, Zip Code:  Austin, TX 78701

Telephone:  (512) 677-6825

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Timothy J. Rousseau to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Timothy J. Rousseau
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 14th day of August, 2020.

Timothy J. Rousseau
[printed name of Applicant]

[signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

WSOU Investments, LLC

vs.                                                    Case No.:  6:20-cv-00725-ADA

Hewlett Packard Enterprise Company


# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by  Timothy J. Rousseau                      , counsel for

plaintiff WSOU Investments, LLC                    , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Timothy J. Rousseau                    may appear on behalf of  plaintiff WSOU Investments, LLC

in the above case.

IT IS FURTHER ORDERED that  Timothy J. Rousseau                      , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of  August                      , 20_____.


                                        _____
                                        UNITED STATES DISTRICT JUDGE