AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20-cv-00725-ADA

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Hewlett Packard Enterprise Company
was received by me on *(date)*  August 12, 2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Service accomplished via Certified Mail with Electronic Delivery Confirmation
USPS# 9402611898765829547533
Delivered on August 18, 2020

My fees are $_____ for travel and $_____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 24, 2020

*Server's signature*

Raymond W. Mort, III
*Printed name and title*

The Mort Law Firm, PLLC
100 Congress Ave, Suite 2000
Austin, Texas 78701
*Server's address*

Additional information regarding attempted service, etc:

## Electronic Delivery Confirmation™



**USPS CERTIFIED MAIL**

9402 6118 9876 5829 5475 33

The Mort Law Firm, PLLC
100 CONGRESS AVE STE 2000
AUSTIN TX 78701-2745

Hewlett Packard Enterprise Company
c/o CT Corporation System
1999 BRYAN ST STE 900
DALLAS TX 75201-3140

US POSTAGE AND FEES PAID
PRIORITY MAIL
Aug 12 2020
Mailed from ZIP 78701
1 lb PM Zone 3

11923275
CommercialBasePrice



062S0012913542

| | |
|---|---|
| Reference | HPE-WSOU |
| USPS # | 9402611898765829547533 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered at Aug 18 in DALLAS,TX 75201. |
| USPS History | Arrived at Unit at Aug 18 in DALLAS,TX 75201. |
| | Available for Pickup at Aug 17 in DALLAS,TX 75201. |
| | Out for Delivery at Aug 17 in DALLAS,TX 75201. |
| | In Transit to Next Facility at Aug 16 in , . |
| | Arrived at USPS Regional Destination Facility at Aug 15 in DALLAS TX DISTRIBUTION CENTER, . |
| | Departed USPS Regional Origin Facility at Aug 15 in AUSTIN TX DISTRIBUTION CENTER, . |
| | Arrived at USPS Regional Origin Facility at Aug 14 in AUSTIN TX DISTRIBUTION CENTER, . |
| | USPS picked up item at Aug 13 in AUSTIN,TX 78749. |
| | Mail piece was scanned in ZIP code 78701 on Aug 12 |

**Electronic Delivery Confirmation Report © 2020** Certified Mail Envelopes, Inc. All rights reserved.
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.   USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2020** Certified Mail Envelopes, Inc.   www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 08/24/2020 (UTC)**

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAGE DELIVE…

# USPS Tracking®

FAQs >

Track Another Package +

Remove X

**Tracking Number:** 9402611898765829547533

Your item was delivered at 9:51 am on August 18, 2020 in DALLAS, TX 75201.

**USPS Premium Tracking™ Available** ∨

Feedback


**Delivered**

August 18, 2020 at 9:51 am
Delivered
DALLAS, TX 75201

Get Updates ∨

---

Text & Email Updates ∨

Tracking History ∧

**August 18, 2020, 9:51 am**
Delivered
DALLAS, TX 75201
Your item was delivered at 9:51 am on August 18, 2020 in DALLAS, TX 75201.

**August 18, 2020, 9:37 am**
Arrived at Unit
DALLAS, TX 75201

**August 17, 2020, 7:16 pm**
Available for Pickup
DALLAS, TX 75201

**August 17, 2020, 7:10 am**
Out for Delivery
DALLAS, TX 75201

**August 16, 2020**
In Transit to Next Facility

**August 15, 2020, 8:15 pm**
Arrived at USPS Regional Destination Facility
DALLAS TX DISTRIBUTION CENTER

**August 15, 2020, 3:46 am**
Departed USPS Regional Origin Facility
AUSTIN TX DISTRIBUTION CENTER

Feedback

**August 14, 2020, 6:17 pm**
Arrived at USPS Regional Origin Facility
AUSTIN TX DISTRIBUTION CENTER

**August 13, 2020, 3:39 pm**
USPS picked up item
AUSTIN, TX 78749

**August 12, 2020, 10:24 pm**
Shipping Label Created, USPS Awaiting Item
AUSTIN, TX 78701

**Premium Tracking** ⌄

**Product Information** ⌄

Feedback

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback