# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, § <br> § <br> Plaintiff, § <br> § <br> § <br> v. § <br> § <br> HEWLETT PACKARD ENTERPRISE § <br> COMPANY, § <br> § <br> Defendant. § | CIVIL ACTION NO. 6:20-cv-725-ADA |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Hewlett Packard Enterprise Company ("Defendant") files this Unopposed Motion for Extension of Time to Respond to Complaint and respectfully shows the following:

Plaintiff WSOU Investments, LLC filed its Complaint on August 12, 2020 (Dkt. No. 1) and served Defendant on August 18, 2020. Defendant's current response deadline is September 8, 2020. Defendant requests an extension to respond on or before October 23, 2020. Counsel for Defendant conferred with counsel for Plaintiff who stated that Plaintiff does not oppose this request.

Wherefore, Defendant respectfully requests that the Court grant this motion and enter an order extending the deadline for Defendant to answer or otherwise respond to the Complaint to October 23, 2020.

Respectfully submitted,

Dated: September 1, 2020	By:   /s/ *Barry K. Shelton*
            Barry K. Shelton
            Texas State Bar No. 24055029
            **SHELTON COBURN LLP**
            311 RR 620, Suite 205
            Austin, TX 78734-4775
            bshelton@sheltoncoburn.com
            (512) 263-2165 (Telephone)
            (512) 263-2166 (Facsimile)

            ATTORNEYS FOR DEFENDANT
            HEWLETT PACKARD ENTERPRISE
            COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

/s/ <i>Barry K. Shelton</i><br>
Barry K. Shelton