FILED
September 22, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Reuben Amaro____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

## STANDING ORDER REGARDING
## NOTICE OF READINESS FOR SCHEDULING CONFERENCE IN PATENT CASES

In all patent cases pending before the undersigned, after all Defendants have responded to the initial pleadings (whether by Answer or Motion), the Parties are directed to meet-and-confer within seven (7) days of the last Answer or Motion to discuss any pre-*Markman* issues and the Parties shall jointly file the Case Readiness Status Report ("CRSR") in the format attached as Exhibit A promptly thereafter. Plaintiff shall be responsible for ensuring the prompt submission of the CRCR. Plaintiff shall also email the Court (TXWDml_LawClerks_JudgeAlbright@txwd.uscourts.gov) a courtesy copy of the CRSR and shall also copy the Defendants.

**SIGNED** this 22nd day of September, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

**VERSION 2.0**

# Exhibit A

**VERSION 2.0**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **[Plaintiff],**<br><br>Plaintiff<br><br>v.<br><br>**[Defendant],**<br><br>Defendant | Case No. 6:20-cv-00000-ADA<br><br>**JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff [name] and Defendant [name(s)], hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on [filing date]. There have been [one/two] extension[s] for a total of __ days.

## RESPONSE TO THE COMPLAINT

[Indicate if/when the defendant(s) responded to the Complaint, whether it was an Answer or Motion, and whether any counterclaims were filed other than counterclaims for non-infringement or invalidity]

## PENDING MOTIONS

[Identify all pending motions]

## RELATED CASES IN THIS JUDICIAL DISTRICT

[Identify all related cases in this Judicial District, including any other cases where a common patent is asserted]

**VERSION 2.0**

## IPR, CBM, AND OTHER PGR FILINGS

[There are no known IPR, CBM, or other PGR filings.] [Or]

ALT: IPR2020-00000 was filed on ____ and docketed on ____. A Final Written decision is expected on or before _____.]

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted [Num Patents] patent[s] and a total of [Num Claims] claims.

[If a Plaintiff has already served Preliminary Infringement Contentions ("PICs"), note the date of service.  Note: Per the Court's Order Governing Proceeding, Plaintiff must serve PICs no later than 7 days before the CMC]

## APPOINTMENT OF TECHNICAL ADVISER

[Indicate whether the parties request a technical adviser to be appointed to the case to assist the Court with claim construction or other technical issues]

## MEET AND CONFER STATUS

Plaintiff and Defendant conducted a meet & confer conference. [The parties have no pre-Markman issues to raise at the CMC.] or [The parties identified the following pre-Markman issues to raise at the CMC [list].

Dated: _____                                         Respectfully Submitted

                                                           /s/ _____

**VERSION 2.0**