# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>    Defendant. | **Civil Action No. 6:20-cv-00725-ADA** |

## DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hewlett Packard Enterprise Company states that it is a publicly held corporation and has no parent corporation. No publicly held corporation owns more than 10% of Hewlett Packard Enterprise Company's stock.

Dated:  October 28, 2020                                   Respectfully submitted,

                                                 By:   */s/ Barry K. Shelton*

                                                      Barry K. Shelton
                                                      Texas Bar No. 24055029
                                                      SHELTON COBURN LLP
                                                      311 RR 620 S, Suite 205
                                                      Austin, TX 78734-4775
                                                      Telephone:  (512) 263-2165
                                                      Facsimile:  (512) 263-2166
                                                      bshelton@sheltoncoburn.com

                                                      **COUNSEL FOR DEFENDANT**
                                                      **HEWLETT PACKARD**
                                                     **ENTERPRISE COMPANY**

## CERTIFICATE OF SERVICE

     The foregoing document was filed under the Court's CM/ECF system, automatically effecting service on counsel of record for all other parties who have appeared in this action on the date of such service.

                                                      */s/ Barry K. Shelton*
                                                      Barry K. Shelton