# Exhibit C



Solutions   Services   Products   About Us   Support

Home / Aruba / Switches / FlexNetwork / Campus / HPE FlexNetwork 5510 HI Switch Series

Search for Model:    User Settings   Language :
English (US)  |  Currency :  USD

1  Select a product            2  configure            3  Submit for quote

## HPE FlexNetwork 5510 HI Switch Series



The HPE FlexNetwork 5510 HI Switch Series delivers outstanding resiliency, security, and multiservice support for medium and large enterprise networks. This switch includes enterprise-class QoS; dual, redundant power supplies with support for PoE+; 10GbE and 40GbE uplinks; 9 chassis IRF stacking; Static & RIP Routing, MACsec, OSPF, IPv6 and Energy Efficient Ethernet. The 5510 HI offers adva...more

PRODUCTS                                                                                       LIST PRICE (Indicative)

### Factory Integrated Models (CTO) - *Configured Components are integrated at the factory

**HPE FlexNetwork 5510 24G 4SFP+ HI 1-slot Switch (JH145A )** CTO        USD **9,296.00**    🔧 Configure

- 24 RJ-45 autosensing 10/100/1000 ports
- 4 fixed Gigabit Ethernet SFP+ ports (min=0 \ max=4 SFP/SFP+ Transceivers)
- 1 port expansion module slots
- 1 HP 5500 150WDC Power Supply
- 1U - Height

**HPE FlexNetwork 5510 48G 4SFP+ HI 1-slot Switch (JH146A)** CTO        USD **13,106.00**    🔧 Configure

- 48 RJ-45 autosensing 10/100/1000 ports
- 4 fixed Gigabit Ethernet SFP+ ports (min=0 \ max=4 SFP/SFP+ Transceivers)
- 1 port expansion module slots
- 1 HP 5500 150WDC Power Supply
- 1U - Height

**HPE FlexNetwork 5510 24G PoE+ 4SFP+ HI 1-slot Switch (JH147A)** CTO        USD **9,810.00**    🔧 Configure

- 24 RJ-45 autosensing 10/100/1000 PoE+ ports
- 4 fixed Gigabit Ethernet SFP+ ports (min=0 \ max=4 SFP/SFP+ Transceivers)
- 1 port expansion module slots
- 1 HP X362 720W 100-240VAC to 56VDC PoE Power Supply
- 1U - Height

**HPE FlexNetwork 5510 48G PoE+ 4SFP+ HI 1-slot Switch (JH148A)** CTO        USD **14,317.00**    🔧 Configure

- 48 RJ-45 autosensing 10/100/1000 PoE+ ports
- 4 fixed Gigabit Ethernet SFP+ ports (min=0 \ max=4 SFP/SFP+ Transceivers)
- 1 port expansion module slots

- 1 HP X362 720W 100-240VAC to 56VDC PoE Power Supply
- 1U - Height

### HPE FlexNetwork 5510 24G SFP 4SFP+ HI 1-slot Switch (JH149A) CTO

USD **15,416.00**   Configure

- 16 SFP fixed Gigabit Ethernet SFP ports (min=0 \ max=16 SFP Transceivers)
- 8 RJ-45/ SFP fixed combo ports (min=0 \ max=8 SFP Transceivers)
- 4 fixed SFP+ ports (min=0 \ max=4 SFP+ Transceivers)
- 1 open module slots, or a combination
- 1 HP 5500 150WDC Power Supply
- 1U - Height

## Other Options

→ Upload and open config file

BROWSE FOR HPC FILE

→ Email support

→ Search for an existing configuration    Edit Configuration Id

→ Product Information Library

United States

| Corporate | Partners | Social | Communities | Customer Resources | Legal |
|---|---|---|---|---|---|
| About HPE | Partner Programs | LinkedIn | HPE Blogs and Forum | How to buy | Privacy |
| Accessibility | Find a Partner | Facebook | | Enterprise Store | Terms of Use |
| Careers | | Twitter | | Public Sector Store | Ad Choices & Cookies |
| Contact Us | | YouTube | | Education and Training | Do Not Sell My Personal Information |
| Corporate Responsibility | | | | Email Signup | Supply Chain Transparency |
| Events | | | | Executive Briefing Centers | |
| Hewlett Packard Labs | | | | Look up old HP.com URL | |
| Investor Relations | | | | | |
| Leadership | | | | | |
| Newsroom | | | | | |
| Public Policy | | | | | |
| Sitemap | | | | | |

© Copyright 2020 Hewlett Packard Enterprise Development LP

