# EXHIBIT 1

LEAD_CASE,PATENT

# U.S. District Court [LIVE]
## Western District of Texas (Waco)
### CIVIL DOCKET FOR CASE #: 6:19-cv-00432-ADA

| | |
|---|---|
| Parus Holdings Inc. v. Apple Inc. | Date Filed: 07/22/2019 |
| Assigned to: Judge Alan D Albright | Jury Demand: Both |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Parus Holdings Inc.**   represented by   **Andrew H. DeVoogd**
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
617-348-1611
Fax: 617-542-2241
Email: AHDeVoogd@mintz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Courtney Herndon**
Mintz Levin Cohn Ferris Glovsky and Popeo, PC
One Financial Center
Boston, MA 02111
617-348-1871
Email: cherndon@mintz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristina R. Cary**
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
617 385 7535
Fax: 617 385 7501
Email: kristina.cary@kirkland.com
*TERMINATED: 01/13/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. McNamara**
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo P.C.
One Financial Center
Boston, MA 02111

| | | |
|---|---|---|
| | | There is no document associated with this entry.) (jy) (Entered: 02/20/2020) |
| 02/20/2020 | | Text Order GRANTING 54 Motion to Dismiss entered by Judge Alan D Albright. Before the Court is Defendant's motion to dismiss claims of willful infringement, indirect infringement, and injunctive relief. The Court held a hearing on this motion on January 31, 2020. During the hearing, Plaintiff withdrew its request for injunctive relief. For the reasons described during the hearing, the Court GRANTS the motion without prejudice, but Plaintiff is GRANTED leave to amend its pleadings to reassert these claims after the start of discovery if it is able to substantiate those allegations. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 02/20/2020) |
| 02/20/2020 | | Text Order GRANTING 53 Motion to Dismiss entered by Judge Alan D Albright. Before the Court is Defendant's motion to dismiss claims of willful infringement, indirect infringement, and injunctive relief. The Court held a hearing on this motion on January 31, 2020. During the hearing, Plaintiff withdrew its request for injunctive relief. For the reasons described during the hearing, the Court GRANTS the motion without prejudice, but Plaintiff is GRANTED leave to amend its pleadings to reassert these claims after the start of discovery if it is able to substantiate those allegations. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 02/20/2020) |
| 02/25/2020 | 109 | ANSWER to 28 Amended Complaint with Jury Demand by Amazon.Com, Inc..(Shamilov, Saina) (Entered: 02/25/2020) |
| 02/25/2020 | 110 | ANSWER to 28 Amended Complaint with Jury Demand by Google LLC. (Amstutz, Paige) (Entered: 02/25/2020) |
| 02/25/2020 | 111 | ANSWER to 28 Amended Complaint with Jury Demand by LG Electronics USA, Inc., LG Electronics, Inc..(Amstutz, Paige) (Entered: 02/25/2020) |
| 02/25/2020 | 112 | ANSWER to 28 Amended Complaint with Jury Demand by Apple Inc.. (Ravel, J.) (Entered: 02/25/2020) |
| 02/25/2020 | 113 | ANSWER to Complaint with Jury Demand *(Answer to Amended Complaint 22 in 6:19cv438)*, COUNTERCLAIM against Parus Holdings Inc. by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd..(Jones, Michael) (Entered: 02/25/2020) |
| 02/27/2020 | 114 | ORDER GRANTING 72 Motion for Discovery. The Court GRANTS Paruss request for venue-related discovery. It is therefore ORDERED that the Parties work together in good faith to determine an expedited schedule for venue-related discovery and to narrow Paruss discovery requests. To the extent the Parties are unable to agree on an expedited schedule and/or to narrow the discovery requests, the Parties are encouraged to contact the Courts law clerk to schedule a telephonic hearing to resolve these issues. Signed by Judge Alan D Albright. (am) (Entered: 02/27/2020) |
| 03/12/2020 | 115 | ORDER SETTING TELEPHONIC DISCOVERY HEARING, Telephone Conference set for 3/12/2020 04:00 PM before Judge Alan D Albright. Signed by Judge Alan D Albright. (am) (Entered: 03/12/2020) |
| | | |