# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00725-ADA |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY | § | |

## <u>ORDER SETTING JURY SELECTION AND TRIAL</u>

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY SELECTION AND TRIAL** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Monday, May 09, 2022 at 09:00 AM**.  All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 23rd day of November, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE