UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Nos. 6:20-cv-00725-ADA<br>6:20-cv-00726-ADA<br>6:20-cv-00727-ADA<br>6:20-cv-00728-ADA<br>6:20-cv-00729-ADA<br>6:20-cv-00730-ADA<br>6:20-cv-00783-ADA |

**[PROPOSED] DISCOVERY ORDER**

Pursuant to the Order Governing Proceedings, the following combination of common (which can be used across all of the seven cases) and case-specific (which can only be used for a specific case) discovery limits will apply to the seven cases references above:

| Category | Common | Case Specific |
|---|---|---|
| Interrogatories | 8 | 12 |
| Requests for Admission | 10 | 20 |
| Requests for Production | 10 | 35 |
| Fact (Party) Depositions | 10 hours per side | 21 hours per side |
| Fact (Third Party) Depositions | n/a | 21 hours per side |
| Expert Depositions | 7 hours per report; if the same report applies to multiple cases: | |
| | 3 hours per report | 4 hours per report |

Signed this ___ day of December, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE