**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | No. 6:20-cv-00725-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS BRAZOS'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Before the Court is Defendant Hewlett Packard Enterprise Company's Motion to Dismiss Plaintiff Brazos's First Amended Complaint for Failure to State a Claim pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. 25).  The Court, having considered the motion, finds that the Motion should be DENIED.

It is, therefore, ORDERED that Defendant's Motion to Dismiss is hereby DENIED.

Signed this ___ day of _____, 20____.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE