AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:20-cv-00725-ADA |
| HEWLETT PACKARD ENTERPRISE COMPANY | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Hewlett Packard Enterprise Company.

Date: 01/04/2021

/s/ Callie C. Butcher
*Attorney's signature*

Callie C. Butcher, Texas Bar No. 24092203
*Printed name and bar number*
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201

*Address*

cbutcher@sidley.com
*E-mail address*

(214) 981-3300
*Telephone number*

(214) 981-3400
*FAX number*