**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Nos. 6:20-cv-00725-ADA<br>6:20-cv-00726-ADA<br>6:20-cv-00727-ADA<br>6:20-cv-00728-ADA<br><br>**JURY TRIAL DEMANDED** |

**ADDITIONAL ATTACHMENT TO MAIN DOCUMENT**

**TO**

**Brazos's Opening Claim Construction Brief Regarding**
**U.S. Patent Nos. 7,280, 534; 7,386,630; 7,443,832; and 7,519,056**

**(Dkt. No. 37)**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby files a corrected Exhibit 5 to Brazos's Opening Claim Construction Brief Regarding U.S. Patent Nos. 7,280, 534; 7,386,630; 7,443,832; and 7,519,056 (Dkt. No. 37).

1. Exhibit 5: Declaration of Scott Nettles, Ph.D. with Exhibit A (curriculum vitae).

Respectfully submitted,

Dated: March 17, 2021

/s/ Raymond W. Mort, III
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Avenue, Suite 2000
Austin, Texas 78701
tel/fax: (512) 677-6825

Alessandra C. Messing
New York State Bar No. 5040019
amessing@brownrudnick.com
Timothy J. Rousseau
New York State Bar No. 4698742
trousseau@brownrudnick.com
Yarelyn Mena
(*pro hac vice*)
ymena@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
telephone:   (212) 209-4800
facsimile:   (212) 209-4801

Edward J. Naughton
Massachusetts State Bar No. 600059
enaughton@brownrudnick.com
Rebecca MacDowell Lecaroz
(*pro hac vice*)
rlecaroz@brownrudnick.com
BROWN RUDNICK LLP

One Financial Center
Boston, Massachusetts 02111
telephone:	(617) 856-8200
facsimile:	(617) 856-8201

David M. Stein
Texas State Bar No. 797494
dstein@brownrudnick.com
Sarah G. Hartman
California State Bar No. 281751
shartman@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
telephone:	(949) 752-7100
facsimile:	(949) 252-1514

*Counsel for Plaintiff
WSOU Investments, LLC d/b/a
Brazos Licensing and Development*