**EXHIBIT 13**

Network Working Group
Request for Comments: 3036
Category: Standards Track

L. Andersson
Nortel Networks Inc.
P. Doolan
Ennovate Networks
N. Feldman
IBM Corp
A. Fredette
PhotonEx Corp
B. Thomas
Cisco Systems, Inc.
January 2001

LDP Specification

Status of this Memo

   This document specifies an Internet standards track protocol for the
   Internet community, and requests discussion and suggestions for
   improvements.  Please refer to the current edition of the "Internet
   Official Protocol Standards" (STD 1) for the standardization state
   and status of this protocol.  Distribution of this memo is unlimited.

Copyright Notice

   Copyright (C) The Internet Society (2001).  All Rights Reserved.

Abstract

   The architecture for Multi Protocol Label Switching (MPLS) is
   described in RFC 3031.  A fundamental concept in MPLS is that two
   Label Switching Routers (LSRs) must agree on the meaning of the
   labels used to forward traffic between and through them.  This common
   understanding is achieved by using a set of procedures, called a
   label distribution protocol, by which one LSR informs another of
   label bindings it has made.  This document defines a set of such
   procedures called LDP (for Label Distribution Protocol) by which LSRs
   distribute labels to support MPLS forwarding along normally routed
   paths.

Table of Contents

1          LDP Overview  .......................................  5
1.1        LDP Peers  ..........................................  6
1.2        LDP Message Exchange  ...............................  6
1.3        LDP Message Structure  ..............................  7
1.4        LDP Error Handling  .................................  7
1.5        LDP Extensibility and Future Compatibility  .........  7
1.6        Specification Language  .............................  7
2          LDP Operation  ......................................  8
2.1        FECs  ...............................................  8
2.2        Label Spaces, Identifiers, Sessions and Transport  ..  9
2.2.1      Label Spaces  .......................................  9
2.2.2      LDP Identifiers  ....................................  10
2.2.3      LDP Sessions  .......................................  10
2.2.4      LDP Transport  ......................................  11
2.3        LDP Sessions between non-Directly Connected LSRs  ...  11
2.4        LDP Discovery  ......................................  11
2.4.1      Basic Discovery Mechanism  ..........................  12
2.4.2      Extended Discovery Mechanism  .......................  12
2.5        Establishing and Maintaining LDP Sessions  ..........  13
2.5.1      LDP Session Establishment  ..........................  13
2.5.2      Transport Connection Establishment  .................  13
2.5.3      Session Initialization  .............................  14
2.5.4      Initialization State Machine  .......................  17
2.5.5      Maintaining Hello Adjacencies  ......................  20
2.5.6      Maintaining LDP Sessions  ...........................  20
2.6        Label Distribution and Management  ..................  21
2.6.1      Label Distribution Control Mode  ....................  21
2.6.1.1    Independent Label Distribution Control  .............  21
2.6.1.2    Ordered Label Distribution Control  .................  21
2.6.2      Label Retention Mode  ...............................  22
2.6.2.1    Conservative Label Retention Mode  ..................  22
2.6.2.2    Liberal Label Retention Mode  .......................  22
2.6.3      Label Advertisement Mode  ...........................  23
2.7        LDP Identifiers and Next Hop Addresses  .............  23
2.8        Loop Detection  .....................................  24
2.8.1      Label Request Message  ..............................  24
2.8.2      Label Mapping Message  ..............................  26
2.8.3      Discussion  .........................................  27
2.9        Authenticity and Integrity of LDP Messages  .........  28
2.9.1      TCP MD5 Signature Option  ...........................  28
2.9.2      LDP Use of TCP MD5 Signature Option  ................  30
2.10       Label Distribution for Explicitly Routed LSPs  ......  30
3          Protocol Specification  .............................  31
3.1        LDP PDUs  ...........................................  31
3.2        LDP Procedures  .....................................  32
3.3        Type-Length-Value Encoding  .........................  32

3.4       TLV Encodings for Commonly Used Parameters  .........  34
3.4.1     FEC TLV  ............................................  34
3.4.1.1   FEC Procedures  .....................................  37
3.4.2     Label TLVs  .........................................  37
3.4.2.1   Generic Label TLV  ..................................  37
3.4.2.2   ATM Label TLV  ......................................  38
3.4.2.3   Frame Relay Label TLV  ..............................  38
3.4.3     Address List TLV  ...................................  39
3.4.4     Hop Count TLV  ......................................  40
3.4.4.1   Hop Count Procedures  ...............................  40
3.4.5     Path Vector TLV  ....................................  41
3.4.5.1   Path Vector Procedures  .............................  42
3.4.5.1.1 Label Request Path Vector  ..........................  42
3.4.5.1.2 Label Mapping Path Vector  ..........................  43
3.4.6     Status TLV  .........................................  43
3.5       LDP Messages  .......................................  45
3.5.1     Notification Message  ...............................  47
3.5.1.1   Notification Message Procedures  ....................  48
3.5.1.2   Events Signaled by Notification Messages  ...........  49
3.5.1.2.1 Malformed PDU or Message  ...........................  49
3.5.1.2.2 Unknown or Malformed TLV  ...........................  50
3.5.1.2.3 Session KeepAlive Timer Expiration  .................  50
3.5.1.2.4 Unilateral Session Shutdown  ........................  51
3.5.1.2.5 Initialization Message Events  ......................  51
3.5.1.2.6 Events Resulting From Other Messages  ...............  51
3.5.1.2.7 Internal Errors  ....................................  51
3.5.1.2.8 Miscellaneous Events  ...............................  51
3.5.2     Hello Message  ......................................  51
3.5.2.1   Hello Message Procedures  ...........................  54
3.5.3     Initialization Message  .............................  55
3.5.3.1   Initialization Message Procedures  ..................  63
3.5.4     KeepAlive Message  ..................................  63
3.5.4.1   KeepAlive Message Procedures  .......................  63
3.5.5     Address Message  ....................................  64
3.5.5.1   Address Message Procedures  .........................  64
3.5.6     Address Withdraw Message  ...........................  65
3.5.6.1   Address Withdraw Message Procedures  ................  66
3.5.7     Label Mapping Message  ..............................  66
3.5.7.1   Label Mapping Message Procedures  ...................  67
3.5.7.1.1 Independent Control Mapping  ........................  67
3.5.7.1.2 Ordered Control Mapping  ............................  68
3.5.7.1.3 Downstream on Demand Label Advertisement  ...........  68
3.5.7.1.4 Downstream Unsolicited Label Advertisement  .........  69
3.5.8     Label Request Message  ..............................  69
3.5.8.1   Label Request Message Procedures  ...................  70
3.5.9     Label Abort Request Message  ........................  72
3.5.9.1   Label Abort Request Message Procedures  .............  73
3.5.10    Label Withdraw Message  .............................  74

RFC 3036                    LDP Specification                January 2001

         3.5.10.1   Label Withdraw Message Procedures  ..................  75
         3.5.11     Label Release Message  .............................  76
         3.5.11.1   Label Release Message Procedures  ..................  77
         3.6        Messages and TLVs for Extensibility  ...............  78
         3.6.1      LDP Vendor-private Extensions  .....................  78
         3.6.1.1    LDP Vendor-private TLVs  ...........................  78
         3.6.1.2    LDP Vendor-private Messages  .......................  80
         3.6.2      LDP Experimental Extensions  .......................  81
         3.7        Message Summary  ...................................  81
         3.8        TLV Summary  .......................................  82
         3.9        Status Code Summary  ...............................  83
         3.10       Well-known Numbers  ................................  84
         3.10.1     UDP and TCP Ports  .................................  84
         3.10.2     Implicit NULL Label  ...............................  84
         4          IANA Considerations  ...............................  84
         4.1        Message Type Name Space  ...........................  84
         4.2        TLV Type Name Space  ...............................  85
         4.3        FEC Type Name Space  ...............................  85
         4.4        Status Code Name Space  ............................  86
         4.5        Experiment ID Name Space  ..........................  86
         5          Security Considerations  ...........................  86
         5.1        Spoofing  ..........................................  86
         5.2        Privacy  ...........................................  87
         5.3        Denial of Service  .................................  87
         6          Areas for Future Study  ............................  89
         7          Intellectual Property Considerations  ..............  89
         8          Acknowledgments  ...................................  89
         9          References  ........................................  89
         10         Authors' Addresses  ................................  92
         Appendix A LDP Label Distribution Procedures  .................  93
         A.1        Handling Label Distribution Events  ................  95
         A.1.1      Receive Label Request  .............................  96
         A.1.2      Receive Label Mapping  .............................  99
         A.1.3      Receive Label Abort Request  .......................  105
         A.1.4      Receive Label Release  .............................  107
         A.1.5      Receive Label Withdraw  ............................  109
         A.1.6      Recognize New FEC  .................................  110
         A.1.7      Detect Change in FEC Next Hop  .....................  113
         A.1.8      Receive Notification / Label Request Aborted  .......  116
         A.1.9      Receive Notification / No Label Resources  .........  116
         A.1.10     Receive Notification / No Route  ...................  117
         A.1.11     Receive Notification / Loop Detected  ..............  118
         A.1.12     Receive Notification / Label Resources Available  ...  118
         A.1.13     Detect local label resources have become available  .  119
         A.1.14     LSR decides to no longer label switch a FEC  ........  120
         A.1.15     Timeout of deferred label request  .................  121
         A.2        Common Label Distribution Procedures  ..............  121
         A.2.1      Send_Label  ........................................  121

    A.2.2       Send_Label_Request  ............................... 123
    A.2.3       Send_Label_Withdraw  .............................. 124
    A.2.4       Send_Notification  ................................ 125
    A.2.5       Send_Message  ..................................... 125
    A.2.6       Check_Received_Attributes  ........................ 126
    A.2.7       Prepare_Label_Request_Attributes  ................. 127
    A.2.8       Prepare_Label_Mapping_Attributes  ................. 129
    Full Copyright Statement  ..................................... 132

1. LDP Overview

    The MPLS architecture [RFC3031] defines a label distribution protocol
    as a set of procedures by which one Label Switched Router (LSR)
    informs another of the meaning of labels used to forward traffic
    between and through them.

    The MPLS architecture does not assume a single label distribution
    protocol.  In fact, a number of different label distribution
    protocols are being standardized.  Existing protocols have been
    extended so that label distribution can be piggybacked on them.  New
    protocols have also been defined for the explicit purpose of
    distributing labels.  The MPLS architecture discusses some of the
    considerations when choosing a label distribution protocol for use in
    particular MPLS applications such as Traffic Engineering [RFC2702].

    The Label Distribution Protocol (LDP) defined in this document is a
    new protocol defined for distributing labels.  It is the set of
    procedures and messages by which Label Switched Routers (LSRs)
    establish Label Switched Paths (LSPs) through a network by mapping
    network-layer routing information directly to data-link layer
    switched paths.  These LSPs may have an endpoint at a directly
    attached neighbor (comparable to IP hop-by-hop forwarding), or may
    have an endpoint at a network egress node, enabling switching via all
    intermediary nodes.

    LDP associates a Forwarding Equivalence Class (FEC) [RFC3031] with
    each LSP it creates.  The FEC associated with an LSP specifies which
    packets are "mapped" to that LSP.  LSPs are extended through a
    network as each LSR "splices" incoming labels for a FEC to the
    outgoing label assigned to the next hop for the given FEC.

    More information about the applicability of LDP can be found in
    [RFC3037].

    This document assumes familiarity with the MPLS architecture
    [RFC3031].  Note that [RFC3031] includes a glossary of MPLS
    terminology, such as ingress, label switched path, etc.

## 1.1. LDP Peers

Two LSRs which use LDP to exchange label/FEC mapping information are known as "LDP Peers" with respect to that information and we speak of there being an "LDP Session" between them.  A single LDP session allows each peer to learn the other's label mappings; i.e., the protocol is bi-directional.

## 1.2. LDP Message Exchange

There are four categories of LDP messages:

   1. Discovery messages, used to announce and maintain the presence of an LSR in a network.

   2. Session messages, used to establish, maintain, and terminate sessions between LDP peers.

   3. Advertisement messages, used to create, change, and delete label mappings for FECs.

   4. Notification messages, used to provide advisory information and to signal error information.

Discovery messages provide a mechanism whereby LSRs indicate their presence in a network by sending a Hello message periodically.  This is transmitted as a UDP packet to the LDP port at the 'all routers on this subnet' group multicast address.  When an LSR chooses to establish a session with another LSR learned via the Hello message, it uses the LDP initialization procedure over TCP transport.  Upon successful completion of the initialization procedure, the two LSRs are LDP peers, and may exchange advertisement messages.

When to request a label or advertise a label mapping to a peer is largely a local decision made by an LSR.  In general, the LSR requests a label mapping from a neighboring LSR when it needs one, and advertises a label mapping to a neighboring LSR when it wishes the neighbor to use a label.

Correct operation of LDP requires reliable and in order delivery of messages.  To satisfy these requirements LDP uses the TCP transport for session, advertisement and notification messages; i.e., for everything but the UDP-based discovery mechanism.

1.3. LDP Message Structure

   All LDP messages have a common structure that uses a Type-Length-
   Value (TLV) encoding scheme; see Section "Type-Length-Value"
   encoding.  The Value part of a TLV-encoded object, or TLV for short,
   may itself contain one or more TLVs.

1.4. LDP Error Handling

   LDP errors and other events of interest are signaled to an LDP peer
   by notification messages.

   There are two kinds of LDP notification messages:

      1. Error notifications, used to signal fatal errors.  If an LSR
         receives an error notification from a peer for an LDP session,
         it terminates the LDP session by closing the TCP transport
         connection for the session and discarding all label mappings
         learned via the session.

      2. Advisory notifications, used to pass an LSR information about
         the LDP session or the status of some previous message received
         from the peer.

1.5. LDP Extensibility and Future Compatibility

   Functionality may be added to LDP in the future.  It is likely that
   future functionality will utilize new messages and object types
   (TLVs).  It may be desirable to employ such new messages and TLVs
   within a network using older implementations that do not recognize
   them.  While it is not possible to make every future enhancement
   backwards compatible, some prior planning can ease the introduction
   of new capabilities.  This specification defines rules for handling
   unknown message types and unknown TLVs for this purpose.

1.6. Specification Language

   The key words "MUST", "MUST NOT", "REQUIRED", "SHALL", "SHALL NOT",
   "SHOULD", "SHOULD NOT", "RECOMMENDED", "MAY", and "OPTIONAL" in this
   document are to be interpreted as described in [RFC2119].

2. LDP Operation

2.1. FECs

   It is necessary to precisely specify which packets may be mapped to
   each LSP.  This is done by providing a FEC specification for each
   LSP.  The FEC identifies the set of IP packets which may be mapped to
   that LSP.

   Each FEC is specified as a set of one or more FEC elements.  Each FEC
   element identifies a set of packets which may be mapped to the
   corresponding LSP.  When an LSP is shared by multiple FEC elements,
   that LSP is terminated at (or before) the node where the FEC elements
   can no longer share the same path.

   Following are the currently defined types of FEC elements.  New
   element types may be added as needed:

      1. Address Prefix.  This element is an address prefix of any
         length from 0 to a full address, inclusive.

      2. Host Address.  This element is a full host address.

   (We will see below that an Address Prefix FEC element which is a full
   address has a different effect than a Host Address FEC element which
   has the same address.)

   We say that a particular address "matches" a particular address
   prefix if and only if that address begins with that prefix.  We also
   say that a particular packet matches a particular LSP if and only if
   that LSP has an Address Prefix FEC element which matches the packet's
   destination address.  With respect to a particular packet and a
   particular LSP, we refer to any Address Prefix FEC element which
   matches the packet as the "matching prefix".

   The procedure for mapping a particular packet to a particular LSP
   uses the following rules.  Each rule is applied in turn until the
   packet can be mapped to an LSP.

      - If there is exactly one LSP which has a Host Address FEC
        element that is identical to the packet's destination address,
        then the packet is mapped to that LSP.

      - If there are multiple LSPs, each containing a Host Address FEC
        element that is identical to the packet's destination address,
        then the packet is mapped to one of those LSPs.  The procedure
        for selecting one of those LSPs is beyond the scope of this
        document.

- If a packet matches exactly one LSP, the packet is mapped to
  that LSP.

- If a packet matches multiple LSPs, it is mapped to the LSP
  whose matching prefix is the longest.  If there is no one LSP
  whose matching prefix is longest, the packet is mapped to one
  from the set of LSPs whose matching prefix is longer than the
  others.  The procedure for selecting one of those LSPs is
  beyond the scope of this document.

- If it is known that a packet must traverse a particular egress
  router, and there is an LSP which has an Address Prefix FEC
  element which is an address of that router, then the packet is
  mapped to that LSP.  The procedure for obtaining this knowledge
  is beyond the scope of this document.

The procedure for determining that a packet must traverse a
particular egress router is beyond the scope of this document.  (As
an example, if one is running a link state routing algorithm, it may
be possible to obtain this information from the link state data base.
As another example, if one is running BGP, it may be possible to
obtain this information from the BGP next hop attribute of the
packet's route.)

It is worth pointing out a few consequences of these rules:

- A packet may be sent on the LSP whose Address Prefix FEC
  element is the address of the packet's egress router ONLY if
  there is no LSP matching the packet's destination address.

- A packet may match two LSPs, one with a Host Address FEC
  element and one with an Address Prefix FEC element.  In this
  case, the packet is always assigned to the former.

- A packet which does not match a particular Host Address FEC
  element may not be sent on the corresponding LSP, even if the
  Host Address FEC element identifies the packet's egress router.

2.2. Label Spaces, Identifiers, Sessions and Transport

2.2.1. Label Spaces

The notion of "label space" is useful for discussing the assignment
and distribution of labels.  There are two types of label spaces:

- Per interface label space.  Interface-specific incoming labels
  are used for interfaces that use interface resources for
  labels.  An example of such an interface is a label-controlled
  ATM interface that uses VCIs as labels, or a Frame Relay
  interface that uses DLCIs as labels.

  Note that the use of a per interface label space only makes
  sense when the LDP peers are "directly connected" over an
  interface, and the label is only going to be used for traffic
  sent over that interface.

- Per platform label space.  Platform-wide incoming labels are
  used for interfaces that can share the same labels.

## 2.2.2. LDP Identifiers

An LDP identifier is a six octet quantity used to identify an LSR
label space.  The first four octets identify the LSR and must be a
globally unique value, such as a 32-bit router Id assigned to the
LSR.  The last two octets identify a specific label space within the
LSR.  The last two octets of LDP Identifiers for platform-wide label
spaces are always both zero.  This document uses the following print
representation for LDP Identifiers:

              <LSR Id> : <label space id>

e.g., lsr171:0, lsr19:2.

Note that an LSR that manages and advertises multiple label spaces
uses a different LDP Identifier for each such label space.

A situation where an LSR would need to advertise more than one label
space to a peer and hence use more than one LDP Identifier occurs
when the LSR has two links to the peer and both are ATM (and use per
interface labels).  Another situation would be where the LSR had two
links to the peer, one of which is ethernet (and uses per platform
labels) and the other of which is ATM.

## 2.2.3. LDP Sessions

LDP sessions exist between LSRs to support label exchange between
them.

  When an LSR uses LDP to advertise more than one label space to
  another LSR it uses a separate LDP session for each label space.

2.2.4. LDP Transport

    LDP uses TCP as a reliable transport for sessions.

       When multiple LDP sessions are required between two LSRs there is
       one TCP session for each LDP session.

2.3. LDP Sessions between non-Directly Connected LSRs

    LDP sessions between LSRs that are not directly connected at the link
    level may be desirable in some situations.

    For example, consider a "traffic engineering" application where LSRa
    sends traffic matching some criteria via an LSP to non-directly
    connected LSRb rather than forwarding the traffic along its normally
    routed path.

    The path between LSRa and LSRb would include one or more intermediate
    LSRs (LSR1,...LSRn).  An LDP session between LSRa and LSRb would
    enable LSRb to label switch traffic arriving on the LSP from LSRa by
    providing LSRb means to advertise labels for this purpose to LSRa.

    In this situation LSRa would apply two labels to traffic it forwards
    on the LSP to LSRb: a label learned from LSR1 to forward traffic
    along the LSP path from LSRa to LSRb; and a label learned from LSRb
    to enable LSRb to label switch traffic arriving on the LSP.

    LSRa first adds the label learned via its LDP session with LSRb to
    the packet label stack (either by replacing the label on top of the
    packet label stack with it if the packet arrives labeled or by
    pushing it if the packet arrives unlabeled).  Next, it pushes the
    label for the LSP learned from LSR1 onto the label stack.

2.4. LDP Discovery

    LDP discovery is a mechanism that enables an LSR to discover
    potential LDP peers.  Discovery makes it unnecessary to explicitly
    configure an LSR's label switching peers.

    There are two variants of the discovery mechanism:

       -  A basic discovery mechanism used to discover LSR neighbors that
          are directly connected at the link level.

       -  An extended discovery mechanism used to locate LSRs that are
          not directly connected at the link level.

2.4.1. Basic Discovery Mechanism

   To engage in LDP Basic Discovery on an interface an LSR periodically
   sends LDP Link Hellos out the interface.  LDP Link Hellos are sent as
   UDP packets addressed to the well-known LDP discovery port for the
   "all routers on this subnet" group multicast address.

   An LDP Link Hello sent by an LSR carries the LDP Identifier for the
   label space the LSR intends to use for the interface and possibly
   additional information.

   Receipt of an LDP Link Hello on an interface identifies a "Hello
   adjacency" with a potential LDP peer reachable at the link level on
   the interface as well as the label space the peer intends to use for
   the interface.

2.4.2. Extended Discovery Mechanism

   LDP sessions between non-directly connected LSRs are supported by LDP
   Extended Discovery.

   To engage in LDP Extended Discovery an LSR periodically sends LDP
   Targeted Hellos to a specific address.  LDP Targeted Hellos are sent
   as UDP packets addressed to the well-known LDP discovery port at the
   specific address.

   An LDP Targeted Hello sent by an LSR carries the LDP Identifier for
   the label space the LSR intends to use and possibly additional
   optional information.

   Extended Discovery differs from Basic Discovery in the following
   ways:

      - A Targeted Hello is sent to a specific address rather than to
        the "all routers" group multicast address for the outgoing
        interface.

      - Unlike Basic Discovery, which is symmetric, Extended Discovery
        is asymmetric.

        One LSR initiates Extended Discovery with another targeted LSR,
        and the targeted LSR decides whether to respond to or ignore
        the Targeted Hello.  A targeted LSR that chooses to respond
        does so by periodically sending Targeted Hellos to the
        initiating LSR.

Receipt of an LDP Targeted Hello identifies a "Hello adjacency" with
a potential LDP peer reachable at the network level and the label
space the peer intends to use.

## 2.5. Establishing and Maintaining LDP Sessions

### 2.5.1. LDP Session Establishment

The exchange of LDP Discovery Hellos between two LSRs triggers LDP
session establishment.  Session establishment is a two step process:

> - Transport connection establishment.
> - Session initialization

The following describes establishment of an LDP session between LSRs
LSR1 and LSR2 from LSR1's point of view.  It assumes the exchange of
Hellos specifying label space LSR1:a for LSR1 and label space LSR2:b
for LSR2.

### 2.5.2. Transport Connection Establishment

The exchange of Hellos results in the creation of a Hello adjacency
at LSR1 that serves to bind the link (L) and the label spaces LSR1:a
and LSR2:b.

1. If LSR1 does not already have an LDP session for the exchange
   of label spaces LSR1:a and LSR2:b it attempts to open a TCP
   connection for a new LDP session with LSR2.

   LSR1 determines the transport addresses to be used at its end
   (A1) and LSR2's end (A2) of the LDP TCP connection.  Address A1
   is determined as follows:

   a. If LSR1 uses the Transport Address optional object (TLV) in
      Hello's it sends to LSR2 to advertise an address, A1 is the
      address LSR1 advertises via the optional object;

   b. If LSR1 does not use the Transport Address optional object,
      A1 is the source address used in Hellos it sends to LSR2.

   Similarly, address A2 is determined as follows:

   a. If LSR2 uses the Transport Address optional object, A2 is
      the address LSR2 advertises via the optional object;

   b. If LSR2 does not use the Transport Address optional object,
      A2 is the source address in Hellos received from LSR2.

   2. LSR1 determines whether it will play the active or passive role
      in session establishment by comparing addresses A1 and A2 as
      unsigned integers.  If A1 > A2, LSR1 plays the active role;
      otherwise it is passive.

     The procedure for comparing A1 and A2 as unsigned integers is:

     - If A1 and A2 are not in the same address family, they are
        incomparable, and no session can be established.

     - Let U1 be the abstract unsigned integer obtained by treating
        A1 as a sequence of bytes, where the byte which appears
        earliest in the message is the most significant byte of the
        integer and the byte which appears latest in the message is
        the least significant byte of the integer.

      Let U2 be the abstract unsigned integer obtained from A2 in
        a similar manner.

     - Compare U1 with U2.  If U1 > U2, then A1 > A2; if U1 < U2,
        then A1 < A2.

   3. If LSR1 is active, it attempts to establish the LDP TCP
      connection by connecting to the well-known LDP port at address
      A2.  If LSR1 is passive, it waits for LSR2 to establish the LDP
      TCP connection to its well-known LDP port.

Note that when an LSR sends a Hello it selects the transport address
for its end of the session connection and uses the Hello to advertise
the address, either explicitly by including it in an optional
Transport Address TLV or implicitly by omitting the TLV and using it
as the Hello source address.

An LSR MUST advertise the same transport address in all Hellos that
advertise the same label space.  This requirement ensures that two
LSRs linked by multiple Hello adjacencies using the same label spaces
play the same connection establishment role for each adjacency.

## 2.5.3. Session Initialization

After LSR1 and LSR2 establish a transport connection they negotiate
session parameters by exchanging LDP Initialization messages.  The
parameters negotiated include LDP protocol version, label
distribution method, timer values, VPI/VCI ranges for label
controlled ATM, DLCI ranges for label controlled Frame Relay, etc.

Successful negotiation completes establishment of an LDP session
between LSR1 and LSR2 for the advertisement of label spaces LSR1:a
and LSR2:b.

The following describes the session initialization from LSR1's point
of view.

After the connection is established, if LSR1 is playing the active
role, it initiates negotiation of session parameters by sending an
Initialization message to LSR2.  If LSR1 is passive, it waits for
LSR2 to initiate the parameter negotiation.

In general when there are multiple links between LSR1 and LSR2 and
multiple label spaces to be advertised by each, the passive LSR
cannot know which label space to advertise over a newly established
TCP connection until it receives the LDP Initialization message on
the connection.  The Initialization message carries both the LDP
Identifier for the sender's (active LSR's) label space and the LDP
Identifier for the receiver's (passive LSR's) label space.

By waiting for the Initialization message from its peer the passive
LSR can match the label space to be advertised by the peer (as
determined from the LDP Identifier in the PDU header for the
Initialization message) with a Hello adjacency previously created
when Hellos were exchanged.

   1. When LSR1 plays the passive role:

      a. If LSR1 receives an Initialization message it attempts to
         match the LDP Identifier carried by the message PDU with a
         Hello adjacency.

      b. If there is a matching Hello adjacency, the adjacency
         specifies the local label space for the session.

         Next LSR1 checks whether the session parameters proposed in
         the message are acceptable.  If they are, LSR1 replies with
         an Initialization message of its own to propose the
         parameters it wishes to use and a KeepAlive message to
         signal acceptance of LSR2's parameters.  If the parameters
         are not acceptable, LSR1 responds by sending a Session
         Rejected/Parameters Error Notification message and closing
         the TCP connection.

      c. If LSR1 cannot find a matching Hello adjacency it sends a
         Session Rejected/No Hello Error Notification message and
         closes the TCP connection.

    d. If LSR1 receives a KeepAlive in response to its
      Initialization message, the session is operational from
      LSR1's point of view.

    e. If LSR1 receives an Error Notification message, LSR2 has
      rejected its proposed session and LSR1 closes the TCP
      connection.

2. When LSR1 plays the active role:

    a. If LSR1 receives an Error Notification message, LSR2 has
      rejected its proposed session and LSR1 closes the TCP
      connection.

    b. If LSR1 receives an Initialization message, it checks
      whether the session parameters are acceptable.  If so, it
      replies with a KeepAlive message.  If the session parameters
      are unacceptable, LSR1 sends a Session Rejected/Parameters
      Error Notification message and closes the connection.

    c. If LSR1 receives a KeepAlive message, LSR2 has accepted its
      proposed session parameters.

    d. When LSR1 has received both an acceptable Initialization
      message and a KeepAlive message the session is operational
      from LSR1's point of view.

It is possible for a pair of incompatibly configured LSRs that
disagree on session parameters to engage in an endless sequence of
messages as each NAKs the other's Initialization messages with
Error Notification messages.

An LSR must throttle its session setup retry attempts with an
exponential backoff in situations where Initialization messages
are being NAK'd.  It is also recommended that an LSR detecting
such a situation take action to notify an operator.

The session establishment setup attempt following a NAK'd
Initialization message must be delayed no less than 15 seconds,
and subsequent delays must grow to a maximum delay of no less than
2 minutes.  The specific session establishment action that must be
delayed is the attempt to open the session transport connection by
the LSR playing the active role.

The throttled sequence of Initialization NAKs is unlikely to cease
until operator intervention reconfigures one of the LSRs.  After
such a configuration action there is no further need to throttle
subsequent session establishment attempts (until their
initialization messages are NAK'd).

Due to the asymmetric nature of session establishment,
reconfiguration of the passive LSR will go unnoticed by the active
LSR without some further action.  Section "Hello Message"
describes an optional mechanism an LSR can use to signal potential
LDP peers that it has been reconfigured.

## 2.5.4. Initialization State Machine

It is convenient to describe LDP session negotiation behavior in
terms of a state machine.  We define the LDP state machine to have
five possible states and present the behavior as a state transition
table and as a state transition diagram.

                Session Initialization State Transition Table

        STATE           EVENT                              NEW STATE

        NON EXISTENT   Session TCP connection established  INITIALIZED
                       established

        INITIALIZED    Transmit Initialization msg         OPENSENT
                           (Active Role)

                       Receive acceptable                  OPENREC
                           Initialization msg
                           (Passive Role )
                        Action: Transmit Initialization
                               msg and KeepAlive msg

                       Receive Any other LDP msg           NON EXISTENT
                        Action: Transmit Error Notification msg
                               (NAK) and close transport connection

        OPENREC        Receive KeepAlive msg               OPERATIONAL

                       Receive Any other LDP msg           NON EXISTENT
                        Action: Transmit Error Notification msg
                               (NAK) and close transport connection

        OPENSENT       Receive acceptable                  OPENREC
                           Initialization msg
                        Action: Transmit KeepAlive msg

                       Receive Any other LDP msg           NON EXISTENT
                        Action: Transmit Error Notification msg
                               (NAK) and close transport connection

        OPERATIONAL    Receive Shutdown msg                NON EXISTENT
                        Action: Transmit Shutdown msg and
                               close transport connection

                       Receive other LDP msgs              OPERATIONAL

                       Timeout                             NON EXISTENT
                        Action: Transmit Shutdown msg and
                               close transport connection

Session Initialization State Transition Diagram



2.5.5. Maintaining Hello Adjacencies

   An LDP session with a peer has one or more Hello adjacencies.

   An LDP session has multiple Hello adjacencies when a pair of LSRs is
   connected by multiple links that share the same label space; for
   example, multiple PPP links between a pair of routers.  In this
   situation the Hellos an LSR sends on each such link carry the same
   LDP Identifier.

   LDP includes mechanisms to monitor the necessity of an LDP session
   and its Hello adjacencies.

   LDP uses the regular receipt of LDP Discovery Hellos to indicate a
   peer's intent to use the label space identified by the Hello.  An LSR
   maintains a hold timer with each Hello adjacency which it restarts
   when it receives a Hello that matches the adjacency.  If the timer
   expires without receipt of a matching Hello from the peer, LDP
   concludes that the peer no longer wishes to label switch using that
   label space for that link (or target, in the case of Targeted Hellos)
   or that the peer has failed.  The LSR then deletes the Hello
   adjacency.  When the last Hello adjacency for a LDP session is
   deleted, the LSR terminates the LDP session by sending a Notification
   message and closing the transport connection.

2.5.6. Maintaining LDP Sessions

   LDP includes mechanisms to monitor the integrity of the LDP session.

   LDP uses the regular receipt of LDP PDUs on the session transport
   connection to monitor the integrity of the session.  An LSR maintains
   a KeepAlive timer for each peer session which it resets whenever it
   receives an LDP PDU from the session peer.  If the KeepAlive timer
   expires without receipt of an LDP PDU from the peer the LSR concludes
   that the transport connection is bad or that the peer has failed, and
   it terminates the LDP session by closing the transport connection.

   After an LDP session has been established, an LSR must arrange that
   its peer receive an LDP PDU from it at least every KeepAlive time
   period to ensure the peer restarts the session KeepAlive timer.  The
   LSR may send any protocol message to meet this requirement.  In
   circumstances where an LSR has no other information to communicate to
   its peer, it sends a KeepAlive message.

   An LSR may choose to terminate an LDP session with a peer at any
   time.  Should it choose to do so, it informs the peer with a Shutdown
   message.

2.6. Label Distribution and Management

The MPLS architecture [RF3031] allows an LSR to distribute a FEC
label binding in response to an explicit request from another LSR.
This is known as Downstream On Demand label distribution.  It also
allows an LSR to distribute label bindings to LSRs that have not
explicitly requested them.  [RFC3031] calls this method of label
distribution Unsolicited Downstream; this document uses the term
Downstream Unsolicited.

Both of these label distribution techniques may be used in the same
network at the same time.  However, for any given LDP session, each
LSR must be aware of the label distribution method used by its peer
in order to avoid situations where one peer using Downstream
Unsolicited label distribution assumes its peer is also.  See Section
"Downstream on Demand label Advertisement".

2.6.1. Label Distribution Control Mode

The behavior of the initial setup of LSPs is determined by whether
the LSR is operating with independent or ordered LSP control.  An LSR
may support both types of control as a configurable option.

2.6.1.1. Independent Label Distribution Control

When using independent LSP control, each LSR may advertise label
mappings to its neighbors at any time it desires.  For example, when
operating in independent Downstream on Demand mode, an LSR may answer
requests for label mappings immediately, without waiting for a label
mapping from the next hop.  When operating in independent Downstream
Unsolicited mode, an LSR may advertise a label mapping for a FEC to
its neighbors whenever it is prepared to label-switch that FEC.

A consequence of using independent mode is that an upstream label can
be advertised before a downstream label is received.

2.6.1.2. Ordered Label Distribution Control

When using LSP ordered control, an LSR may initiate the transmission
of a label mapping only for a FEC for which it has a label mapping
for the FEC next hop, or for which the LSR is the egress.  For each
FEC for which the LSR is not the egress and no mapping exists, the
LSR MUST wait until a label from a downstream LSR is received before
mapping the FEC and passing corresponding labels to upstream LSRs.
An LSR may be an egress for some FECs and a non-egress for others.
An LSR may act as an egress LSR, with respect to a particular FEC,
under any of the following conditions:

1. The FEC refers to the LSR itself (including one of its directly
   attached interfaces).

2. The next hop router for the FEC is outside of the Label
   Switching Network.

3. FEC elements are reachable by crossing a routing domain
   boundary, such as another area for OSPF summary networks, or
   another autonomous system for OSPF AS externals and BGP routes
   [RFC2328] [RFC1771].

Note that whether an LSR is an egress for a given FEC may change over
time, depending on the state of the network and LSR configuration
settings.

2.6.2. Label Retention Mode

The MPLS architecture [RFC3031] introduces the notion of label
retention mode which specifies whether an LSR maintains a label
binding for a FEC learned from a neighbor that is not its next hop
for the FEC.

2.6.2.1. Conservative Label Retention Mode

In Downstream Unsolicited advertisement mode, label mapping
advertisements for all routes may be received from all peer LSRs.
When using conservative label retention, advertised label mappings
are retained only if they will be used to forward packets (i.e., if
they are received from a valid next hop according to routing).  If
operating in Downstream on Demand mode, an LSR will request label
mappings only from the next hop LSR according to routing.  Since
Downstream on Demand mode is primarily used when label conservation
is desired (e.g., an ATM switch with limited cross connect space), it
is typically used with the conservative label retention mode.

The main advantage of the conservative mode is that only the labels
that are required for the forwarding of data are allocated and
maintained.  This is particularly important in LSRs where the label
space is inherently limited, such as in an ATM switch.  A
disadvantage of the conservative mode is that if routing changes the
next hop for a given destination, a new label must be obtained from
the new next hop before labeled packets can be forwarded.

2.6.2.2. Liberal Label Retention Mode

In Downstream Unsolicited advertisement mode, label mapping
advertisements for all routes may be received from all LDP peers.
When using liberal label retention, every label mappings received

from a peer LSR is retained regardless of whether the LSR is the next
hop for the advertised mapping.  When operating in Downstream on
Demand mode with liberal label retention, an LSR might choose to
request label mappings for all known prefixes from all peer LSRs.
Note, however, that Downstream on Demand mode is typically used by
devices such as ATM switch-based LSRs for which the conservative
approach is recommended.

The main advantage of the liberal label retention mode is that
reaction to routing changes can be quick because labels already
exist.  The main disadvantage of the liberal mode is that unneeded
label mappings are distributed and maintained.

## 2.6.3. Label Advertisement Mode

Each interface on an LSR is configured to operate in either
Downstream Unsolicited or Downstream on Demand advertisement mode.
LSRs exchange advertisement modes during initialization.  The major
difference between Downstream Unsolicited and Downstream on Demand
modes is in which LSR takes responsibility for initiating mapping
requests and mapping advertisements.

## 2.7. LDP Identifiers and Next Hop Addresses

An LSR maintains learned labels in a Label Information Base (LIB).
When operating in Downstream Unsolicited mode, the LIB entry for an
address prefix associates a collection of (LDP Identifier, label)
pairs with the prefix, one such pair for each peer advertising a
label for the prefix.

When the next hop for a prefix changes the LSR must retrieve the
label advertised by the new next hop from the LIB for use in
forwarding.  To retrieve the label the LSR must be able to map the
next hop address for the prefix to an LDP Identifier.

Similarly, when the LSR learns a label for a prefix from an LDP peer,
it must be able to determine whether that peer is currently a next
hop for the prefix to determine whether it needs to start using the
newly learned label when forwarding packets that match the prefix.
To make that decision the LSR must be able to map an LDP Identifier
to the peer's addresses to check whether any are a next hop for the
prefix.

To enable LSRs to map between a peer LDP identifier and the peer's
addresses, LSRs advertise their addresses using LDP Address and
Withdraw Address messages.

An LSR sends an Address message to advertise its addresses to a peer.
An LSR sends a Withdraw Address message to withdraw previously
advertised addresses from a peer

## 2.8. Loop Detection

Loop detection is a configurable option which provides a mechanism
for finding looping LSPs and for preventing Label Request messages
from looping in the presence of non-merge capable LSRs.

The mechanism makes use of Path Vector and Hop Count TLVs carried by
Label Request and Label Mapping messages.  It builds on the following
basic properties of these TLVs:

-   A Path Vector TLV contains a list of the LSRs that its
    containing message has traversed.  An LSR is identified in a
    Path Vector list by its unique LSR Identifier (Id), which is
    the first four octets of its LDP Identifier.  When an LSR
    propagates a message containing a Path Vector TLV it adds its
    LSR Id to the Path Vector list.  An LSR that receives a message
    with a Path Vector that contains its LSR Id detects that the
    message has traversed a loop.  LDP supports the notion of a
    maximum allowable Path Vector length; an LSR that detects a
    Path Vector has reached the maximum length behaves as if the
    containing message has traversed a loop.

-   A Hop Count TLV contains a count of the LSRS that the
    containing message has traversed.  When an LSR propagates a
    message containing a Hop Count TLV it increments the count.  An
    LSR that detects a Hop Count has reached a configured maximum
    value behaves as if the containing message has traversed a
    loop.  By convention a count of 0 is interpreted to mean the
    hop count is unknown.  Incrementing an unknown hop count value
    results in an unknown hop count value (0).

The following paragraphs describes LDP loop detection procedures.
For these paragraphs, and only these paragraphs, "MUST" is redefined
to mean "MUST if configured for loop detection".  The paragraphs
specify messages that must carry Path Vector and Hop Count TLVs.
Note that the Hop Count TLV and its procedures are used without the
Path Vector TLV in situations when loop detection is not configured
(see [RFC3035] and [RFC3034]).

## 2.8.1. Label Request Message

The use of the Path Vector TLV and Hop Count TLV prevent Label
Request messages from looping in environments that include non-merge
capable LSRs.

The rules that govern use of the Hop Count TLV in Label Request
messages by LSR R when Loop Detection is enabled are the following:

-  The Label Request message MUST include a Hop Count TLV.

-  If R is sending the Label Request because it is a FEC ingress, it
   MUST include a Hop Count TLV with hop count value 1.

-  If R is sending the Label Request as a result of having received a
   Label Request from an upstream LSR, and if the received Label
   Request contains a Hop Count TLV, R MUST increment the received
   hop count value by 1 and MUST pass the resulting value in a Hop
   Count TLV to its next hop along with the Label Request message;

The rules that govern use of the Path Vector TLV in Label Request
messages by LSR R when Loop Detection is enabled are the following:

-  If R is sending the Label Request because it is a FEC ingress,
   then if R is non-merge capable, it MUST include a Path Vector TLV
   of length 1 containing its own LSR Id.

-  If R is sending the Label Request as a result of having received a
   Label Request from an upstream LSR, then if the received Label
   Request contains a Path Vector TLV or if R is non-merge capable:

       R MUST add its own LSR Id to the Path Vector, and MUST pass the
       resulting Path Vector to its next hop along with the Label
       Request message.  If the Label Request contains no Path Vector
       TLV, R MUST include a Path Vector TLV of length 1 containing
       its own LSR Id.

Note that if R receives a Label Request message for a particular FEC,
and R has previously sent a Label Request message for that FEC to its
next hop and has not yet received a reply, and if R intends to merge
the newly received Label Request with the existing outstanding Label
Request, then R does not propagate the Label Request to the next hop.

If R receives a Label Request message from its next hop with a Hop
Count TLV which exceeds the configured maximum value, or with a Path
Vector TLV containing its own LSR Id or which exceeds the maximum
allowable length, then R detects that the Label Request message has
traveled in a loop.

When R detects a loop, it MUST send a Loop Detected Notification
message to the source of the Label Request message and drop the Label
Request message.

2.8.2. Label Mapping Message

The use of the Path Vector TLV and Hop Count TLV in the Label Mapping message provide a mechanism to find and terminate looping LSPs.  When an LSR receives a Label Mapping message from a next hop, the message is propagated upstream as specified below until an ingress LSR is reached or a loop is found.

The rules that govern the use of the Hop Count TLV in Label Mapping messages sent by an LSR R when Loop Detection is enabled are the following:

- R MUST include a Hop Count TLV.

- If R is the egress, the hop count value MUST be 1.

- If the Label Mapping message is being sent to propagate a Label Mapping message received from the next hop to an upstream peer, the hop count value MUST be determined as follows:

  o If R is a member of the edge set of an LSR domain whose LSRs do not perform 'TTL-decrement' (e.g., an ATM LSR domain or a Frame Relay LSR domain) and the upstream peer is within that domain, R MUST reset the hop count to 1 before propagating the message.

  o Otherwise, R MUST increment the hop count received from the next hop before propagating the message.

- If the Label Mapping message is not being sent to propagate a Label Mapping message, the hop count value MUST be the result of incrementing R's current knowledge of the hop count learned from previous Label Mapping messages.  Note that this hop count value will be unknown if R has not received a Label Mapping message from the next hop.

Any Label Mapping message MAY contain a Path Vector TLV.  The rules that govern the mandatory use of the Path Vector TLV in Label Mapping messages sent by LSR R when Loop Detection is enabled are the following:

- If R is the egress, the Label Mapping message need not include a Path Vector TLV.

- If R is sending the Label Mapping message to propagate a Label Mapping message received from the next hop to an upstream peer, then:

o  If R is merge capable and if R has not previously sent a Label
   Mapping message to the upstream peer, then it MUST include a
   Path Vector TLV.

o  If the received message contains an unknown hop count, then R
   MUST include a Path Vector TLV.

o  If R has previously sent a Label Mapping message to the
   upstream peer, then it MUST include a Path Vector TLV if the
   received message reports an LSP hop count increase, a change in
   hop count from unknown to known, or a change from known to
   unknown.

If the above rules require R include a Path Vector TLV in the
Label Mapping message, R computes it as follows:

o  If the received Label Mapping message included a Path Vector,
   the Path Vector sent upstream MUST be the result of adding R's
   LSR Id to the received Path Vector.

o  If the received message had no Path Vector, the Path Vector
   sent upstream MUST be a path vector of length 1 containing R's
   LSR Id.

-  If the Label Mapping message is not being sent to propagate a
   received message upstream, the Label Mapping message MUST include
   a Path Vector of length 1 containing R's LSR Id.

If R receives a Label Mapping message from its next hop with a Hop
Count TLV which exceeds the configured maximum value, or with a Path
Vector TLV containing its own LSR Id or which exceeds the maximum
allowable length, then R detects that the corresponding LSP contains
a loop.

When R detects a loop, it MUST stop using the label for forwarding,
drop the Label Mapping message, and signal Loop Detected status to
the source of the Label Mapping message.

## 2.8.3. Discussion

If loop detection is desired in an MPLS domain, then it should be
turned on in ALL LSRs within that MPLS domain, else loop detection
will not operate properly and may result in undetected loops or in
falsely detected loops.

LSRs which are configured for loop detection are NOT expected to
store the path vectors as part of the LSP state.

Note that in a network where only non-merge capable LSRs are present,
Path Vectors are passed downstream from ingress to egress, and are
not passed upstream.  Even when merge is supported, Path Vectors need
not be passed upstream along an LSP which is known to reach the
egress.  When an LSR experiences a change of next hop, it need pass
Path Vectors upstream only when it cannot tell from the hop count
that the change of next hop does not result in a loop.

In the case of ordered label distribution, Label Mapping messages are
propagated from egress toward ingress, naturally creating the Path
Vector along the way.  In the case of independent label distribution,
an LSR may originate a Label Mapping message for an FEC before
receiving a Label Mapping message from its downstream peer for that
FEC.  In this case, the subsequent Label Mapping message for the FEC
received from the downstream peer is treated as an update to LSP
attributes, and the Label Mapping message must be propagated
upstream.  Thus, it is recommended that loop detection be configured
in conjunction with ordered label distribution, to minimize the
number of Label Mapping update messages.

## 2.9. Authenticity and Integrity of LDP Messages

This section specifies a mechanism to protect against the
introduction of spoofed TCP segments into LDP session connection
streams.  The use of this mechanism MUST be supported as a
configurable option.

The mechanism is based on use of the TCP MD5 Signature Option
specified in [RFC2385] for use by BGP.  See [RFC1321] for a
specification of the MD5 hash function.

### 2.9.1. TCP MD5 Signature Option

The following quotes from [RFC2385] outline the security properties
achieved by using the TCP MD5 Signature Option and summarizes its
operation:

    "IESG Note

      This document describes current existing practice for securing
      BGP against certain simple attacks.  It is understood to have
      security weaknesses against concerted attacks."

"Abstract

   This memo describes a TCP extension to enhance security for
   BGP.  It defines a new TCP option for carrying an MD5 [RFC1321]
   digest in a TCP segment.  This digest acts like a signature for
   that segment, incorporating information known only to the
   connection end points.  Since BGP uses TCP as its transport,
   using this option in the way described in this paper
   significantly reduces the danger from certain security attacks
   on BGP."

"Introduction

   The primary motivation for this option is to allow BGP to
   protect itself against the introduction of spoofed TCP segments
   into the connection stream.  Of particular concern are TCP
   resets.

   To spoof a connection using the scheme described in this paper,
   an attacker would not only have to guess TCP sequence numbers,
   but would also have had to obtain the password included in the
   MD5 digest.  This password never appears in the connection
   stream, and the actual form of the password is up to the
   application.  It could even change during the lifetime of a
   particular connection so long as this change was synchronized
   on both ends (although retransmission can become problematical
   in some TCP implementations with changing passwords).

   Finally, there is no negotiation for the use of this option in
   a connection, rather it is purely a matter of site policy
   whether or not its connections use the option."

"MD5 as a Hashing Algorithm

   Since this memo was first issued (under a different title), the
   MD5 algorithm has been found to be vulnerable to collision
   search attacks [Dobb], and is considered by some to be
   insufficiently strong for this type of application.

   This memo still specifies the MD5 algorithm, however, since the
   option has already been deployed operationally, and there was
   no "algorithm type" field defined to allow an upgrade using the
   same option number.  The original document did not specify a
   type field since this would require at least one more byte, and
   it was felt at the time that taking 19 bytes for the complete
   option (which would probably be padded to 20 bytes in TCP
   implementations) would be too much of a waste of the already
   limited option space.

This does not prevent the deployment of another similar option
which uses another hashing algorithm (like SHA-1).  Also, if
most implementations pad the 18 byte option as defined to 20
bytes anyway, it would be just as well to define a new option
which contains an algorithm type field.

This would need to be addressed in another document, however."

End of quotes from [RFC2385].

2.9.2. LDP Use of TCP MD5 Signature Option

LDP uses the TCP MD5 Signature Option as follows:

- Use of the MD5 Signature Option for LDP TCP connections is a
  configurable LSR option.

- An LSR that uses the MD5 Signature Option is configured with a
  password (shared secret) for each potential LDP peer.

- The LSR applies the MD5 algorithm as specified in [RFC2385] to
  compute the MD5 digest for a TCP segment to be sent to a peer.
  This computation makes use of the peer password as well as the
  TCP segment.

- When the LSR receives a TCP segment with an MD5 digest, it
  validates the segment by calculating the MD5 digest (using its
  own record of the password) and compares the computed digest
  with the received digest.  If the comparison fails, the segment
  is dropped without any response to the sender.

- The LSR ignores LDP Hellos from any LSR for which a password
  has not been configured.  This ensures that the LSR establishes
  LDP TCP connections only with LSRs for which a password has
  been configured.

2.10. Label Distribution for Explicitly Routed LSPs

Traffic Engineering [RFC2702] is expected to be an important MPLS
application.  MPLS support for Traffic Engineering uses explicitly
routed LSPs, which need not follow normally-routed (hop-by-hop) paths
as determined by destination-based routing protocols.  CR-LDP [CRLDP]
defines extensions to LDP to use LDP to set up explicitly routed
LSPs.

3. Protocol Specification

   Previous sections that describe LDP operation have discussed
   scenarios that involve the exchange of messages among LDP peers.
   This section specifies the message encodings and procedures for
   processing the messages.

   LDP message exchanges are accomplished by sending LDP protocol data
   units (PDUs) over LDP session TCP connections.

   Each LDP PDU can carry one or more LDP messages.  Note that the
   messages in an LDP PDU need not be related to one another.  For
   example, a single PDU could carry a message advertising FEC-label
   bindings for several FECs, another message requesting label bindings
   for several other FECs, and a third notification message signaling
   some event.

3.1. LDP PDUs

   Each LDP PDU is an LDP header followed by one or more LDP messages.
   The LDP header is:



   Version
      Two octet unsigned integer containing the version number of the
      protocol.  This version of the specification specifies LDP protocol
      version 1.

   PDU Length
      Two octet integer specifying the total length of this PDU in
      octets, excluding the Version and PDU Length fields.

      The maximum allowable PDU Length is negotiable when an LDP session
      is initialized.  Prior to completion of the negotiation the maximum
      allowable length is 4096 bytes.

LDP Identifier
     Six octet field that uniquely identifies the label space of the
     sending LSR for which this PDU applies.  The first four octets
     identify the LSR and must be a globally unique value.  It should be
     a 32-bit router Id assigned to the LSR and also used to identify it
     in loop detection Path Vectors.  The last two octets identify a
     label space within the LSR.  For a platform-wide label space, these
     should both be zero.

Note that there is no alignment requirement for the first octet of an
LDP PDU.

3.2. LDP Procedures

LDP defines messages, TLVs and procedures in the following areas:

     - Peer discovery;
     - Session management;
     - Label distribution;
     - Notification of errors and advisory information.

The sections that follow describe the message and TLV encodings for
these areas and the procedures that apply to them.

The label distribution procedures are complex and are difficult to
describe fully, coherently and unambiguously as a collection of
separate message and TLV specifications.

Appendix A, "LDP Label Distribution Procedures", describes the label
distribution procedures in terms of label distribution events that
may occur at an LSR and how the LSR must respond.  Appendix A is the
specification of LDP label distribution procedures.  If a procedure
described elsewhere in this document conflicts with Appendix A,
Appendix A specifies LDP behavior.

3.3. Type-Length-Value Encoding

LDP uses a Type-Length-Value (TLV) encoding scheme to encode much of
the information carried in LDP messages.

An LDP TLV is encoded as a 2 octet field that uses 14 bits to specify
a Type and 2 bits to specify behavior when an LSR doesn't recognize
the Type, followed by a 2 octet Length Field, followed by a variable
length Value field.

Case 6:20-cv-00725-ADA   Document 39-13   Filed 03/22/21   Page 34 of 133



U bit
   Unknown TLV bit.  Upon receipt of an unknown TLV, if U is clear
   (=0), a notification must be returned to the message originator
   and the entire message must be ignored; if U is set (=1), the
   unknown TLV is silently ignored and the rest of the message is
   processed as if the unknown TLV did not exist.  The sections
   following that define TLVs specify a value for the U-bit.

F bit
   Forward unknown TLV bit.  This bit applies only when the U bit is
   set and the LDP message containing the unknown TLV is to be
   forwarded.  If F is clear (=0), the unknown TLV is not forwarded
   with the containing message; if F is set (=1), the unknown TLV is
   forwarded with the containing message.  The sections following
   that define TLVs specify a value for the F-bit.

Type
   Encodes how the Value field is to be interpreted.

Length
   Specifies the length of the Value field in octets.

Value
   Octet string of Length octets that encodes information to be
   interpreted as specified by the Type field.

Note that there is no alignment requirement for the first octet of a
TLV.

Note that the Value field itself may contain TLV encodings.  That is,
TLVs may be nested.

The TLV encoding scheme is very general.  In principle, everything
appearing in an LDP PDU could be encoded as a TLV.  This
specification does not use the TLV scheme to its full generality.  It

is not used where its generality is unnecessary and its use would
waste space unnecessarily.  These are usually places where the type
of a value to be encoded is known, for example by its position in a
message or an enclosing TLV, and the length of the value is fixed or
readily derivable from the value encoding itself.

Some of the TLVs defined for LDP are similar to one another.  For
example, there is a Generic Label TLV, an ATM Label TLV, and a Frame
Relay TLV; see Sections "Generic Label TLV", "ATM Label TLV", and
"Frame Relay TLV".

While it is possible to think about TLVs related in this way in terms
of a TLV type that specifies a TLV class and a TLV subtype that
specifies a particular kind of TLV within that class, this
specification does not formalize the notion of a TLV subtype.

The specification assigns type values for related TLVs, such as the
label TLVs, from a contiguous block in the 16-bit TLV type number
space.

Section "TLV Summary" lists the TLVs defined in this version of the
protocol and the section in this document that describes each.

3.4. TLV Encodings for Commonly Used Parameters

   There are several parameters used by more than one LDP message.  The
   TLV encodings for these commonly used parameters are specified in
   this section.

3.4.1. FEC TLV

   Labels are bound to Forwarding Equivalence Classes (FECs).  A FEC is
   a list of one or more FEC elements.  The FEC TLV encodes FEC items.

Its encoding is:



```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|0| FEC (0x0100)            |            Length                |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                        FEC Element 1                          |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                              |
~                                                              ~
|                                                              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                        FEC Element n                          |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

FEC Element 1 to FEC Element n
   There are several types of FEC elements; see Section "FECs".  The
   FEC element encoding depends on the type of FEC element.

   A FEC Element value is encoded as a 1 octet field that specifies
   the element type, and a variable length field that is the type-
   dependent element value.  Note that while the representation of
   the FEC element value is type-dependent, the FEC element encoding
   itself is one where standard LDP TLV encoding is not used.

   The FEC Element value encoding is:

| FEC Element type name | Type | Value |
|---|---|---|
| Wildcard | 0x01 | No value; i.e., 0 value octets; see below. |
| Prefix | 0x02 | See below. |
| Host Address | 0x03 | Full host address; see below. |

   Note that this version of LDP supports the use of multiple FEC
   Elements per FEC for the Label Mapping message only.  The use of
   multiple FEC Elements in other messages is not permitted in this
   version, and is a subject for future study.

   Wildcard FEC Element
      To be used only in the Label Withdraw and Label Release
      Messages.  Indicates the withdraw/release is to be applied to
      all FECs associated with the label within the following label
      TLV.  Must be the only FEC Element in the FEC TLV.

Prefix FEC Element value encoding:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| Prefix (2)    |     Address Family            |     PreLen    |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                       Prefix                                  |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Address Family
   Two octet quantity containing a value from ADDRESS FAMILY
   NUMBERS in [RFC1700] that encodes the address family for the
   address prefix in the Prefix field.

PreLen
   One octet unsigned integer containing the length in bits of the
   address prefix that follows.  A length of zero indicates a
   prefix that matches all addresses (the default destination); in
   this case the Prefix itself is zero octets).

Prefix
   An address prefix encoded according to the Address Family
   field, whose length, in bits, was specified in the PreLen
   field, padded to a byte boundary.

Host Address FEC Element encoding:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| Host Addr (3) |     Address Family            | Host Addr Len |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
|                     Host Addr                                 |
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Address Family
   Two octet quantity containing a value from ADDRESS FAMILY
   NUMBERS in [RFC1700] that encodes the address family for the
   address prefix in the Prefix field.

Host Addr Len
   Length of the Host address in octets.

Host Addr
   An address encoded according to the Address Family field.

3.4.1.1. FEC Procedures

   If in decoding a FEC TLV an LSR encounters a FEC Element with an
   Address Family it does not support, it should stop decoding the FEC
   TLV, abort processing the message containing the TLV, and send an
   "Unsupported Address Family" Notification message to its LDP peer
   signaling an error.

   If it encounters a FEC Element type it cannot decode, it should stop
   decoding the FEC TLV, abort processing the message containing the
   TLV, and send an "Unknown FEC" Notification message to its LDP peer
   signaling an error.

3.4.2. Label TLVs

   Label TLVs encode labels.  Label TLVs are carried by the messages
   used to advertise, request, release and withdraw label mappings.

   There are several different kinds of Label TLVs which can appear in
   situations that require a Label TLV.

3.4.2.1. Generic Label TLV

   An LSR uses Generic Label TLVs to encode labels for use on links for
   which label values are independent of the underlying link technology.
   Examples of such links are PPP and Ethernet.



```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|0| Generic Label (0x0200)    |           Length              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|     Label                                                     |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

   Label
      This is a 20-bit label value as specified in [RFC3032] represented
      as a 20-bit number in a 4 octet field.

3.4.2.2. ATM Label TLV

   An LSR uses ATM Label TLVs to encode labels for use on ATM links.

```
    0                   1                   2                   3
    0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |0|0| ATM Label (0x0201)      |        Length                 |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |Res| V |        VPI          |          VCI                  |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

   Res
      This field is reserved.  It must be set to zero on transmission
      and must be ignored on receipt.

   V-bits
      Two-bit switching indicator.  If V-bits is 00, both the VPI and
      VCI are significant.  If V-bits is 01, only the VPI field is
      significant.  If V-bit is 10, only the VCI is significant.

   VPI
      Virtual Path Identifier.  If VPI is less than 12-bits it should be
      right justified in this field and preceding bits should be set to
      0.

   VCI
      Virtual Channel Identifier.  If the VCI is less than 16- bits, it
      should be right justified in the field and the preceding bits must
      be set to 0.  If Virtual Path switching is indicated in the V-bits
      field, then this field must be ignored by the receiver and set to
      0 by the sender.

3.4.2.3. Frame Relay Label TLV

   An LSR uses Frame Relay Label TLVs to encode labels for use on Frame
   Relay links.

```
    0                   1                   2                   3
    0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |0|0| Frame Relay Label (0x0202)|       Length                |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   | Reserved      |Len|                DLCI                     |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Res
    This field is reserved.  It must be set to zero on transmission
    and must be ignored on receipt.

Len
    This field specifies the number of bits of the DLCI.  The
    following values are supported:

        0 = 10 bits DLCI
        2 = 23 bits DLCI

    Len values 1 and 3 are reserved.

DLCI
    The Data Link Connection Identifier.  Refer to [RFC3034] for the
    label values and formats.

3.4.3. Address List TLV

    The Address List TLV appears in Address and Address Withdraw
    messages.

    Its encoding is:



Address Family
    Two octet quantity containing a value from ADDRESS FAMILY NUMBERS
    in [RFC1700] that encodes the addresses contained in the Addresses
    field.

Addresses
    A list of addresses from the specified Address Family.  The
    encoding of the individual addresses depends on the Address Family.

The following address encodings are defined by this version of the
protocol:

```
    Address Family        Address Encoding

    IPv4                  4 octet full IPv4 address
    IPv6                  16 octet full IPv6 address
```

## 3.4.4. Hop Count TLV

The Hop Count TLV appears as an optional field in messages that set
up LSPs.  It calculates the number of LSR hops along an LSP as the
LSP is being setup.

Note that setup procedures for LSPs that traverse ATM and Frame Relay
links require use of the Hop Count TLV (see [RFC3035] and [RFC3034]).

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|0| Hop Count (0x0103)        |            Length             |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|   HC Value   |
+-+-+-+-+-+-+-+-+
```

HC Value
   1 octet unsigned integer hop count value.

## 3.4.4.1. Hop Count Procedures

During setup of an LSP an LSR R may receive a Label Mapping or Label
Request message for the LSP that contains the Hop Count TLV.  If it
does, it should record the hop count value.

If LSR R then propagates the Label Mapping message for the LSP to an
upstream peer or the Label Request message to a downstream peer to
continue the LSP setup, it must must determine a hop count to include
in the propagated message as follows:

- If the message is a Label Request message, R must increment the
  received hop count;

- If the message is a Label Mapping message, R determines the hop
  count as follows:

    o  If R is a member of the edge set of an LSR domain whose LSRs do
       not perform 'TTL-decrement' and the upstream peer is within
       that domain, R must reset the hop count to 1 before propagating
       the message.

    o  Otherwise, R must increment the received hop count.

   The first LSR in the LSP (ingress for a Label Request message, egress
   for a Label Mapping message) should set the hop count value to 1.

   By convention a value of 0 indicates an unknown hop count.  The
   result of incrementing an unknown hop count is itself an unknown hop
   count (0).

   Use of the unknown hop count value greatly reduces the signaling
   overhead when independent control is used.  When a new LSP is
   established, each LSR starts with unknown hop count.  Addition of a
   new LSR whose hop count is also unknown does not cause a hop count
   update to be propagated upstream since the hop count remains unknown.
   When the egress is finally added to the LSP, then the LSRs propagate
   hop count updates upstream via Label Mapping messages.

   Without use of the unknown hop count, each time a new LSR is added to
   the LSP a hop count update would need to be propagated upstream if
   the new LSR is closer to the egress than any of the other LSRs.
   These updates are useless overhead since they don't reflect the hop
   count to the egress.

   From the perspective of the ingress node, the fact that the hop count
   is unknown implies nothing about whether a packet sent on the LSP
   will actually make it to the egress.  All it implies is that the hop
   count update from the egress has not yet reached the ingress.

   If an LSR receives a message containing a Hop Count TLV, it must
   check the hop count value to determine whether the hop count has
   exceeded its configured maximum allowable value.  If so, it must
   behave as if the containing message has traversed a loop by sending a
   Notification message signaling Loop Detected in reply to the sender
   of the message.

   If Loop Detection is configured, the LSR must follow the procedures
   specified in Section "Loop Detection".

3.4.5. Path Vector TLV

   The Path Vector TLV is used with the Hop Count TLV in Label Request
   and Label Mapping messages to implement the optional LDP loop
   detection mechanism.  See Section "Loop Detection".  Its use in the

Label Request message records the path of LSRs the request has
traversed.  Its use in the Label Mapping message records the path of
LSRs a label advertisement has traversed to setup an LSP.

Its encoding is:



```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|0| Path Vector (0x0104)     |            Length             |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                            LSR Id 1                           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                              |
~                                                              ~
|                                                              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                            LSR Id n                           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

One or more LSR Ids
   A list of router-ids indicating the path of LSRs the message has
   traversed.  Each LSR Id is the first four octets (router-id) of
   the LDP identifier for the corresponding LSR.  This ensures it is
   unique within the LSR network.

3.4.5.1. Path Vector Procedures

   The Path Vector TLV is carried in Label Mapping and Label Request
   messages when loop detection is configured.

3.4.5.1.1. Label Request Path Vector

   Section "Loop Detection" specifies situations when an LSR must
   include a Path Vector TLV in a Label Request message.

   An LSR that receives a Path Vector in a Label Request message must
   perform the procedures described in Section "Loop Detection".

   If the LSR detects a loop, it must reject the Label Request message.

   The LSR must:

      1. Transmit a Notification message to the sending LSR signaling
         "Loop Detected".

   2. Not propagate the Label Request message further.

Note that a Label Request message with Path Vector TLV is forwarded
until:

   1. A loop is found,

   2. The LSP egress is reached,

   3. The maximum Path Vector limit or maximum Hop Count limit is
      reached.  This is treated as if a loop had been detected.

3.4.5.1.2. Label Mapping Path Vector

Section "Loop Detection" specifies the situations when an LSR must
include a Path Vector TLV in a Label Mapping message.

An LSR that receives a Path Vector in a Label Mapping message must
perform the procedures described in Section "Loop Detection".

If the LSR detects a loop, it must reject the Label Mapping message
in order to prevent a forwarding loop.  The LSR must:

   1. Transmit a Label Release message carrying a Status TLV to the
      sending LSR to signal "Loop Detected".

   2. Not propagate the message further.

   3. Check whether the Label Mapping message is for an existing LSP.
      If so, the LSR must unsplice any upstream labels which are
      spliced to the downstream label for the FEC.

Note that a Label Mapping message with a Path Vector TLV is forwarded
until:

   1. A loop is found,

   2. An LSP ingress is reached, or

   3. The maximum Path Vector or maximum Hop Count limit is reached.
      This is treated as if a loop had been detected.

3.4.6. Status TLV

Notification messages carry Status TLVs to specify events being
signaled.

The encoding for the Status TLV is:



```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|U|F| Status (0x0300)           |             Length            |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          Status Code                          |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          Message ID                           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|        Message Type           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

U bit
    Should be 0 when the Status TLV is sent in a Notification message.
    Should be 1 when the Status TLV is sent in some other message.

F bit
    Should be the same as the setting of the F-bit in the Status Code
    field.

Status Code
    32-bit unsigned integer encoding the event being signaled.  The
    structure of a Status Code is:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|E|F|                     Status Data                           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

    E bit
      Fatal error bit.  If set (=1), this is a fatal error
      notification.  If clear (=0), this is an advisory notification.

    F bit
      Forward bit.  If set (=1), the notification should be forwarded
      to the LSR for the next-hop or previous-hop for the LSP, if
      any, associated with the event being signaled.  If clear (=0),
      the notification should not be forwarded.

    Status Data
      30-bit unsigned integer which specifies the status information.

    This specification defines Status Codes (32-bit unsigned integers
    with the above encoding).

A Status Code of 0 signals success.

Message ID
    If non-zero, 32-bit value that identifies the peer message to
    which the Status TLV refers.  If zero, no specific peer message is
    being identified.

Message Type
    If non-zero, the type of the peer message to which the Status TLV
    refers.  If zero, the Status TLV does not refer to any specific
    message type.

Note that use of the Status TLV is not limited to Notification
messages.  A message other than a Notification message may carry a
Status TLV as an Optional Parameter.  When a message other than a
Notification carries a Status TLV the U-bit of the Status TLV should
be set to 1 to indicate that the receiver should silently discard the
TLV if unprepared to handle it.

## 3.5. LDP Messages

All LDP messages have the following format:



U bit
     Unknown message bit.  Upon receipt of an unknown message, if U is
     clear (=0), a notification is returned to the message originator;
     if U is set (=1), the unknown message is silently ignored.  The
     sections following that define messages specify a value for the
     U-bit.

Message Type
     Identifies the type of message

Message Length
     Specifies the cumulative length in octets of the Message ID,
     Mandatory Parameters, and Optional Parameters.

Message ID
     32-bit value used to identify this message.  Used by the sending
     LSR to facilitate identifying notification messages that may apply
     to this message.  An LSR sending a notification message in
     response to this message should include this Message Id in the
     Status TLV carried by the notification message; see Section
     "Notification Message".

Mandatory Parameters
     Variable length set of required message parameters.  Some messages
     have no required parameters.

     For messages that have required parameters, the required
     parameters MUST appear in the order specified by the individual
     message specifications in the sections that follow.

Optional Parameters
     Variable length set of optional message parameters.  Many messages
     have no optional parameters.

     For messages that have optional parameters, the optional
     parameters may appear in any order.

Note that there is no alignment requirement for the first octet of an
LDP message.

The following message types are defined in this version of LDP:

     Message Name            Section Title

     Notification            "Notification Message"
     Hello                   "Hello Message"
     Initialization          "Initialization Message"
     KeepAlive               "KeepAlive Message"

```
Address                   "Address Message"
Address Withdraw          "Address Withdraw Message"
Label Mapping             "Label Mapping Message"
Label Request             "Label Request Message"
Label Abort Request       "Label Abort Request Message"
Label Withdraw            "Label Withdraw Message"
Label Release             "Label Release Message"
```

The sections that follow specify the encodings and procedures for
these messages.

Some of the above messages are related to one another, for example
the Label Mapping, Label Request, Label Withdraw, and Label Release
messages.

While it is possible to think about messages related in this way in
terms of a message type that specifies a message class and a message
subtype that specifies a particular kind of message within that
class, this specification does not formalize the notion of a message
subtype.

The specification assigns type values for related messages, such as
the label messages, from of a contiguous block in the 16-bit message
type number space.

3.5.1. Notification Message

An LSR sends a Notification message to inform an LDP peer of a
significant event.  A Notification message signals a fatal error or
provides advisory information such as the outcome of processing an
LDP message or the state of the LDP session.

The encoding for the Notification Message is:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|   Notification (0x0001)     |      Message Length            |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                         Message ID                            |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                         Status (TLV)                          |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                       Optional Parameters                     |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Message ID
   32-bit value used to identify this message.

Status TLV
    Indicates the event being signaled.  The encoding for the Status
    TLV is specified in Section "Status TLV".

Optional Parameters
    This variable length field contains 0 or more parameters, each
    encoded as a TLV.  The following Optional Parameters are generic
    and may appear in any Notification Message:

        Optional Parameter      Type     Length  Value

        Extended Status         0x0301   4       See below
        Returned PDU            0x0302   var     See below
        Returned Message        0x0303   var     See below

    Other Optional Parameters, specific to the particular event being
    signaled by the Notification Messages may appear.  These are
    described elsewhere.

    Extended Status
        The 4 octet value is an Extended Status Code that encodes
        additional information that supplements the status information
        contained in the Notification Status Code.

    Returned PDU
        An LSR uses this parameter to return part of an LDP PDU to the
        LSR that sent it.  The value of this TLV is the PDU header and
        as much PDU data following the header as appropriate for the
        condition being signaled by the Notification message.

    Returned Message
        An LSR uses this parameter to return part of an LDP message to
        the LSR that sent it.  The value of this TLV is the message
        type and length fields and as much message data following the
        type and length fields as appropriate for the condition being
        signaled by the Notification message.

3.5.1.1. Notification Message Procedures

    If an LSR encounters a condition requiring it to notify its peer with
    advisory or error information it sends the peer a Notification
    message containing a Status TLV that encodes the information and
    optionally additional TLVs that provide more information about the
    condition.

    If the condition is one that is a fatal error the Status Code carried
    in the notification will indicate that.  In this case, after sending
    the Notification message the LSR should terminate the LDP session by

closing the session TCP connection and discard all state associated
with the session, including all label-FEC bindings learned via the
session.

When an LSR receives a Notification message that carries a Status
Code that indicates a fatal error, it should terminate the LDP
session immediately by closing the session TCP connection and discard
all state associated with the session, including all label-FEC
bindings learned via the session.

3.5.1.2. Events Signaled by Notification Messages

It is useful for descriptive purpose to classify events signaled by
Notification Messages into the following categories.

3.5.1.2.1. Malformed PDU or Message

Malformed LDP PDUs or Messages that are part of the LDP Discovery
mechanism are handled by silently discarding them.

An LDP PDU received on a TCP connection for an LDP session is
malformed if:

   -  The LDP Identifier in the PDU header is unknown to the
      receiver, or it is known but is not the LDP Identifier
      associated by the receiver with the LDP peer for this LDP
      session.  This is a fatal error signaled by the Bad LDP
      Identifier Status Code.

   -  The LDP protocol version is not supported by the receiver, or
      it is supported but is not the version negotiated for the
      session during session establishment.  This is a fatal error
      signaled by the Bad Protocol Version Status Code.

   -  The PDU Length field is too small (< 14) or too large
      (> maximum PDU length).  This is a fatal error signaled by the
      Bad PDU Length Status Code.  Section "Initialization Message"
      describes how the maximum PDU length for a session is
      determined.

An LDP Message is malformed if:

   -  The Message Type is unknown.

      If the Message Type is < 0x8000 (high order bit = 0) it is an
      error signaled by the Unknown Message Type Status Code.

        If the Message Type is >= 0x8000 (high order bit = 1) it is
        silently discarded.

   -    The Message Length is too large, that is, indicates that the
        message extends beyond the end of the containing LDP PDU.  This
        is a fatal error signaled by the Bad Message Length Status
        Code.

   -    The message is missing one or more Mandatory Parameters.  This
        is a non-fatal error signalled by the Missing Message
        Parameters Status Code.

3.5.1.2.2. Unknown or Malformed TLV

   Malformed TLVs contained in LDP messages that are part of the LDP
   Discovery mechanism are handled by silently discarding the containing
   message.

   A TLV contained in an LDP message received on a TCP connection of an
   LDP is malformed if:

   -    The TLV Length is too large, that is, indicates that the TLV
        extends beyond the end of the containing message.  This is a
        fatal error signaled by the Bad TLV Length Status Code.

   -    The TLV type is unknown.

        If the TLV type is < 0x8000 (high order bit 0) it is an error
        signaled by the Unknown TLV Status Code.

        If the TLV type is >= 0x8000 (high order bit 1) the TLV is
        silently dropped.  Section "Unknown TLV in Known Message Type"
        elaborates on this behavior.

   -    The TLV Value is malformed.  This occurs when the receiver
        handles the TLV but cannot decode the TLV Value.  This is
        interpreted as indicative of a bug in either the sending or
        receiving LSR.  It is a fatal error signaled by the Malformed
        TLV Value Status Code.

3.5.1.2.3. Session KeepAlive Timer Expiration

   This is a fatal error signaled by the KeepAlive Timer Expired Status
   Code.

3.5.1.2.4. Unilateral Session Shutdown

   This is a fatal event signaled by the Shutdown Status Code.  The
   Notification Message may optionally include an Extended Status TLV to
   provide a reason for the Shutdown.  The sending LSR terminates the
   session immediately after sending the Notification.

3.5.1.2.5. Initialization Message Events

   The session initialization negotiation (see Section "Session
   Initialization") may fail if the session parameters received in the
   Initialization Message are unacceptable.  This is a fatal error.  The
   specific Status Code depends on the parameter deemed unacceptable,
   and is defined in Sections "Initialization Message".

3.5.1.2.6. Events Resulting From Other Messages

   Messages other than the Initialization message may result in events
   that must be signaled to LDP peers via Notification Messages.  These
   events and the Status Codes used in the Notification Messages to
   signal them are described in the sections that describe these
   messages.

3.5.1.2.7. Internal Errors

   An LDP implementation may be capable of detecting problem conditions
   specific to its implementation.  When such a condition prevents an
   implementation from interacting correctly with a peer, the
   implementation should, when capable of doing so, use the Internal
   Error Status Code to signal the peer.  This is a fatal error.

3.5.1.2.8. Miscellaneous Events

   These are events that fall into none of the categories above.  There
   are no miscellaneous events defined in this version of the protocol.

3.5.2. Hello Message

   LDP Hello Messages are exchanged as part of the LDP Discovery
   Mechanism; see Section "LDP Discovery".

   The encoding for the Hello Message is:

RFC 3036                     LDP Specification               January 2001

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|   Hello (0x0100)            |      Message Length           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          Message ID                           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                   Common Hello Parameters TLV                 |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                      Optional Parameters                      |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Message ID
   32-bit value used to identify this message.

Common Hello Parameters TLV
   Specifies parameters common to all Hello messages.  The encoding
   for the Common Hello Parameters TLV is:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|0| Common Hello Parms(0x0400)|         Length                |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|      Hold Time                |T|R| Reserved                  |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

   Hold Time,
      Hello hold time in seconds.  An LSR maintains a record of
      Hellos received from potential peers (see Section "Hello
      Message Procedures").  Hello Hold Time specifies the time the
      sending LSR will maintain its record of Hellos from the
      receiving LSR without receipt of another Hello.

      A pair of LSRs negotiates the hold times they use for Hellos
      from each other.  Each proposes a hold time.  The hold time
      used is the minimum of the hold times proposed in their Hellos.

      A value of 0 means use the default, which is 15 seconds for
      Link Hellos and 45 seconds for Targeted Hellos.  A value of
      0xffff means infinite.

   T, Targeted Hello
      A value of 1 specifies that this Hello is a Targeted Hello.  A
      value of 0 specifies that this Hello is a Link Hello.

R, Request Send Targeted Hellos
    A value of 1 requests the receiver to send periodic Targeted
    Hellos to the source of this Hello.  A value of 0 makes no
    request.

    An LSR initiating Extended Discovery sets R to 1.  If R is 1,
    the receiving LSR checks whether it has been configured to send
    Targeted Hellos to the Hello source in response to Hellos with
    this request.  If not, it ignores the request.  If so, it
    initiates periodic transmission of Targeted Hellos to the Hello
    source.

Reserved
    This field is reserved.  It must be set to zero on transmission
    and ignored on receipt.

Optional Parameters
    This variable length field contains 0 or more parameters, each
    encoded as a TLV.  The optional parameters defined by this
    version of the protocol are

    Optional Parameter        Type    Length  Value

    IPv4 Transport Address    0x0401    4     See below
    Configuration             0x0402    4     See below
        Sequence Number
    IPv6 Transport Address    0x0403   16     See below

IPv4 Transport Address
    Specifies the IPv4 address to be used for the sending LSR when
    opening the LDP session TCP connection.  If this optional TLV
    is not present the IPv4 source address for the UDP packet
    carrying the Hello should be used.

Configuration Sequence Number
    Specifies a 4 octet unsigned configuration sequence number that
    identifies the configuration state of the sending LSR.  Used by
    the receiving LSR to detect configuration changes on the
    sending LSR.

IPv6 Transport Address
    Specifies the IPv6 address to be used for the sending LSR when
    opening the LDP session TCP connection.  If this optional TLV
    is not present the IPv6 source address for the UDP packet
    carrying the Hello should be used.

3.5.2.1. Hello Message Procedures

An LSR receiving Hellos from another LSR maintains a Hello adjacency
corresponding to the Hellos.  The LSR maintains a hold timer with the
Hello adjacency which it restarts whenever it receives a Hello that
matches the Hello adjacency.  If the hold timer for a Hello adjacency
expires the LSR discards the Hello adjacency: see sections
"Maintaining Hello Adjacencies" and "Maintaining LDP Sessions".

We recommend that the interval between Hello transmissions be at most
one third of the Hello hold time.

An LSR processes a received LDP Hello as follows:

   1. The LSR checks whether the Hello is acceptable.  The criteria
      for determining whether a Hello is acceptable are
      implementation dependent (see below for example criteria).

   2. If the Hello is not acceptable, the LSR ignores it.

   3. If the Hello is acceptable, the LSR checks whether it has a
      Hello adjacency for the Hello source.  If so, it restarts the
      hold timer for the Hello adjacency.  If not it creates a Hello
      adjacency for the Hello source and starts its hold timer.

   4. If the Hello carries any optional TLVs the LSR processes them
      (see below).

   5. Finally, if the LSR has no LDP session for the label space
      specified by the LDP identifier in the PDU header for the
      Hello, it follows the procedures of Section "LDP Session
      Establishment".

The following are examples of acceptability criteria for Link and
Targeted Hellos:

   A Link Hello is acceptable if the interface on which it was
   received has been configured for label switching.

   A Targeted Hello from source address A is acceptable if either:

   -  The LSR has been configured to accept Targeted Hellos, or

   -  The LSR has been configured to send Targeted Hellos to A.

   The following describes how an LSR processes Hello optional TLVs:

Transport Address
    The LSR associates the specified transport address with the
    Hello adjacency.

Configuration Sequence Number
    The Configuration Sequence Number optional parameter is used by
    the sending LSR to signal configuration changes to the
    receiving LSR.  When a receiving LSR playing the active role in
    LDP session establishment detects a change in the sending LSR
    configuration, it may clear the session setup backoff delay, if
    any, associated with the sending LSR (see Section "Session
    Initialization").

    A sending LSR using this optional parameter is responsible for
    maintaining the configuration sequence number it transmits in
    Hello messages.  Whenever there is a configuration change on
    the sending LSR, it increments the configuration sequence
    number.

### 3.5.3. Initialization Message

The LDP Initialization Message is exchanged as part of the LDP
session establishment procedure; see Section "LDP Session
Establishment".

The encoding for the Initialization Message is:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|  Initialization (0x0200)    |      Message Length           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          Message ID                           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                 Common Session Parameters TLV                 |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                      Optional Parameters                      |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Message ID
    32-bit value used to identify this message.

Common Session Parameters TLV
    Specifies values proposed by the sending LSR for parameters that
    must be negotiated for every LDP session.

    The encoding for the Common Session Parameters TLV is:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|0| Common Sess Parms (0x0500)|          Length               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| Protocol Version              |       KeepAlive Time          |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|A|D|   Reserved  |    PVLim     |       Max PDU Length          |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                    Receiver LDP Identifier                    |
+                               +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                               |
-+-+-+-+-+-+-+-+-+-+-+-+-+-+-++
```

Protocol Version
    Two octet unsigned integer containing the version number of the
    protocol.  This version of the specification specifies LDP
    protocol version 1.

KeepAlive Time
    Two octet unsigned non zero integer that indicates the number
    of seconds that the sending LSR proposes for the value of the
    KeepAlive Time.  The receiving LSR MUST calculate the value of
    the KeepAlive Timer by using the smaller of its proposed
    KeepAlive Time and the KeepAlive Time received in the PDU.  The
    value chosen for KeepAlive Time indicates the maximum number of
    seconds that may elapse between the receipt of successive PDUs
    from the LDP peer on the session TCP connection.  The KeepAlive
    Timer is reset each time a PDU arrives.

A, Label Advertisement Discipline
    Indicates the type of Label advertisement.  A value of 0 means
    Downstream Unsolicited advertisement; a value of 1 means
    Downstream On Demand.

    If one LSR proposes Downstream Unsolicited and the other
    proposes Downstream on Demand, the rules for resolving this
    difference is:

    -  If the session is for a label-controlled ATM link or a
       label-controlled Frame Relay link, then Downstream on Demand
       must be used.

    -  Otherwise, Downstream Unsolicited must be used.

    If the label advertisement discipline determined in this way is
    unacceptable to an LSR, it must send a Session
    Rejected/Parameters Advertisement Mode Notification message in

response to the Initialization message and not establish the
session.

D, Loop Detection
   Indicates whether loop detection based on path vectors is
   enabled.  A value of 0 means loop detection is disabled; a
   value of 1 means that loop detection is enabled.

PVLim, Path Vector Limit
   The configured maximum path vector length.  Must be 0 if loop
   detection is disabled (D = 0).  If the loop detection
   procedures would require the LSR to send a path vector that
   exceeds this limit, the LSR will behave as if a loop had been
   detected for the FEC in question.

   When Loop Detection is enabled in a portion of a network, it is
   recommended that all LSRs in that portion of the network be
   configured with the same path vector limit.  Although knowledge
   of a peer's path vector limit will not change an LSR's
   behavior, it does enable the LSR to alert an operator to a
   possible misconfiguration.

Reserved
   This field is reserved.  It must be set to zero on transmission
   and ignored on receipt.

Max PDU Length
   Two octet unsigned integer that proposes the maximum allowable
   length for LDP PDUs for the session.  A value of 255 or less
   specifies the default maximum length of 4096 octets.

   The receiving LSR MUST calculate the maximum PDU length for the
   session by using the smaller of its and its peer's proposals
   for Max PDU Length.  The default maximum PDU length applies
   before session initialization completes.

   If the maximum PDU length determined this way is unacceptable
   to an LSR, it must send a Session Rejected/Parameters Max PDU
   Length Notification message in response to the Initialization
   message and not establish the session.

Receiver LDP Identifier
   Identifies the receiver's label space.  This LDP Identifier,
   together with the sender's LDP Identifier in the PDU header
   enables the receiver to match the Initialization message with
   one of its Hello adjacencies; see Section "Hello Message
   Procedures".

If there is no matching Hello adjacency, the LSR must send a
Session Rejected/No Hello Notification message in response to
the Initialization message and not establish the session.

Optional Parameters
   This variable length field contains 0 or more parameters, each
   encoded as a TLV.  The optional parameters are:

      Optional Parameter      Type      Length  Value

      ATM Session Parameters  0x0501    var     See below
      Frame Relay Session     0x0502    var     See below
        Parameters

   ATM Session Parameters
      Used when an LDP session manages label exchange for an ATM link
      to specify ATM-specific session parameters.

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|0|   ATM Sess Parms (0x0501) |      Length                  |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| M |   N   |D|                    Reserved                    |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                   ATM Label Range Component 1                |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                             |
~                                                             ~
|                                                             |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                   ATM Label Range Component N                |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

   M, ATM Merge Capabilities
      Specifies the merge capabilities of an ATM switch.  The
      following values are supported in this version of the
      specification:

             Value          Meaning

               0            Merge not supported
               1            VP Merge supported
               2            VC Merge supported
               3            VP & VC Merge supported

   If the merge capabilities of the LSRs differ, then:

            -  Non-merge and VC-merge LSRs may freely interoperate.

            -  The interoperability of VP-merge-capable switches with non-
               VP-merge-capable switches is a subject for future study.
               When the LSRs differ on the use of VP-merge, the session is
               established, but VP merge is not used.

            Note that if VP merge is used, it is the responsibility of the
            ingress node to ensure that the chosen VCI is unique within the
            LSR domain (see [ATM-VP]).

      N, Number of label range components
            Specifies the number of ATM Label Range Components included in
            the TLV.

      D, VC Directionality
            A value of 0 specifies bidirectional VC capability, meaning the
            LSR can (within a given VPI) support the use of a given VCI as
            a label for both link directions independently.  A value of 1
            specifies unidirectional VC capability, meaning (within a given
            VPI) a given VCI may appear in a label mapping for one
            direction on the link only.  When either or both of the peers
            specifies unidirectional VC capability, both LSRs use
            unidirectional VC label assignment for the link as follows.
            The LSRs compare their LDP Identifiers as unsigned integers.
            The LSR with the larger LDP Identifier may assign only odd-
            numbered VCIs in the VPI/VCI range as labels.  The system with
            the smaller LDP Identifier may assign only even-numbered VCIs
            in the VPI/VCI range as labels.

      Reserved
            This field is reserved.  It must be set to zero on transmission
            and ignored on receipt.

      One or more ATM Label Range Components
            A list of ATM Label Range Components which together specify the
            Label range supported by the transmitting LSR.

            A receiving LSR MUST calculate the intersection between the
            received range and its own supported label range.  The
            intersection is the range in which the LSR may allocate and
            accept labels.  LSRs MUST NOT establish a session with
            neighbors for which the intersection of ranges is NULL.  In
            this case, the LSR must send a Session Rejected/Parameters
            Label Range Notification message in response to the
            Initialization message and not establish the session.

            The encoding for an ATM Label Range Component is:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|  Res  |     Minimum VPI       |        Minimum VCI            |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|  Res  |     Maximum VPI       |        Maximum VCI            |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

    Res
        This field is reserved. It must be set to zero on
        transmission and must be ignored on receipt.

    Minimum VPI (12 bits)
        This 12 bit field specifies the lower bound of a block of
        Virtual Path Identifiers that is supported on the
        originating switch.  If the VPI is less than 12-bits it
        should be right justified in this field and preceding bits
        should be set to 0.

    Minimum VCI (16 bits)
        This 16 bit field specifies the lower bound of a block of
        Virtual Connection Identifiers that is supported on the
        originating switch.  If the VCI is less than 16-bits it
        should be right justified in this field and preceding bits
        should be set to 0.

    Maximum VPI (12 bits)
        This 12 bit field specifies the upper bound of a block of
        Virtual Path Identifiers that is supported on the
        originating switch.  If the VPI is less than 12-bits it
        should be right justified in this field and preceding bits
        should be set to 0.

    Maximum VCI (16 bits)
        This 16 bit field specifies the upper bound of a block of
        Virtual Connection Identifiers that is supported on the
        originating switch.  If the VCI is less than 16-bits it
        should be right justified in this field and preceding bits
        should be set to 0.

When peer LSRs are connected indirectly by means of an ATM VP, the
sending LSR should set the Minimum and Maximum VPI fields to 0,
and the receiving LSR must ignore the Minimum and Maximum VPI
fields.

See [ATM-VP] for specification of the fields for ATM Label Range
Components to be used with VP merge LSRs.

RFC 3036                    LDP Specification                January 2001

Frame Relay Session Parameters
    Used when an LDP session manages label exchange for a Frame
    Relay link to specify Frame Relay-specific session parameters.

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|0|   FR Sess Parms (0x0502)  |        Length                 |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| M |   N   |D|                  Reserved                       |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|              Frame Relay Label Range Component 1              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                              |
~                                                              ~
|                                                              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|              Frame Relay Label Range Component N              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

M, Frame Relay Merge Capabilities
    Specifies the merge capabilities of a Frame Relay switch.  The
    following values are supported in this version of the
    specification:

| Value | Meaning |
|-------|---------|
| 0 | Merge not supported |
| 1 | Merge supported |

    Non-merge and merge Frame Relay LSRs may freely interoperate.

N, Number of label range components
    Specifies the number of Frame Relay Label Range Components
    included in the TLV.

D, VC Directionality
    A value of 0 specifies bidirectional VC capability, meaning the
    LSR can support the use of a given DLCI as a label for both
    link directions independently.  A value of 1 specifies
    unidirectional VC capability, meaning a given DLCI may appear
    in a label mapping for one direction on the link only.  When
    either or both of the peers specifies unidirectional VC
    capability, both LSRs use unidirectional VC label assignment
    for the link as follows.  The LSRs compare their LDP
    Identifiers as unsigned integers.  The LSR with the larger LDP

Identifier may assign only odd-numbered DLCIs in the range as
labels.  The system with the smaller LDP Identifier may assign
only even-numbered DLCIs in the range as labels.

Reserved
   This field is reserved.  It must be set to zero on transmission
   and ignored on receipt.

One or more Frame Relay Label Range Components
   A list of Frame Relay Label Range Components which together
   specify the Label range supported by the transmitting LSR.

   A receiving LSR MUST calculate the intersection between the
   received range and its own supported label range.  The
   intersection is the range in which the LSR may allocate and
   accept labels.  LSRs MUST NOT establish a session with
   neighbors for which the intersection of ranges is NULL.  In
   this case, the LSR must send a Session Rejected/Parameters
   Label Range Notification message in response to the
   Initialization message and not establish the session.

   The encoding for a Frame Relay Label Range Component is:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| Reserved    |Len|              Minimum DLCI                  |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| Reserved        |              Maximum DLCI                  |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

   Reserved
      This field is reserved.  It must be set to zero on
      transmission and ignored on receipt.

   Len
      This field specifies the number of bits of the DLCI.  The
      following values are supported:

            Len     DLCI bits

             0       10
             2       23

      Len values 1 and 3 are reserved.

    Minimum DLCI
        This 23-bit field specifies the lower bound of a block of
        Data Link Connection Identifiers (DLCIs) that is supported
        on the originating switch.  The DLCI should be right
        justified in this field and unused bits should be set to 0.

    Maximum DLCI
        This 23-bit field specifies the upper bound of a block of
        Data Link Connection Identifiers (DLCIs) that is supported
        on the originating switch.  The DLCI should be right
        justified in this field and unused bits should be set to 0.

   Note that there is no Generic Session Parameters TLV for sessions
   which advertise Generic Labels.

## 3.5.3.1. Initialization Message Procedures

   See Section "LDP Session Establishment" and particularly Section
   "Session Initialization" for general procedures for handling the
   Initialization Message.

## 3.5.4. KeepAlive Message

   An LSR sends KeepAlive Messages as part of a mechanism that monitors
   the integrity of the LDP session transport connection.

   The encoding for the KeepAlive Message is:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|   KeepAlive (0x0201)       |      Message Length            |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                         Message ID                            |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                      Optional Parameters                      |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

   Message ID
      32-bit value used to identify this message.

   Optional Parameters
      No optional parameters are defined for the KeepAlive message.

## 3.5.4.1. KeepAlive Message Procedures

   The KeepAlive Timer mechanism described in Section "Maintaining LDP
   Sessions" resets a session KeepAlive timer every time an LDP PDU is

received on the session TCP connection.  The KeepAlive Message is
provided to allow reset of the KeepAlive Timer in circumstances where
an LSR has no other information to communicate to an LDP peer.

An LSR must arrange that its peer receive an LDP Message from it at
least every KeepAlive Time period.  Any LDP protocol message will do
but, in circumstances where no other LDP protocol messages have been
sent within the period, a KeepAlive message must be sent.

## 3.5.5. Address Message

An LSR sends the Address Message to an LDP peer to advertise its
interface addresses.

The encoding for the Address Message is:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|   Address (0x0300)          |      Message Length           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                         Message ID                            |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
|                     Address List TLV                          |
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                     Optional Parameters                       |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

   Message ID
      32-bit value used to identify this message.

   Address List TLV
      The list of interface addresses being advertised by the sending
      LSR.  The encoding for the Address List TLV is specified in Section
      "Address List TLV".

   Optional Parameters
      No optional parameters are defined for the Address message.

## 3.5.5.1. Address Message Procedures

An LSR that receives an Address Message message uses the addresses it
learns to maintain a database for mapping between peer LDP
Identifiers and next hop addresses; see Section "LDP Identifiers and
Next Hop Addresses".

When a new LDP session is initialized and before sending Label
Mapping or Label Request messages an LSR should advertise its
interface addresses with one or more Address messages.

Whenever an LSR "activates" a new interface address, it should
advertise the new address with an Address message.

Whenever an LSR "de-activates" a previously advertised address, it
should withdraw the address with an Address Withdraw message; see
Section "Address Withdraw Message".

If an LSR does not support the Address Family specified in the
Address List TLV, it should send an "Unsupported Address Family"
Notification to its LDP signalling an error and abort processing the
message.

### 3.5.6. Address Withdraw Message

An LSR sends the Address Withdraw Message to an LDP peer to withdraw
previously advertised interface addresses.

The encoding for the Address Withdraw Message is:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|   Address Withdraw (0x0301) |     Message Length            |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          Message ID                           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
|                        Address List TLV                       |
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                       Optional Parameters                     |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Message ID
   32-bit value used to identify this message.

Address list TLV
   The list of interface addresses being withdrawn by the sending
   LSR.  The encoding for the Address list TLV is specified in
   Section "Address List TLV".

Optional Parameters
   No optional parameters are defined for the Address Withdraw
   message.

3.5.6.1. Address Withdraw Message Procedures

    See Section "Address Message Procedures"

3.5.7. Label Mapping Message

    An LSR sends a Label Mapping message to an LDP peer to advertise
    FEC-label bindings to the peer.

    The encoding for the Label Mapping Message is:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|   Label Mapping (0x0400)    |      Message Length            |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          Message ID                           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          FEC TLV                              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          Label TLV                            |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                       Optional Parameters                     |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

    Message ID
       32-bit value used to identify this message.

    FEC TLV
       Specifies the FEC component of the FEC-Label mapping being
       advertised.  See Section "FEC TLV" for encoding.

    Label TLV
       Specifies the Label component of the FEC-Label mapping.  See
       Section "Label TLV" for encoding.

    Optional Parameters
       This variable length field contains 0 or more parameters, each
       encoded as a TLV.  The optional parameters are:

| Optional Parameter | Length | Value |
|---|---|---|
| Label Request<br>    Message ID TLV | 4 | See below |
| Hop Count TLV | 1 | See below |
| Path Vector TLV | variable | See below |

The encodings for the Hop Count, and Path Vector TLVs can be found
in Section "TLV Encodings for Commonly Used Parameters".

Label Request Message ID
    If this Label Mapping message is a response to a Label Request
    message it must include the Request Message Id optional
    parameter.  The value of this optional parameter is the Message
    Id of the corresponding Label Request Message.

Hop Count
    Specifies the running total of the number of LSR hops along the
    LSP being setup by the Label Message.  Section "Hop Count
    Procedures" describes how to handle this TLV.

Path Vector
    Specifies the LSRs along the LSP being setup by the Label
    Message.  Section "Path Vector Procedures" describes how to
    handle this TLV.

3.5.7.1. Label Mapping Message Procedures

The Mapping message is used by an LSR to distribute a label mapping
for a FEC to an LDP peer.  If an LSR distributes a mapping for a FEC
to multiple LDP peers, it is a local matter whether it maps a single
label to the FEC, and distributes that mapping to all its peers, or
whether it uses a different mapping for each of its peers.

An LSR is responsible for the consistency of the label mappings it
has distributed, and that its peers have these mappings.

An LSR receiving a Label Mapping message from a downstream LSR for a
Prefix or Host Address FEC Element should not use the label for
forwarding unless its routing table contains an entry that exactly
matches the FEC Element.

See Appendix A "LDP Label Distribution Procedures" for more details.

3.5.7.1.1. Independent Control Mapping

If an LSR is configured for independent control, a mapping message is
transmitted by the LSR upon any of the following conditions:

  1. The LSR recognizes a new FEC via the forwarding table, and the
     label advertisement mode is Downstream Unsolicited
     advertisement.

  2. The LSR receives a Request message from an upstream peer for a
     FEC present in the LSR's forwarding table.

     3. The next hop for a FEC changes to another LDP peer, and loop
        detection is configured.

     4. The attributes of a mapping change.

     5. The receipt of a mapping from the downstream next hop  AND
            a) no upstream mapping has been created   OR
            b) loop detection is configured  OR
            c) the attributes of the mapping have changed.

3.5.7.1.2. Ordered Control Mapping

     If an LSR is doing ordered control, a Mapping message is transmitted
     by downstream LSRs upon any of the following conditions:

     1. The LSR recognizes a new FEC via the forwarding table, and is
        the egress for that FEC.

     2. The LSR receives a Request message from an upstream peer for a
        FEC present in the LSR's forwarding table, and the LSR is the
        egress for that FEC OR has a downstream mapping for that FEC.

     3. The next hop for a FEC changes to another LDP peer, and loop
        detection is configured.

     4. The attributes of a mapping change.

     5. The receipt of a mapping from the downstream next hop  AND
            a) no upstream mapping has been created   OR
            b) loop detection is configured   OR
            c) the attributes of the mapping have changed.

3.5.7.1.3. Downstream on Demand Label Advertisement

     In general, the upstream LSR is responsible for requesting label
     mappings when operating in Downstream on Demand mode.  However,
     unless some rules are followed, it is possible for neighboring LSRs
     with different advertisement modes to get into a livelock situation
     where everything is functioning properly, but no labels are
     distributed.  For example, consider two LSRs Ru and Rd where Ru is
     the upstream LSR and Rd is the downstream LSR for a particular FEC.
     In this example, Ru is using Downstream Unsolicited advertisement
     mode and Rd is using Downstream on Demand mode.  In this case, Rd may
     assume that Ru will request a label mapping when it wants one and Ru
     may assume that Rd will advertise a label if it wants Ru to use one.
     If Rd and Ru operate as suggested, no labels will be distributed from
     Rd to Ru.

This livelock situation can be avoided if the following rule is observed: an LSR operating in Downstream on Demand mode should not be expected to send unsolicited mapping advertisements.  Therefore, if the downstream LSR is operating in Downstream on Demand mode, the upstream LSR is responsible for requesting label mappings as needed.

### 3.5.7.1.4. Downstream Unsolicited Label Advertisement

In general, the downstream LSR is responsible for advertising a label mapping when it wants an upstream LSR to use the label.  An upstream LSR may issue a mapping request if it so desires.

The combination of Downstream Unsolicited mode and conservative label retention can lead to a situation where an LSR releases the label for a FEC that it later needs.  For example, if LSR Rd advertises to LSR Ru the label for a FEC for which it is not Ru's next hop, Ru will release the label.  If Ru's next hop for the FEC later changes to Rd, it needs the previously released label.

To deal with this situation either Ru can explicitly request the label when it needs it, or Rd can periodically readvertise it to Ru. In many situations Ru will know when it needs the label from Rd.  For example, when its next hop for the FEC changes to Rd.  However, there could be situations when Ru does not.  For example, Rd may be attempting to establish an LSP with non-standard properties.  Forcing Ru to explicitly request the label in this situation would require it to maintain state about a potential LSP with non-standard properties.

In situations where Ru knows it needs the label, it is responsible for explicitly requesting the label by means of a Label Request message.  In situations where Ru may not know that it needs the label, Rd is responsible for periodically readvertising the label to Ru.

For this version of LDP, the only situation where Ru knows it needs a label for a FEC from Rd is when Rd is its next hop for the FEC, Ru does not have a label from Rd, and the LSP for the FEC is one that can be established with TLVs defined in this document.

### 3.5.8. Label Request Message

An LSR sends the Label Request Message to an LDP peer to request a binding (mapping) for a FEC.

The encoding for the Label Request Message is:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|  Label Request (0x0401)    |      Message Length           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                           Message ID                          |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                           FEC TLV                             |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                       Optional Parameters                     |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Message ID
   32-bit value used to identify this message.

FEC TLV
   The FEC for which a label is being requested.  See Section "FEC
   TLV" for encoding.

Optional Parameters
   This variable length field contains 0 or more parameters, each
   encoded as a TLV.  The optional parameters are:

      Optional Parameter      Length       Value

      Hop Count TLV           1            See below
      Path Vector TLV         variable     See below

   The encodings for the Hop Count, and Path Vector TLVs can be found
   in Section "TLV Encodings for Commonly Used Parameters".

   Hop Count
      Specifies the running total of the number of LSR hops along the
      LSP being setup by the Label Request Message.  Section "Hop
      Count Procedures" describes how to handle this TLV.

   Path Vector
      Specifies the LSRs along the LSR being setup by the Label
      Request Message.  Section "Path Vector Procedures" describes
      how to handle this TLV.

3.5.8.1. Label Request Message Procedures

   The Request message is used by an upstream LSR to explicitly request
   that the downstream LSR assign and advertise a label for a FEC.

An LSR may transmit a Request message under any of the following
conditions:

  1. The LSR recognizes a new FEC via the forwarding table, and the
     next hop is an LDP peer, and the LSR doesn't already have a
     mapping from the next hop for the given FEC.

  2. The next hop to the FEC changes, and the LSR doesn't already
     have a mapping from that next hop for the given FEC.

     Note that if the LSR already has a pending Label Request
     message for the new next hop it should not issue an additional
     Label Request in response to the next hop change.

  3. The LSR receives a Label Request for a FEC from an upstream LDP
     peer, the FEC next hop is an LDP peer, and the LSR doesn't
     already have a mapping from the next hop.

     Note that since a non-merge LSR must setup a separate LSP for
     each upstream peer requesting a label, it must send a separate
     Label Request for each such peer.  A consequence of this is
     that a non-merge LSR may have multiple Label Request messages
     for a given FEC outstanding at the same time.

The receiving LSR should respond to a Label Request message with a
Label Mapping for the requested label or with a Notification message
indicating why it cannot satisfy the request.

When the FEC for which a label is requested is a Prefix FEC Element
or a Host Address FEC Element, the receiving LSR uses its routing
table to determine its response.  Unless its routing table includes
an entry that exactly matches the requested Prefix or Host Address,
the LSR must respond with a No Route Notification message.

The message ID of the Label Request message serves as an identifier
for the Label Request transaction.  When the receiving LSR responds
with a Label Mapping message, the mapping message must include a
Label Request/Returned Message ID TLV optional parameter which
includes the message ID of the Label Request message.  Note that
since LSRs use Label Request message IDs as transaction identifiers
an LSR should not reuse the message ID of a Label Request message
until the corresponding transaction completes.

This version of the protocol defines the following Status Codes for
the Notification message that signals a request cannot be satisfied:

    No Route
        The FEC for which a label was requested includes a FEC Element
        for which the LSR does not have a route.

    No Label Resources
        The LSR cannot provide a label because of resource limitations.
        When resources become available the LSR must notify the
        requesting LSR by sending a Notification message with the Label
        Resources Available Status Code.

        An LSR that receives a No Label Resources response to a Label
        Request message must not issue further Label Request messages
        until it receives a Notification message with the Label
        Resources Available Status code.

    Loop Detected
        The LSR has detected a looping Label Request message.

   See Appendix A "LDP Label Distribution Procedures" for more details.

3.5.9. Label Abort Request Message

   The Label Abort Request message may be used to abort an outstanding
   Label Request message.

   The encoding for the Label Abort Request Message is:

```
0                   1                   2                   3
0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|   Label Abort Req (0x0404)  |      Message Length           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                       Message ID                              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                        FEC TLV                                |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                Label Request Message ID TLV                   |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                    Optional Parameters                        |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

   Message ID
      32-bit value used to identify this message.

   FEC TLV
      Identifies the FEC for which the Label Request is being aborted.

Label Request Message ID TLV
    Specifies the message ID of the Label Request message to be
    aborted.

Optional Parameters
    No optional parameters are defined for the Label Abort Req
    message.

3.5.9.1. Label Abort Request Message Procedures

An LSR Ru may send a Label Abort Request message to abort an
outstanding Label Request message for FEC sent to LSR Rd in the
following circumstances:

    1. Ru's next hop for FEC has changed from LSR Rd to LSR X; or

    2. Ru is a non-merge, non-ingress LSR and has received a Label
       Abort Request for FEC from an upstream peer Y.

    3. Ru is a merge, non-ingress LSR and has received a Label Abort
       Request for FEC from an upstream peer Y and Y is the only
       (last) upstream LSR requesting a label for FEC.

There may be other situations where an LSR may choose to abort an
outstanding Label Request message in order to reclaim resource
associated with the pending LSP.  However, specification of general
strategies for using the abort mechanism is beyond the scope of LDP.

When an LSR receives a Label Abort Request message, if it has not
previously responded to the Label Request being aborted with a Label
Mapping message or some other Notification message, it must
acknowledge the abort by responding with a Label Request Aborted
Notification message.  The Notification must include a Label Request
Message ID TLV that carries the message ID of the aborted Label
Request message.

If an LSR receives a Label Abort Request Message after it has
responded to the Label Request in question with a Label Mapping
message or a Notification message, it ignores the abort request.

If an LSR receives a Label Mapping message in response to a Label
Request message after it has sent a Label Abort Request message to
abort the Label Request, the label in the Label Mapping message is
valid.  The LSR may choose to use the label or to release it with a
Label Release message.

An LSR aborting a Label Request message may not reuse the Message ID
for the Label Request message until it receives one of the following
from its peer:

  - A Label Request Aborted Notification message acknowledging the
    abort;

  - A Label Mapping message in response to the Label Request
    message being aborted;

  - A Notification message in response to the Label Request message
    being aborted (e.g., Loop Detected, No Label Resources, etc.).

To protect itself against tardy peers or faulty peer implementations
an LSR may choose to time out receipt of the above.  The time out
period should be relatively long (several minutes).  If the time out
period elapses with no reply from the peer the LSR may reuse the
Message Id of the Label Request message; if it does so, it should
also discard any record of the outstanding Label Request and Label
Abort messages.

Note that the response to a Label Abort Request message is never
"ordered".  That is, the response does not depend on the downstream
state of the LSP setup being aborted.  An LSR receiving a Label Abort
Request message must process it immediately, regardless of the
downstream state of the LSP, responding with a Label Request Aborted
Notification or ignoring it, as appropriate.

3.5.10. Label Withdraw Message

An LSR sends a Label Withdraw Message to an LDP peer to signal the
peer that the peer may not continue to use specific FEC-label
mappings the LSR had previously advertised.  This breaks the mapping
between the FECs and the labels.

The encoding for the Label Withdraw Message is:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|   Label Withdraw (0x0402)   |      Message Length           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          Message ID                           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          FEC TLV                              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                      Label TLV (optional)                     |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                      Optional Parameters                      |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Message ID
    32-bit value used to identify this message.

FEC TLV
    Identifies the FEC for which the FEC-label mapping is being
    withdrawn.

Optional Parameters
    This variable length field contains 0 or more parameters, each
    encoded as a TLV.  The optional parameters are:

        Optional Parameter    Length       Value

        Label TLV             variable     See below

    The encoding for Label TLVs are found in Section "Label TLVs".

    Label
        If present, specifies the label being withdrawn (see procedures
        below).

3.5.10.1. Label Withdraw Message Procedures

An LSR transmits a Label Withdraw message under the following
conditions:

    1. The LSR no longer recognizes a previously known FEC for which
       it has advertised a label.

    2. The LSR has decided unilaterally (e.g., via configuration) to
       no longer label switch a FEC (or FECs) with the label mapping
       being withdrawn.

The FEC TLV specifies the FEC for which labels are to be withdrawn.
If no Label TLV follows the FEC, all labels associated with the FEC
are to be withdrawn; otherwise only the label specified in the
optional Label TLV is to be withdrawn.

The FEC TLV may contain the Wildcard FEC Element; if so, it may
contain no other FEC Elements.  In this case, if the Label Withdraw
message contains an optional Label TLV, then the label is to be
withdrawn from all FECs to which it is bound.  If there is not an
optional Label TLV in the Label Withdraw message, then the sending
LSR is withdrawing all label mappings previously advertised to the
receiving LSR.

An LSR that receives a Label Withdraw message must respond with a
Label Release message.

See Appendix A "LDP Label Distribution Procedures" for more details.

3.5.11. Label Release Message

An LSR sends a Label Release message to an LDP peer to signal the
peer that the LSR no longer needs specific FEC-label mappings
previously requested of and/or advertised by the peer.

The encoding for the Label Release Message is:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|0|  Label Release (0x0403)   |      Message Length             |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          Message ID                           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                            FEC TLV                            |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                       Label TLV (optional)                    |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                       Optional Parameters                     |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Message ID
    32-bit value used to identify this message.

FEC TLV
    Identifies the FEC for which the FEC-label mapping is being
    released.

```
Optional Parameters
     This variable length field contains 0 or more parameters, each
     encoded as a TLV.  The optional parameters are:

        Optional Parameter     Length        Value

        Label TLV              variable      See below

     The encodings for Label TLVs are found in Section "Label TLVs".

     Label
        If present, the label being released (see procedures below).
```

3.5.11.1. Label Release Message Procedures

An LSR transmits a Label Release message to a peer when it is no
longer needs a label previously received from or requested of that
peer.

An LSR must transmit a Label Release message under any of the
following conditions:

1. The LSR which sent the label mapping is no longer the next hop
   for the mapped FEC, and the LSR is configured for conservative
   operation.

2. The LSR receives a label mapping from an LSR which is not the
   next hop for the FEC, and the LSR is configured for
   conservative operation.

3. The LSR receives a Label Withdraw message.

Note that if an LSR is configured for "liberal mode", a release
message will never be transmitted in the case of conditions (1) and
(2) as specified above.  In this case, the upstream LSR keeps each
unused label, so that it can immediately be used later if the
downstream peer becomes the next hop for the FEC.

The FEC TLV specifies the FEC for which labels are to be released.
If no Label TLV follows the FEC, all labels associated with the FEC
are to be released; otherwise only the label specified in the
optional Label TLV is to be released.

The FEC TLV may contain the Wildcard FEC Element; if so, it may
contain no other FEC Elements.  In this case, if the Label Release
message contains an optional Label TLV, then the label is to be
released for all FECs to which it is bound.  If there is not an

optional Label TLV in the Label Release message, then the sending LSR
is releasing all label mappings previously learned from the receiving
LSR.

See Appendix A "LDP Label Distribution Procedures" for more details.

## 3.6. Messages and TLVs for Extensibility

Support for LDP extensibility includes the rules for the U and F bits
that specify how an LSR should handle unknown TLVs and messages.

This section specifies TLVs and messages for vendor-private and
experimental use.

### 3.6.1. LDP Vendor-private Extensions

Vendor-private TLVs and messages are used to convey vendor-private
information between LSRs.

#### 3.6.1.1. LDP Vendor-private TLVs

The Type range 0x3E00 through 0x3EFF is reserved for vendor-private
TLVs.

The encoding for a vendor-private TLV is:



```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|U|F|    Type (0x3E00-0x3EFF)   |             Length            |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          Vendor ID                           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                              |
|                          Data....                            |
~                                                              ~
|                                                              |
|                              +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

U bit
   Unknown TLV bit.  Upon receipt of an unknown TLV, if U is clear
   (=0), a notification must be returned to the message originator
   and the entire message must be ignored; if U is set (=1), the
   unknown TLV is silently ignored and the rest of the message is
   processed as if the unknown TLV did not exist.

The determination as to whether a vendor-private message is
understood is based on the Type and the mandatory Vendor ID field.

F bit
   Forward unknown TLV bit.  This bit only applies when the U bit is
   set and the LDP message containing the unknown TLV is is to be
   forwarded.  If F is clear (=0), the unknown TLV is not forwarded
   with the containing message; if F is set (=1), the unknown TLV is
   forwarded with the containing message.

Type
   Type value in the range 0x3E00 through 0x3EFF.  Together, the Type
   and Vendor Id field specify how the Data field is to be
   interpreted.

Length
   Specifies the cumulative length in octets of the Vendor ID and
   Data fields.

Vendor Id
   802 Vendor ID as assigned by the IEEE.

Data
   The remaining octets after the Vendor ID in the Value field are
   optional vendor-dependent data.

3.6.1.2. LDP Vendor-private Messages

   The Message Type range 0x3E00 through 0x3EFF is reserved for vendor-
   private Messages.



   U bit
      Unknown message bit.  Upon receipt of an unknown message, if U is
      clear (=0), a notification is returned to the message originator;
      if U is set (=1), the unknown message is silently ignored.

      The determination as to whether a vendor-private message is
      understood is based on the Msg Type and the Vendor ID parameter.

   Msg Type
      Message type value in the range 0x3E00 through 0x3EFF.  Together,
      the Msg Type and the Vendor ID specify how the message is to be
      interpreted.

   Message Length
      Specifies the cumulative length in octets of the Message ID,
      Vendor ID, Remaining Mandatory Parameters and Optional Parameters.

Message ID
    32-bit integer used to identify this message.  Used by the sending
    LSR to facilitate identifying notification messages that may apply
    to this message.  An LSR sending a notification message in
    response to this message will include this Message Id in the
    notification message; see Section "Notification Message".

Vendor ID
    802 Vendor ID as assigned by the IEEE.

Remaining Mandatory Parameters
    Variable length set of remaining required message parameters.

Optional Parameters
    Variable length set of optional message parameters.

3.6.2. LDP Experimental Extensions

LDP support for experimentation is similar to support for vendor-
private extensions with the following differences:

    -  The Type range 0x3F00 through 0x3FFF is reserved for
       experimental TLVs.

    -  The Message Type range 0x3F00 through 0x3FFF is reserved for
       experimental messages.

    -  The encodings for experimental TLVs and messages are similar to
       the vendor-private encodings with the following difference.

       Experimental TLVs and messages use an Experiment ID field in
       place of a Vendor ID field.  The Experiment ID field is used
       with the Type or Message Type field to specify the
       interpretation of the experimental TLV or Message.

       Administration of Experiment IDs is the responsibility of the
       experimenters.

3.7. Message Summary

The following are the LDP messages defined in this version of the
protocol.

    Message Name            Type      Section Title

    Notification            0x0001    "Notification Message"
    Hello                   0x0100    "Hello Message"
    Initialization          0x0200    "Initialization Message"

```
    KeepAlive               0x0201    "KeepAlive Message"
    Address                 0x0300    "Address Message"
    Address Withdraw        0x0301    "Address Withdraw Message"
    Label Mapping           0x0400    "Label Mapping Message"
    Label Request           0x0401    "Label Request Message"
    Label Withdraw          0x0402    "Label Withdraw Message"
    Label Release           0x0403    "Label Release Message"
    Label Abort Request     0x0404    "Label Abort Request Message"
    Vendor-Private          0x3E00-   "LDP Vendor-private Extensions"
                            0x3EFF
    Experimental            0x3F00-   "LDP Experimental Extensions"
                            0x3FFF
```

## 3.8. TLV Summary

The following are the TLVs defined in this version of the protocol.

```
    TLV                     Type      Section Title

    FEC                     0x0100    "FEC TLV"
    Address List            0x0101    "Address List TLV"
    Hop Count               0x0103    "Hop Count TLV"
    Path Vector             0x0104    "Path Vector TLV"
    Generic Label           0x0200    "Generic Label TLV"
    ATM Label               0x0201    "ATM Label TLV"
    Frame Relay Label       0x0202    "Frame Relay Label TLV"
    Status                  0x0300    "Status TLV"
    Extended Status         0x0301    "Notification Message"
    Returned PDU            0x0302    "Notification Message"
    Returned Message        0x0303    "Notification Message"
    Common Hello            0x0400    "Hello Message"
       Parameters
    IPv4 Transport Address  0x0401    "Hello Message"
    Configuration           0x0402    "Hello Message"
       Sequence Number
    IPv6 Transport Address  0x0403    "Hello Message"
    Common Session          0x0500    "Initialization Message"
       Parameters
    ATM Session Parameters  0x0501    "Initialization Message"
    Frame Relay Session     0x0502    "Initialization Message"
       Parameters
    Label Request           0x0600    "Label Mapping Message"
       Message ID
    Vendor-Private          0x3E00-   "LDP Vendor-private Extensions"
                            0x3EFF
    Experimental            0x3F00-   "LDP Experimental Extensions"
                            0x3FFF
```

3.9. Status Code Summary

   The following are the Status Codes defined in this version of the
   protocol.

   The "E" column is the required setting of the Status Code E-bit; the
   "Status Data" column is the value of the 30-bit Status Data field in
   the Status Code TLV.

   Note that the setting of the Status Code F-bit is at the discretion
   of the LSR originating the Status TLV.

| Status Code | E | Status Data | Section Title |
|---|---|---|---|
| Success | 0 | 0x00000000 | "Status TLV" |
| Bad LDP Identifier | 1 | 0x00000001 | "Events Signaled by ..." |
| Bad Protocol Version | 1 | 0x00000002 | "Events Signaled by ..." |
| Bad PDU Length | 1 | 0x00000003 | "Events Signaled by ..." |
| Unknown Message Type | 0 | 0x00000004 | "Events Signaled by ..." |
| Bad Message Length | 1 | 0x00000005 | "Events Signaled by ..." |
| Unknown TLV | 0 | 0x00000006 | "Events Signaled by ..." |
| Bad TLV length | 1 | 0x00000007 | "Events Signaled by ..." |
| Malformed TLV Value | 1 | 0x00000008 | "Events Signaled by ..." |
| Hold Timer Expired | 1 | 0x00000009 | "Events Signaled by ..." |
| Shutdown | 1 | 0x0000000A | "Events Signaled by ..." |
| Loop Detected | 0 | 0x0000000B | "Loop Detection" |
| Unknown FEC | 0 | 0x0000000C | "FEC Procedures" |
| No Route | 0 | 0x0000000D | "Label Request Mess ..." |
| No Label Resources | 0 | 0x0000000E | "Label Request Mess ..." |
| Label Resources / Available | 0 | 0x0000000F | "Label Request Mess ..." |
| Session Rejected/ No Hello | 1 | 0x00000010 | "Session Initialization" |
| Session Rejected/ Parameters Advertisement Mode | 1 | 0x00000011 | "Session Initialization" |
| Session Rejected/ Parameters Max PDU Length | 1 | 0x00000012 | "Session Initialization" |
| Session Rejected/ Parameters Label Range | 1 | 0x00000013 | "Session Initialization" |
| KeepAlive Timer Expired | 1 | 0x00000014 | "Events Signaled by ..." |
| Label Request Aborted | 0 | 0x00000015 | "Label Request Abort ..." |
| Missing Message Parameters | 0 | 0x00000016 | "Events Signaled by ..." |
| Unsupported Address Family | 0 | 0x00000017 | "FEC Procedures" "Address Message Proc ..." |

```
     Session Rejected/     1    0x00000018    "Session Initialization"
       Bad KeepAlive Time
     Internal Error        1    0x00000019    "Events Signaled by ..."
```

## 3.10. Well-known Numbers

### 3.10.1. UDP and TCP Ports

The UDP port for LDP Hello messages is 646.

The TCP port for establishing LDP session connections is 646.

### 3.10.2. Implicit NULL Label

The Implicit NULL label (see [RFC3031]) is represented as a Generic
Label TLV with a Label field value as specified by [RFC3032].

## 4. IANA Considerations

LDP defines the following name spaces which require management:

    - Message Type Name Space.
    - TLV Type Name Space.
    - FEC Type Name Space.
    - Status Code Name Space.
    - Experiment ID Name Space.

The following sections provide guidelines for managing these name
spaces.

### 4.1. Message Type Name Space

LDP divides the name space for message types into three ranges.  The
following are the guidelines for managing these ranges:

    - Message Types 0x0000 - 0x3DFF.  Message types in this range are
      part of the LDP base protocol.  Following the policies outlined
      in [IANA], Message types in this range are allocated through an
      IETF Consensus action.

    - Message Types 0x3E00 - 0x3EFF.  Message types in this range are
      reserved for Vendor Private extensions and are the
      responsibility of the individual vendors (see Section "LDP
      Vendor-private Messages").  IANA management of this range of
      the Message Type Name Space is unnecessary.

      - Message Types 0x3F00 - 0x3FFF.  Message types in this range are
        reserved for Experimental extensions and are the responsibility
        of the individual experimenters (see Sections "LDP Experimental
        Extensions" and "Experiment ID Name Space").  IANA management
        of this range of the Message Type Name Space is unnecessary;
        however, IANA is responsible for managing part of the
        Experiment ID Name Space (see below).

## 4.2. TLV Type Name Space

   LDP divides the name space for TLV types into three ranges.  The
   following are the guidelines for managing these ranges:

      - TLV Types 0x0000 - 0x3DFF.  TLV types in this range are part of
        the LDP base protocol.  Following the policies outlined in
        [IANA], TLV types in this range are allocated through an IETF
        Consensus action.

      - TLV Types 0x3E00 - 0x3EFF.  TLV types in this range are
        reserved for Vendor Private extensions and are the
        responsibility of the individual vendors (see Section "LDP
        Vendor-private TLVs").  IANA management of this range of the
        TLV Type Name Space is unnecessary.

      - TLV Types 0x3F00 - 0x3FFF.  TLV types in this range are
        reserved for Experimental extensions and are the responsibility
        of the individual experimenters (see Sections "LDP Experimental
        Extensions" and "Experiment ID Name Space").  IANA management
        of this range of the TLV Name Space is unnecessary; however,
        IANA is responsible for managing part of the Experiment ID Name
        Space (see below).

## 4.3. FEC Type Name Space

   The range for FEC types is 0 - 255.

   Following the policies outlined in [IANA], FEC types in the range 0 -
   127 are allocated through an IETF Consensus action, types in the
   range 128 - 191 are allocated as First Come First Served, and types
   in the range 192 - 255 are reserved for Private Use.

4.4. Status Code Name Space

    The range for Status Codes is 0x00000000 - 0x3FFFFFFF.

    Following the policies outlined in [IANA], Status Codes in the range
    0x00000000 - 0x1FFFFFFF are allocated through an IETF Consensus
    action, codes in the range 0x20000000 - 0x3EFFFFFF are allocated as
    First Come First Served, and codes in the range 0x3F000000 -
    0x3FFFFFFF are reserved for Private Use.

4.5. Experiment ID Name Space

    The range for Experiment Ids is 0x00000000 - 0xffffffff.

    Following the policies outlined in [IANA], Experiment Ids in the
    range 0x00000000 - 0xefffffff are allocated as First Come First
    Served and Experiment Ids in the range 0xf0000000 - 0xffffffff are
    reserved for Private Use.

5. Security Considerations

    This section identifies threats to which LDP may be vulnerable and
    discusses means by which those threats might be mitigated.

5.1. Spoofing

    There are two types of LDP communication that could be the target of
    a spoofing attack.

    1. Discovery exchanges carried by UDP.

       LSRs directly connected at the link level exchange Basic Hello
       messages over the link.  The threat of spoofed Basic Hellos can be
       reduced by:

           o  Accepting Basic Hellos only on interfaces to which LSRs that
              can be trusted are directly connected.

           o  Ignoring Basic Hellos not addressed to the All Routers on
              this Subnet multicast group.

       LSRs not directly connected at the link level may use Extended
       Hello messages to indicate willingness to establish an LDP
       session.  An LSR can reduce the threat of spoofed Extended Hellos
       by filtering them and accepting only those originating at sources
       permitted by an access list.

   2. Session communication carried by TCP.

      LDP specifies use of the TCP MD5 Signature Option to provide for
      the authenticity and integrity of session messages.

      [RFC2385] asserts that MD5 authentication is now considered by
      some to be too weak for this application.  It also points out that
      a similar TCP option with a stronger hashing algorithm (it cites
      SHA-1 as an example) could be deployed.  To our knowledge no such
      TCP option has been defined and deployed.  However, we note that
      LDP can use whatever TCP message digest techniques are available,
      and when one stronger than MD5 is specified and implemented,
      upgrading LDP to use it would be relatively straightforward.

## 5.2. Privacy

   LDP provides no mechanism for protecting the privacy of label
   distribution.

   The security requirements of label distribution protocols are
   essentially identical to those of the protocols which distribute
   routing information.  By providing a mechanism to ensure the
   authenticity and integrity of its messages LDP provides a level of
   security which is at least as good as, though no better than, that
   which can be provided by the routing protocols themselves.  The more
   general issue of whether privacy should be required for routing
   protocols is beyond the scope of this document.

   One might argue that label distribution requires privacy to address
   the threat of label spoofing.  However, that privacy would not
   protect against label spoofing attacks since data packets carry
   labels in the clear.  Furthermore, label spoofing attacks can be made
   without knowledge of the FEC bound to a label.

   To avoid label spoofing attacks, it is necessary to ensure that
   labeled data packets are labeled by trusted LSRs and that the labels
   placed on the packets are properly learned by the labeling LSRs.

## 5.3. Denial of Service

   LDP provides two potential targets for denial of service (DoS)
   attacks:

   1. Well known UDP Port for LDP Discovery

      An LSR administrator can address the threat of DoS attacks via
      Basic Hellos by ensuring that the LSR is directly connected only
      to peers which can be trusted to not initiate such an attack.

Interfaces to peers interior to the administrator's domain should
not represent a threat since interior peers are under the
administrator's control.  Interfaces to peers exterior to the
domain represent a potential threat since exterior peers are not.
An administrator can reduce that threat by connecting the LSR only
to exterior peers that can be trusted to not initiate a Basic
Hello attack.

DoS attacks via Extended Hellos are potentially a more serious
threat.  This threat can be addressed by filtering Extended Hellos
using access lists that define addresses with which extended
discovery is permitted.  However, performing the filtering
requires LSR resource.

In an environment where a trusted MPLS cloud can be identified,
LSRs at the edge of the cloud can be used to protect interior LSRs
against DoS attacks via Extended Hellos by filtering out Extended
Hellos originating outside of the trusted MPLS cloud, accepting
only those originating at addresses permitted by access lists.
This filtering protects LSRs in the interior of the cloud but
consumes resources at the edges.

2. Well known TCP port for LDP Session Establishment

Like other control plane protocols that use TCP, LDP may be the
target of DoS attacks, such a SYN attacks.  LDP is no more or less
vulnerable to such attacks than other control plane protocols that
use TCP.

The threat of such attacks can be mitigated somewhat by the
following:

     o  An LSR should avoid promiscuous TCP listens for LDP session
        establishment.  It should use only listens that are specific
        to discovered peers.  This enables it to drop attack packets
        early in their processing since they are less likely to
        match existing or in-progress connections.

     o  The use of the MD5 option helps somewhat since it prevents a
        SYN from being accepted unless the MD5 segment checksum is
        valid.  However, the receiver must compute the checksum
        before it can decide to discard an otherwise acceptable SYN
        segment.

     o  The use of access list mechanisms applied at the boundary of
        the MPLS cloud in a manner similar to that suggested above
        for Extended Hellos can protect the interior against attacks
        originating from outside the cloud.

6. Areas for Future Study

   The following topics not addressed in this version of LDP are
   possible areas for future study:

   -  Section 2.16 of the MPLS architecture [RFC3031] requires that
      the initial label distribution protocol negotiation between
      peer LSRs enable each LSR to determine whether its peer is
      capable of popping the label stack.  This version of LDP
      assumes that LSRs support label popping for all link types
      except ATM and Frame Relay.  A future version may specify means
      to make this determination part of the session initiation
      negotiation.

   -  LDP support for CoS is not specified in this version.  CoS
      support may be addressed in a future version.

   -  LDP support for multicast is not specified in this version.
      Multicast support may be addressed in a future version.

   -  LDP support for multipath label switching is not specified in
      this version.  Multipath support may be addressed in a future
      version.

7. Intellectual Property Considerations

   The IETF has been notified of intellectual property rights claimed in
   regard to some or all of the specification contained in this
   document.  For more information consult the online list of claimed
   rights.

8. Acknowledgments

   The ideas and text in this document have been collected from a number
   of sources.  We would like to thank Rick Boivie, Ross Callon, Alex
   Conta, Eric Gray, Yoshihiro Ohba, Eric Rosen, Bernard Suter, Yakov
   Rekhter, and Arun Viswanathan.

9. References

   [ATM-VP]   N. Feldman, B. Jamoussi, S. Komandur, A, Viswanathan, T
              Worster, "MPLS using ATM VP Switching", Work in Progress.

   [CRLDP]    L. Andersson, A. Fredette, B. Jamoussi, R. Callon, P.
              Doolan, N. Feldman, E. Gray, J. Halpern, J. Heinanen T.
              E. Kilty, A. G.  Malis, M. Girish, K. Sundell, P.
              Vaananen, T. Worster, L. Wu, R.  Dantu, "Constraint-Based
              LSP Setup using LDP", Work in Progress.

[DIFFSERV]  Blake, S., Black, D., Carlson, M., Davies, E., Wang, Z.
            and W. Weiss, "An Architecture for Differentiated
            Services", RFC 2475, December 1998.

[IANA]      Narten, T. and H. Alvestrand, "Guidelines for Writing an
            IANA Considerations Section in RFCs", BCP 26, RFC 2434,
            October 1998.

[RFC1321]   Rivest, R., "The MD5 Message-Digest Algorithm," RFC 1321,
            April 1992.

[RFC1483]   Heinanen, J., "Multiprotocol Encapsulation over ATM
            Adaptation Layer 5", RFC 1483, July 1993.

[RFC2328]   Moy, J., "OSPF Version 2", STD 54, RFC 2328, April 1998.

[RFC1700]   Reynolds, J. and J. Postel, "ASSIGNED NUMBERS", STD 2,
            RFC 1700, October 1994.

[RFC1771]   Rekhter, Y. and T. Li, "A Border Gateway Protocol 4
            (BGP-4)", RFC 1771, March 1995.

[RFC2119]   Bradner, S., "Key words for use in RFCs to Indicate
            Requirement Levels", BCP 14, RFC 2119, March 1997.

[RFC2205]   Braden, R., Zhang, L., Berson, S., Herzog, S. and S.
            Jamin, "Resource ReSerVation Protocol (RSVP) -- Version 1
            Functional Specification", RFC 2205, September 1997.

[RFC2385]   Heffernan, A., "Protection of BGP Sessions via the TCP
            MD5 Signature Option", RFC 2385, August 1998.

[RFC2702]   Awduche, D., Malcolm, J., Agogbua, J., O'Dell, M. and J.
            McManus, "Requirements for Traffic Engineering over
            MPLS", RFC 2702, September 1999.

[RFC3031]   Rosen, E., Viswanathan, A. and R. Callon, "Multiprotocol
            Label Switching Architecture", RFC 3031, January 2001.

[RFC3032]   Rosen, E., Rekhter, Y., Tappan, D., Farinacci, D.,
            Fedorkow, G.,  Li, T. and A. Conta, "MPLS Label Stack
            Encoding", RFC 3032, January 2001.

[RFC3034]   Conta, A., Doolan, P. and A. Malis, "Use of Label
            Switching on Frame Relay Networks Specification", RFC
            3034, January 2001.

   [RFC3035]    Davie, B., Lawrence, J., McCloghrie, K., Rekhter, Y.,
                Rosen, E., Swallow, G. and P. Doolan, "MPLS using LDP and
                ATM VC Switching", RFC 3035, January 2001.

   [RFC3037]    Thomas, B. and E. Gray, "LDP Applicability", RFC 3037,
                January 2001.

10. Authors' Addresses

Loa Andersson
Nortel Networks Inc
St Eriksgatan 115, PO Box 6701
113 85 Stockholm
Sweden

Phone: +46 8 5088 36 34
Mobile: +46 70 522 78 34
EMail: loa.andersson@nortelnetworks.com


Paul Doolan
Ennovate Networks
60 Codman Hill Rd
Marlborough MA 01719

Phone: 978-263-2002
EMail: pdoolan@ennovatenetworks.com


Nancy Feldman
IBM Research
30 Saw Mill River Road
Hawthorne, NY 10532

Phone:  914-784-3254
EMail: nkf@us.ibm.com


Andre Fredette
PhotonEx Corporation
8C Preston Court
Bedford, MA 01730

Phone: 781-301-4655
EMail: fredette@photonex.com


Bob Thomas
Cisco Systems, Inc.
250 Apollo Dr.
Chelmsford, MA 01824

Phone:  978-244-8078
EMail: rhthomas@cisco.com

Appendix A. LDP Label Distribution Procedures

   This section specifies label distribution behavior in terms of LSR
   response to the following events:

      - Receive Label Request Message;
      - Receive Label Mapping Message;
      - Receive Label Abort Request Message;
      - Receive Label Release Message;
      - Receive Label Withdraw Message;
      - Recognize new FEC;
      - Detect change in FEC next hop;
      - Receive Notification Message / Label Request Aborted;
      - Receive Notification Message / No Label Resources;
      - Receive Notification Message / No Route;
      - Receive Notification Message / Loop Detected;
      - Receive Notification Message / Label Resources Available;
      - Detect local label resources have become available;
      - LSR decides to no longer label switch a FEC;
      - Timeout of deferred label request.

   The specification of LSR behavior in response to an event has three
   parts:

      1. Summary.  Prose that describes LSR response to the event in
         overview.

      2. Context.  A list of elements referred to by the Algorithm part
         of the specification.  (See 3.)

      3. Algorithm.  An algorithm for LSR response to the event.

   The Summary may omit details of the LSR response, such as bookkeeping
   action or behavior dependent on the LSR label advertisement mode,
   control mode, or label retention mode in use.  The intent is that the
   Algorithm fully and unambiguously specify the LSR response.

   The algorithms in this section use procedures defined in the MPLS
   architecture specification [RFC3031] for hop-by-hop routed traffic.
   These procedures are:

      - Label Distribution procedure, which is performed by a
        downstream LSR to determine when to distribute a label for a
        FEC to LDP peers.  The architecture defines four Label
        Distribution procedures:

      . Downstream Unsolicited Independent Control, called
        PushUnconditional in [RFC3031].

      . Downstream Unsolicited Ordered Control, called
        PushConditional in [RFC3031].

      . Downstream On Demand Independent Control, called
        PulledUnconditional in [RFC3031].

      . Downstream On Demand Ordered Control, called
        PulledConditional in [RFC3031].

   - Label Withdrawal procedure, which is performed by a downstream
     LSR to determine when to withdraw a FEC label mapping
     previously distributed to LDP peers.  The architecture defines
     a single Label Withdrawal procedure.  Whenever an LSR breaks
     the binding between a label and a FEC, it must withdraw the FEC
     label mapping from all LDP peers to which it has previously
     sent the mapping.

   - Label Request procedure, which is performed by an upstream LSR
     to determine when to explicitly request that a downstream LSR
     bind a label to a FEC and send it the corresponding label
     mapping.  The architecture defines three Label Request
     procedures:

      . Request Never.  The LSR never requests a label.

      . Request When Needed.  The LSR requests a label whenever
        it needs one.

      . Request On Request.  This procedure is used by
        non-label merging LSRs.  The LSR requests a label
        when it receives a request for one, in addition
        to whenever it needs one.

   - Label Release procedure, which is performed by an upstream LSR
     to determine when to release a previously received label
     mapping for a FEC.  The architecture defines two Label Release
     procedures:

      . Conservative label retention, called Release On Change in
        [RFC3031].

      . Liberal label retention, called No Release On Change in
        [RFC3031].

  - Label Use procedure, which is performed by an LSR to determine
    when to start using a FEC label for forwarding/switching.  The
    architecture defines three Label Use procedures:

    .  Use Immediate.  The LSR immediately uses a label received
       from a FEC next hop for forwarding/switching.

    .  Use If Loop Free.  The LSR uses a FEC label received from a
       FEC next hop for forwarding/switching only if it has
       determined that by doing so it will not cause a forwarding
       loop.

    .  Use If Loop Not Detected.  This procedure is the same as Use
       Immediate unless the LSR has detected a loop in the FEC LSP.
       Use of the FEC label for forwarding/switching will continue
       until the next hop for the FEC changes or the loop is no
       longer detected.

    This version of LDP does not include a loop prevention
    mechanism; therefore, the procedures below do not make use of
    the Use If Loop Free procedure.

  - Label No Route procedure (called Label Not Available procedure
    in [RFC3031]), which is performed by an upstream LSR to
    determine how to respond to a No Route notification from a
    downstream LSR in response to a request for a FEC label
    mapping.  The architecture specification defines two Label No
    Route procedures:

    .  Request Retry.  The LSR should issue the label request at a
       later time.

    .  No Request Retry.  The LSR should assume the downstream LSR
       will provide a label mapping when the downstream LSR has a
       next hop and it should not reissue the request.

A.1. Handling Label Distribution Events

   This section defines LDP label distribution procedures by specifying
   an algorithm for each label distribution event.  The requirement on
   an LDP implementation is that its event handling must have the effect
   specified by the algorithms.  That is, an implementation need not
   follow exactly the steps specified by the algorithms as long as the
   effect is identical.

The algorithms for handling label distribution events share common
actions.  The specifications below package these common actions into
procedure units.  Specifications for these common procedures are in
their own section "Common Label Distribution Procedures", which
follows it.

An implementation would use data structures to store information
about protocol activity.  This appendix specifies the information to
be stored in sufficient detail to describe the algorithms, and
assumes the ability to retrieve the information as needed.  It does
not specify the details of the data structures.

A.1.1. Receive Label Request

    Summary:

        The response by an LSR to receipt of a FEC label request from an
        LDP peer may involve one or more of the following actions:

        -  Transmission of a notification message to the requesting LSR
           indicating why a label mapping for the FEC cannot be provided;

        -  Transmission of a FEC label mapping to the requesting LSR;

        -  Transmission of a FEC label request to the FEC next hop;

        -  Installation of labels for forwarding/switching use by the LSR.

    Context:

        -  LSR.  The LSR handling the event.

        -  MsgSource.  The LDP peer that sent the message.

        -  FEC.  The FEC specified in the message.

        -  RAttributes.  Attributes received with the message.  E.g., Hop
           Count, Path Vector.

        -  SAttributes.  Attributes to be included in Label Request
           message, if any, propagated to FEC Next Hop.

        -  StoredHopCount.  The hop count, if any, previously recorded for
           the FEC.

Algorithm:

    LRq.1    Execute procedure Check_Received_Attributes (MsgSource,
             LabelRequest, RAttributes).
             If Loop Detected, goto LRq.13.

    LRq.2    Is there a Next Hop for FEC?
             If not, goto LRq.5.

    LRq.3    Is MsgSource the Next Hop?
             Ifnot, goto LRq.6.

    LRq.4    Execute procedure Send_Notification (MsgSource, Loop
             Detected).
             Goto LRq.13

    LRq.5    Execute procedure Send_Notification (MsgSource, No Route).
             Goto LRq.13.

    LRq.6    Has LSR previously received a label request for FEC from
             MsgSource?
             If not, goto LRq.8.  (See Note 1.)

    LRq.7    Is the label request a duplicate request?
             If so, Goto LRq.13.  (See Note 2.)

    LRq.8    Record label request for FEC received from MsgSource and
             mark it pending.

    LRq.9    Perform LSR Label Distribution procedure:

             For Downstream Unsolicited Independent Control OR
             For Downstream On Demand Independent Control

                1. Has LSR previously received and retained a label
                   mapping for FEC from Next Hop?.
                   Is so, set Propagating to IsPropagating.
                   If not, set Propagating to NotPropagating.

                2. Execute procedure
                   Prepare_Label_Mapping_Attributes(MsgSource, FEC,
                   RAttributes, SAttributes, Propagating,
                   StoredHopCount).

                3. Execute procedure Send_Label (MsgSource, FEC,
                   SAttributes).

```
            4. Is LSR egress for FEC? OR
               Has LSR previously received and retained a label
               mapping for FEC from Next Hop?
               If so, goto LRq.11.
               If not, goto LRq.10.

         For Downstream Unsolicited Ordered Control OR
         For Downstream On Demand Ordered Control

            1. Is LSR egress for FEC? OR
               Has LSR previously received and retained a label
               mapping for FEC from Next Hop?  (See Note 3.)
               If not, goto LRq.10.

            2. Execute procedure
               Prepare_Label_Mapping_Attributes(MsgSource, FEC,
               RAttributes, SAttributes, IsPropagating,
               StoredHopCount)

            3. Execute procedure Send_Label (MsgSource, FEC,
               SAttributes).
               Goto LRq.11.

      LRq.10  Perform LSR Label Request procedure:

         For Request Never

            1. Goto LRq.13.

         For Request When Needed OR
         For Request On Request

            1. Execute procedure Prepare_Label_Request_Attributes
               (Next Hop, FEC, RAttributes, SAttributes);

            2. Execute procedure Send_Label_Request (Next Hop, FEC,
               SAttributes).
               Goto LRq.13.

      LRq.11  Has LSR successfully sent a label for FEC to MsgSource?
              If not, goto LRq.13.  (See Note 4.)

      LRq.12  Perform LSR Label Use procedure.

         For Use Immediate OR
         For Use If Loop Not Detected
```

      1. Install label sent to MsgSource and label from Next
        Hop (if LSR is not egress) for forwarding/switching
        use.

   LRq.13   DONE

Notes:

   1. In the case where MsgSource is a non-label merging LSR it will
      send a label request for each upstream LDP peer that has
      requested a label for FEC from it.  The LSR must be able to
      distinguish such requests from a non-label merging MsgSource
      from duplicate label requests.

      The LSR uses the message ID of received Label Request messages
      to detect duplicate requests.  This means that an LSR (the
      upstream peer) may not reuse the message ID used for a Label
      Request until the Label Request transaction has completed.

   2. When an LSR sends a label request to a peer it records that the
      request has been sent and marks it as outstanding.  As long as
      the request is marked outstanding the LSR should not send
      another request for the same label to the peer.  Such a second
      request would be a duplicate.  The Send_Label_Request procedure
      described below obeys this rule.

      A duplicate label request is considered a protocol error and
      should be dropped by the receiving LSR (perhaps with a suitable
      notification returned to MsgSource).

   3. If LSR is not merge-capable, this test will fail.

   4. The Send_Label procedure may fail due to lack of label
      resources, in which case the LSR should not perform the Label
      Use procedure.

A.1.2. Receive Label Mapping

   Summary:

   The response by an LSR to receipt of a FEC label mapping from an
   LDP peer may involve one or more of the following actions:

   - Transmission of a label release message for the FEC label to
     the LDP peer;

   - Transmission of label mapping messages for the FEC to one or
     more LDP peers,

        -  Installation of the newly learned label for
           forwarding/switching use by the LSR.

     Context:

        -  LSR.  The LSR handling the event.

        -  MsgSource.  The LDP peer that sent the message.

        -  FEC.  The FEC specified in the message.

        -  Label.  The label specified in the message.

        -  PrevAdvLabel.  The label for FEC, if any, previously advertised
           to an upstream peer.

        -  StoredHopCount.  The hop count previously recorded for the FEC.

        -  RAttributes.  Attributes received with the message.  E.g., Hop
           Count, Path Vector.

        -  SAttributes to be included in Label Mapping message, if any,
           propagated to upstream peers.

     Algorithm:

        LMp.1    Does the received label mapping match an outstanding
                 label request for FEC previously sent to MsgSource.
                 If not, goto LMp.3.

        LMp.2    Delete record of outstanding FEC label request.

        LMp.3    Execute procedure Check_Received_Attributes (MsgSource,
                 LabelMapping, RAttributes).
                 If No Loop Detected, goto LMp.9.

        LMp.4    Does the LSR have a previously received label mapping for
                 FEC from MsgSource? (See Note 1.)
                 If not, goto LMp.8.  (See Note 2.)

        LMp.5    Does the label previously received from MsgSource match
                 Label (i.e., the label received in the message)?
                 (See Note 3.)
                 If not, goto LMp.8.  (See Note 4.)

        LMp.6    Delete matching label mapping for FEC previously
                 received from MsgSource.

        LMp.7    Remove Label from forwarding/switching use.  (See Note 5.)
                 Goto LMp.33.

        LMp.8    Execute procedure Send_Message (MsgSource, Label Release,
                 FEC, Label, Loop Detected Status code).  Goto LMp.33.

        LMp.9    Does LSR have a previously received label mapping for FEC
                 from MsgSource for the LSP in question?  (See Note 6.)
                 If not, goto LMp.11.

        LMp.10   Does the label previously received from MsgSource match
                 Label (i.e., the label received in the message)?
                 (See Note 3.)
                 If not, goto LMp.32.  (See Note 4.)

        LMp.11   Determine the Next Hop for FEC.

        LMp.12   Is MsgSource the Next Hop for FEC?
                 If so, goto LMp.14.

        LMp.13   Perform LSR Label Release procedure:

                 For Conservative Label retention:

                    1. Goto LMp.32.

                 For Liberal Label retention:

                    1. Record label mapping for FEC with Label and
                       RAttributes has been received from MsgSource.
                       Goto LMp.33.

        LMp.14   Is LSR an ingress for FEC?
                 If not, goto LMp.16.

        LMp.15   Install Label for forwarding/switching use.

        LMp.16   Record label mapping for FEC with Label and RAttributes
                 has been received from MsgSource.

        LMp.17   Iterate through LMp.31 for each Peer.  (See Note 7).

        LMp.18   Has LSR previously sent a label mapping for FEC to Peer
                 for the LSP in question?  (See Note 8.)
                 If so, goto LMp.22.

        LMp.19   Is the Downstream Unsolicited Ordered Control Label
                 Distribution procedure being used by LSR?  If not, goto
                 LMp.28.

        LMp.20   Execute procedure Prepare_Label_Mapping_Attributes(Peer,
                 FEC, RAttributes, SAttributes, IsPropagating,
                 StoredHopCount).

        LMp.21   Execute procedure Send_Message (Peer, Label Mapping, FEC,
                 PrevAdvLabel, SAttributes).
                 Goto LMp.28

        LMp.22   Iterate through LMp.27 for each label mapping for FEC
                 previously sent to Peer.

        LMp.23   Are RAttributes in the received label mapping consistent
                 with those previously sent to Peer?
                 If so, continue iteration from LMp.22 for next label
                 mapping. (See Note 9.)

        LMp.24   Execute procedure Prepare_Label_Mapping_Attributes(Peer,
                 FEC, RAttributes, SAttributes, IsPropagating,
                 StoredHopCount).

        LMp.25   Execute procedure Send_Message (Peer, Label Mapping, FEC,
                 PrevAdvLabel, SAttributes).  (See Note 10.)

        LMp.26   Update record of label mapping for FEC previously sent to
                 Peer to include the new attributes sent.

        LMp.27   End iteration from LMp.22.

        LMp.28   Does LSR have any label requests for FEC from Peer marked
                 as pending?
                 If not, goto LMp.30.

        LMp.29   Perform LSR Label Distribution procedure:

                 For Downstream Unsolicited Independent Control OR
                 For Downstream Unsolicited Ordered Control

                 1. Execute procedure
                    Prepare_Label_Mapping_Attributes(Peer, FEC,
                    RAttributes, SAttributes, IsPropagating,
                    UnknownHopCount).

    2. Execute procedure Send_Label (Peer, FEC, SAttributes).
       If the procedure fails, continue iteration for
       next Peer at LMp.17.

    3. If no pending requests exist for Peer goto LMp.30.
       (See Note 11.)

For Downstream On Demand Independent Control OR
For Downstream On Demand Ordered Control

    1. Iterate through Step 5 for each pending label
       request for FEC from Peer marked as pending.

    2. Execute procedure
       Prepare_Label_Mapping_Attributes(Peer, FEC,
       RAttributes, SAttributes, IsPropagating,
       UnknownHopCount)

    3. Execute procedure Send_Label (Peer, FEC,
       SAttributes).
       If the procedure fails, continue iteration for next
       Peer at LMp.17.

    4. Delete record of pending request.

    5. End iteration from Step 1.

    6. Goto LMp.30.

LMp.30  Perform LSR Label Use procedure:

For Use Immediate OR
For Use If Loop Not Detected

    1. Iterate through Step 3 for each label mapping for
       FEC previously sent to Peer.

    2. Install label received and label sent to Peer for
       forwarding/switching use.

    3. End iteration from Step 1.

    4. Goto LMp.31.

LMp.31  End iteration from LMp.17.
       Go to LMp.33.

LMp.32  Execute procedure Send_Message (MsgSource, Label Release,
        FEC, Label).

LMp.33  DONE.

Notes:

1.  If the LSR is merging there should be at most 1 received
    mapping for the FEC for the LSP in question.  In the non-
    merging case there could be multiple received mappings for the
    FEC for the LSP in question.

2.  If LSR has detected a loop and it has not previously received
    a label mapping from MsgSource for the FEC, it simply releases
    the label.

3.  Does the Label received in the message match any of the 1 or
    more label mappings identified in the previous step (LMp.4 or
    LMp.9)?

4.  An unsolicited mapping with a different label from the same
    peer would be an attempt to establish multipath label
    switching, which is not supported in this version of LDP.

5.  If Label is not in forwarding/switching use, LMp.7 has no
    effect.

6.  If the received label mapping message matched an outstanding
    label request in LMp.1, then (by definition) LSR has not
    previously received a label mapping for FEC for the LSP in
    question.  If the LSR is merging upstream labels for the LSP
    in question, there should be at most 1 received mapping.  In
    the non-merging case, there could be multiple received label
    mappings for the same FEC, one for each resulting LSP.

7.  The LMp.17 iteration includes MsgSource in order to handle the
    case where LSR is operating in Downstream Unsolicited ordered
    control mode.  Ordered control prevents LSR from advertising a
    label for FEC until it has received a label mapping from its
    next hop (MsgSource) for FEC.

8.  If LSR is merging the LSP it may have previously sent label
    mappings for the FEC LSP to one or more peers.  If LSR is not
    merging, it may have sent a label mapping for the LSP in
    question to at most one LSR.

9.  The loop detection Path Vector attribute is considered in this
    check.  If the received RAttributes include a Path Vector and
    no Path Vector had been previously sent to the Peer, or if the
    received Path Vector is inconsistent with the Path Vector
    previously sent to the Peer, then the attributes are
    considered to be inconsistent.  Note that an LSR is not
    required to store a received Path Vector after it propagates
    the Path Vector in a mapping message.  If an LSR does not
    store the Path Vector, it has no way to check the consistency
    of a newly received Path Vector.  This means that whenever
    such an LSR receives a mapping message carrying a Path Vector
    it must always propagate the Path Vector.

10. LMp.22 through LMp.27 deal with a situation that can arise
    when the LSR is using independent control and it receives a
    mapping from the downstream peer after it has sent a mapping
    to an upstream peer.  In this situation the LSR needs to
    propagate any changed attributes, such as Hop Count, upstream.
    If Loop Detection is configured on, the propagated attributes
    must include the Path Vector

11. An LSR operating in Downstream Unsolicited mode must process
    any Label Request messages it receives.  If there are pending
    label requests, fall through into the Downstream on Demand
    procedures in order to satisfy the pending requests.

A.1.3. Receive Label Abort Request

   Summary:

   When an LSR receives a label abort request message from a peer, it
   checks whether it has already responded to the label request in
   question.  If it has, it silently ignores the message.  If it has
   not, it sends the peer a Label Request Aborted Notification.  In
   addition, if it has a label request outstanding for the LSP in
   question to a downstream peer, it sends a Label Abort Request to
   the downstream peer to abort the LSP.

   Context:

   -  LSR.  The LSR handling the event.

   -  MsgSource.  The LDP peer that sent the message.

   -  FEC.  The FEC specified in the message.

   -  RequestMessageID.  The message ID of the label request message
      to be aborted.

- Next Hop.  The next hop for the FEC.

Algorithm:

   LAbR.1   Does the message match a previously received label request
            message from MsgSource? (See Note 1.)
            If not, goto LAbR.12.

   LAbR.2   Has LSR responded to the previously received label
            request?
            If so, goto LAbR.12.

   LAbR.3   Execute procedure Send_Message(MsgSource, Notification,
            Label Request Aborted, TLV), where TLV is the Label
            Request Message ID TLV received in the label abort
            request message.

   LAbR.4   Does LSR have a label request message outstanding for
            FEC?
            If so, goto LAbR.7

   LAbR.5   Does LSR have a label mapping for FEC?
            If not, goto LAbR.11

   LAbR.6   Generate Event: Received Label Release Message for FEC
            from MsgSource.  (See Note 2.)
            Goto LAbR.11.

   LAbR.7   Is LSR merging the LSP for FEC?
            If not, goto LAbR.9.

   LAbR.8   Are there upstream peers other than MsgSource that have
            requested a label for FEC?
            If so, goto LAbR.11.

   LAbR.9   Execute procedure Send_Message (Next Hop, Label Abort
            Request, FEC, TLV), where TLV is a Label Request Message
            ID TLV containing the Message ID used by the LSR in the
            outstanding Label Request message.

   LAbR.10  Record that a label abort request for FEC is pending.

   LAbR.11  Delete record of label request for FEC from MsgSource.

   LAbR.12  DONE

Notes:

    1. LSR uses FEC and the Label Request Message ID TLV carried by
       the label abort request to locate its record (if any) for the
       previously received label request from MsgSource.

    2. If LSR has received a label mapping from NextHop, it should
       behave as if it had advertised a label mapping to MsgSource and
       MsgSource has released it.

A.1.4. Receive Label Release

    Summary:

    When an LSR receives a label release message for a FEC from a
    peer, it checks whether other peers hold the released label.  If
    none do, the LSR removes the label from forwarding/switching use,
    if it has not already done so, and if the LSR holds a label
    mapping from the FEC next hop, it releases the label mapping.

    Context:

    - LSR.  The LSR handling the event.

    - MsgSource.  The LDP peer that sent the message.

    - Label.  The label specified in the message.

    - FEC.  The FEC specified in the message.

    Algorithm:

    LRl.1    Remove MsgSource from record of peers that hold Label for
             FEC.  (See Note 1.)

    LRl.2    Does message match an outstanding label withdraw for FEC
             previously sent to MsgSource?
             If not, goto LRl.4

    LRl.3    Delete record of outstanding label withdraw for FEC
             previously sent to MsgSource.

    LRl.4    Is LSR merging labels for this FEC?
             If not, goto LRl.6.  (See Note 2.)

    LRl.5    Has LSR previously advertised a label for this FEC to
             other peers?
             If so, goto LRl.10.

        LRl.6    Is LSR egress for the FEC?
                 If so, goto LRl.10

        LRl.7    Is there a Next Hop for FEC? AND
                 Does LSR have a previously received label mapping for FEC
                 from Next Hop?
                 If not, goto LRl.10.

        LRl.8    Is LSR configured to propagate releases?
                 If not, goto LRl.10.  (See Note 3.)

        LRl.9    Execute procedure Send_Message (Next Hop, Label Release,
                 FEC, Label from Next Hop).

        LRl.10   Remove Label from forwarding/switching use for traffic
                 from MsgSource.

        LRl.11   Do any peers still hold Label for FEC?
                 If so, goto LRl.13.

        LRl.12   Free the Label.

        LRl.13   DONE.

   Notes:

        1. If LSR is using Downstream Unsolicited label distribution, it
           should not re-advertise a label mapping for FEC to MsgSource
           until MsgSource requests it.

        2. LRl.4 through LRl.8 deal with determining whether where the LSR
           should propagate the label release to a downstream peer
           (LRl.9).

        3. If LRl.8 is reached, no upstream LSR holds a label for the FEC,
           and the LSR holds a label for the FEC from the FEC Next Hop.
           The LSR could propagate the Label Release to the Next Hop.  By
           propagating the Label Release the LSR releases a potentially
           scarce label resource.  In doing so, it also increases the
           latency for re-establishing the LSP should MsgSource or some
           other upstream LSR send it a new Label Request for FEC.

           Whether or not to propagate the release is not a protocol
           issue.  Label distribution will operate properly whether or not
           the release is propagated.  The decision to propagate or not
           should take into consideration factors such as: whether labels
           are a scarce resource in the operating environment; the
           importance of keeping LSP setup latency low by keeping the

          amount of signaling required small; whether LSP setup is
          ingress-controlled or egress-controlled in the operating
          environment.

A.1.5. Receive Label Withdraw

   Summary:

      When an LSR receives a label withdraw message for a FEC from an
      LDP peer, it responds with a label release message and it removes
      the label from any forwarding/switching use.  If ordered control
      is in use, the LSR sends a label withdraw message to each LDP peer
      to which it had previously sent a label mapping for the FEC.  If
      the LSR is using Downstream on Demand label advertisement with
      independent control, it then acts as if it had just recognized the
      FEC.

   Context:

      - LSR.  The LSR handling the event.

      - MsgSource.  The LDP peer that sent the message.

      - Label.  The label specified in the message.

      - FEC.  The FEC specified in the message.

   Algorithm:

      LWd.1    Remove Label from forwarding/switching use.  (See Note 1.)

      LWd.2    Execute procedure Send_Message (MsgSource, Label Release,
               FEC, Label)

      LWd.3    Has LSR previously received and retained a matching label
               mapping for FEC from MsgSource?
               If not, goto LWd.13.

      LWd.4    Delete matching label mapping for FEC previously received
               from MsgSource.

      LWd.5    Is LSR using ordered control?
               If so, goto LWd.8.

      LWd.6    Is MsgSource using Downstream On Demand label
               advertisement?
               If not, goto LWd.13.

```
     LWd.7     Generate Event: Recognize New FEC for FEC.
               Goto LWd.13.  (See Note 2.)

     LWd.8     Iterate through LWd.12 for each Peer, other than
               MsgSource.

     LWd.9     Has LSR previously sent a label mapping for FEC to Peer?
               If not, continue iteration for next Peer at LWd.8.

     LWd.10    Does the label previously sent to Peer "map" to the
               withdrawn Label?
               If not, continue iteration for next Peer at LWd.8.
               (See Note 3.)

     LWd.11    Execute procedure Send_Label_Withdraw (Peer, FEC, Label
               previously sent to Peer).

     LWd.12    End iteration from LWd.8.

     LWd.13    DONE
```

   Notes:

      1. If Label is not in forwarding/switching use, LWd.1 has no
         effect.

      2. LWd.7 handles the case where the LSR is using Downstream On
         Demand label distribution with independent control.  In this
         situation the LSR should send a label request to the FEC next
         hop as if it had just recognized the FEC.

      3. LWd.10 handles both label merging (one or more incoming labels
         map to the same outgoing label) and no label merging (one label
         maps to the outgoing label) cases.

A.1.6. Recognize New FEC

   Summary:

      The response by an LSR to learning a new FEC via the routing table
      may involve one or more of the following actions:

      - Transmission of label mappings for the FEC to one or more LDP
        peers;

      - Transmission of a label request for the FEC to the FEC next
        hop;

- Any of the actions that can occur when the LSR receives a label mapping for the FEC from the FEC next hop.

   Context:

   - LSR.  The LSR handling the event.

   - FEC. The newly recognized FEC.

   - Next Hop.  The next hop for the FEC.

   - InitAttributes.  Attributes to be associated with the new FEC. (See Note 1.)

   - SAttributes.  Attributes to be included in Label Mapping or Label Request messages, if any, sent to peers.

   - StoredHopCount.  Hop count associated with FEC label mapping, if any, previously received from Next Hop.

   Algorithm:

   FEC.1   Perform LSR Label Distribution procedure:

           For Downstream Unsolicited Independent Control

               1. Iterate through 5 for each Peer.

               2. Has LSR previously received and retained a label
                  mapping for FEC from Next Hop?
                  If so, set Propagating to IsPropagating.
                  If not, set Propagating to NotPropagating.

               3. Execute procedure Prepare_Label_Mapping_Attributes
                  (Peer, FEC, InitAttributes, SAttributes, Propagating,
                  Unknown hop count(0)).

               4. Execute procedure Send_Label (Peer, FEC, SAttributes)

               5. End iteration from 1.
                  Goto FEC.2.

           For Downstream Unsolicited Ordered Control

               1. Iterate through 5 for each Peer.

```
          2. Is LSR egress for the FEC? OR
             Has LSR previously received and retained a label
             mapping for FEC from Next Hop?
             If not, continue iteration for next Peer.

          3. Execute procedure Prepare_Label_Mapping_Attributes
             (Peer, FEC, InitAttributes, SAttributes, Propagating,
             StoredHopCount).

          4. Execute procedure Send_Label (Peer, FEC, SAttributes)

          5. End iteration from 1.
             Goto FEC.2.

       For Downstream On Demand Independent Control OR
       For Downstream On Demand Ordered Control

          1. Goto FEC.2.  (See Note 2.)

   FEC.2   Has LSR previously received and retained a label
           mapping for FEC from Next Hop?
           If so, goto FEC.5

   FEC.3   Is Next Hop an LDP peer?
           If not, Goto FEC.6

   FEC.4   Perform LSR Label Request procedure:

       For Request Never

          1. Goto FEC.6

       For Request When Needed OR
       For Request On Request

          1. Execute procedure
             Prepare_Label_Request_Attributes
             (Next Hop, FEC, InitAttributes, SAttributes);

          2. Execute procedure Send_Label_Request (Next
             Hop, FEC, SAttributes).
             Goto FEC.6.

   FEC.5   Generate Event: Received Label Mapping from Next Hop.
           (See Note 3.)

   FEC.6   DONE.
```

Notes:

   1. An example of an attribute that might be part of InitAttributes
      is one which specifies desired LSP characteristics, such as
      class of service (CoS).  (Note that while the current version
      of LDP does not specify a CoS attribute, LDP extensions may.)

      The means by which FEC InitAttributes, if any, are specified is
      beyond the scope of LDP.  Note that the InitAttributes will not
      include a known Hop Count or a Path Vector.

   2. An LSR using Downstream On Demand label distribution would send
      a label only if it had a previously received label request
      marked as pending.  The LSR would have no such pending requests
      because it responds to any label request for an unknown FEC by
      sending the requesting LSR a No Route notification and
      discarding the label request; see LRq.3

   3. If the LSR has a label for the FEC from the Next Hop, it should
      behave as if it had just received the label from the Next Hop.
      This occurs in the case of Liberal label retention mode.

A.1.7. Detect Change in FEC Next Hop

   Summary:

      The response by an LSR to a change in the next hop for a FEC may
      involve one or more of the following actions:

      - Removal of the label from the FEC's old next hop from
        forwarding/switching use;

      - Transmission of label mapping messages for the FEC to one or
        more LDP peers;

      - Transmission of a label request to the FEC's new next hop;

      - Any of the actions that can occur when the LSR receives a label
        mapping from the FEC's new next hop.

   Context:

      - LSR.  The LSR handling the event.

      - FEC.  The FEC whose next hop changed.

      - New Next Hop.  The current next hop for the FEC.

   - Old Next Hop.  The previous next hop for the FEC.

   - OldLabel.  Label, if any, previously received from Old Next
     Hop.

   - CurAttributes.  The attributes, if any, currently associated
     with the FEC.

   - SAttributes.  Attributes to be included in Label Label Request
     message, if any, sent to New Next Hop.

Algorithm:

   NH.1   Has LSR previously received and retained a label mapping
          for FEC from Old Next Hop?
          If not, goto NH.6.

   NH.2   Remove label from forwarding/switching use.  (See Note 1.)

   NH.3   Is LSR using Liberal label retention?
          If so, goto NH.6.

   NH.4   Execute procedure Send_Message (Old Next Hop, Label
          Release, OldLabel).

   NH.5   Delete label mapping for FEC previously received from Old
          Next Hop.

   NH.6   Does LSR have a label request pending with Old Next Hop?
          If not, goto NH.10.

   NH.7   Is LSR using Conservative label retention?
          If not, goto NH.10.

   NH.8   Execute procedure Send_Message (Old Next Hop, Label Abort
          Request, FEC, TLV), where TLV is a Label Request Message
          ID TLV that carries the message ID of the pending label
          request.

   NH.9   Record a label abort request is pending for FEC with Old
          Next Hop.

   NH.10  Is there a New Next Hop for the FEC?
          If not, goto NH.16.

   NH.11  Has LSR previously received and retained a label mapping
          for FEC from New Next Hop?
          If not, goto NH.13.

        NH.12   Generate Event: Received Label Mapping from New Next Hop.
                Goto NH.20.  (See Note 2.)

        NH.13   Is LSR using Downstream on Demand advertisement? OR
                Is Next Hop using Downstream on Demand advertisement? OR
                Is LSR using Conservative label retention? (See Note 3.)
                If so, goto NH.14.
                If not, goto NH.20.

        NH.14   Execute procedure Prepare_Label_Request_Attributes (Next
                Hop, FEC, CurAttributes, SAttributes)

        NH.15   Execute procedure Send_Label_Request (New Next Hop, FEC,
                SAttributes).  (See Note 4.)
                Goto NH.20.

        NH.16   Iterate through NH.19 for each Peer.

        NH.17   Has LSR previously sent a label mapping for FEC to Peer?
                If not, continue iteration for next Peer at NH.16.

        NH.18   Execute procedure Send_Label_Withdraw (Peer, FEC, Label
                previously sent to Peer).

        NH.19   End iteration from NH.16.

        NH.20   DONE.

   Notes:

        1. If Label is not in forwarding/switching use, NH.2 has no
           effect.

        2. If the LSR has a label for the FEC from the New Next Hop, it
           should behave as if it had just received the label from the New
           Next Hop.

        3. The purpose of the check on label retention mode is to avoid a
           race with steps LMp.12-LMp.13 of the procedure for handling a
           Label Mapping message where the LSR operating in Conservative
           Label retention mode may have released a label mapping received
           from the New Next Hop before it detected the FEC next hop had
           changed.

        4. Regardless of the Label Request procedure in use by the LSR, it
           must send a label request if the conditions in NH.8 hold.
           Therefore it executes the Send_Label_Request procedure directly
           rather than perform LSR Label Request procedure.

A.1.8. Receive Notification / Label Request Aborted

    Summary:

        When an LSR receives a Label Request Aborted notification from an
        LDP peer it records that the corresponding label request
        transaction, if any, has completed.

    Context:

        - LSR.  The LSR handling the event.

        - FEC.  The FEC for which a label was requested.

        - RequestMessageID.  The message ID of the label request message
          to be aborted.

        - MsgSource.  The LDP peer that sent the Notification message.

    Algorithm:

        LRqA.1  Does the notification correspond to an outstanding label
                request abort for FEC? (See Note 1).
                If not, goto LRqA.3.

        LRqA.2  Record that the label request for FEC has been aborted.

        LRqA.3  DONE

    Notes:

        1. The LSR uses the FEC and RequestMessageID to locate its record,
           if any, of the outstanding label request abort.

A.1.9. Receive Notification / No Label Resources

    Summary:

        When an LSR receives a No Label Resources notification from an LDP
        peer, it stops sending label request messages to the peer until it
        receives a Label Resources Available Notification from the peer.

    Context:

        - LSR.  The LSR handling the event.

        - FEC.  The FEC for which a label was requested.

```
          -  MsgSource.  The LDP peer that sent the Notification message.

       Algorithm:

          NoRes.1 Delete record of outstanding label request for FEC sent
                  to MsgSource.

          NoRes.2 Record label mapping for FEC from MsgSource is needed but
                  that no label resources are available.

          NoRes.3 Set status record indicating it is not OK to send label
                  requests to MsgSource.

          NoRes.4 DONE.
```

A.1.10. Receive Notification / No Route

```
       Summary:

          When an LSR receives a No Route notification from an LDP peer in
          response to a Label Request message, the Label No Route procedure
          in use dictates its response. The LSR either will take no further
          action, or it will defer the label request by starting a timer and
          send another Label Request message to the peer when the timer
          later expires.

       Context:

          -  LSR.  The LSR handling the event.

          -  FEC.  The FEC for which a label was requested.

          -  Attributes.  The attributes associated with the label request.

          -  MsgSource.  The LDP peer that sent the Notification message.

       Algorithm:

          NoNH.1 Delete record of outstanding label request for FEC sent
                  to MsgSource.

          NoNH.2  Perform LSR Label No Route procedure.

               For Request No Retry

                  1. Goto NoNH.3.
```

```
        For Request Retry

            1. Record deferred label request for FEC and Attributes
               to be sent to MsgSource.

            2. Start timeout.  Goto NoNH.3.

     NoNH.3  DONE.
```

## A.1.11. Receive Notification / Loop Detected

Summary:

When an LSR receives a Loop Detected Status Code from an LDP peer
in response to a Label Request message or a Label Mapping message,
it behaves as if it had received a No Route notification.

Context:

See "Receive Notification / No Route".

Algorithm:

See "Receive Notification / No Route"

Notes:

1. When the Loop Detected notification is in response to a Label
   Request message, it arrives in a Status Code TLV in a
   Notification message.  When it is in response to a Label
   Mapping message, it arrives in a Status Code TLV in a Label
   Release message.

## A.1.12. Receive Notification / Label Resources Available

Summary:

When an LSR receives a Label Resources Available notification from
an LDP peer, it resumes sending label requests to the peer.

Context:

- LSR.  The LSR handling the event.

- MsgSource.  The LDP peer that sent the Notification message.

- SAttributes.  Attributes stored with postponed Label Request
  message.

Algorithm:

    Res.1    Set status record indicating it is OK to send label
             requests to MsgSource.

    Res.2    Iterate through Res.6 for each record of a FEC label
             mapping needed from MsgSource for which no label
             resources are available.

    Res.3    Is MsgSource the next hop for FEC?
             If not, goto Res.5.

    Res.4    Execute procedure Send_Label_Request (MsgSource, FEC,
             SAttributes).  If the procedure fails, terminate
             iteration.

    Res.5    Delete record that no resources are available for a label
             mapping for FEC needed from MsgSource.

    Res.6    End iteration from Res.2

    Res.7    DONE.

A.1.13. Detect local label resources have become available

    Summary:

        After an LSR has sent a No Label Resources notification to an LDP
        peer, when label resources later become available it sends a Label
        Resources Available notification to each such peer.

    Context:

        - LSR.  The LSR handling the event.

        - Attributes.  Attributes stored with postponed Label Mapping
          message.

    Algorithm:

        ResA.1  Iterate through ResA.4 for each Peer to which LSR has
                previously sent a No Label Resources notification.

        ResA.2  Execute procedure Send_Notification (Peer, Label
                Resources Available)

        ResA.3  Delete record that No Label Resources notification was
                previously sent to Peer.

```
     ResA.4  End iteration from ResA.1

     ResA.5  Iterate through ResA.8 for each record of a label mapping
             needed for FEC for Peer but no-label-resources.  (See Note
             1.)

     ResA.6  Execute procedure Send_Label (Peer, FEC, Attributes).  If
             the procedure fails, terminate iteration.

     ResA.7  Clear record of FEC label mapping needed for peer but no-
             label-resources.

     ResA.8  End iteration from ResA.5

     ResA.9  DONE.
```

   Notes:

```
     1. Iteration ResA.5 through ResA.8 handles the situation where the
        LSR is using Downstream Unsolicited label distribution and was
        previously unable to allocate a label for a FEC.
```

A.1.14. LSR decides to no longer label switch a FEC

   Summary:

   An LSR may unilaterally decide to no longer label switch a FEC for
   an LDP peer.  An LSR that does so must send a label withdraw message
   for the FEC to the peer.

   Context:

   - Peer.  The peer.

   - FEC.  The FEC.

   - PrevAdvLabel.  The label for FEC previously advertised to Peer.

   Algorithm:

```
     NoLS.1  Execute procedure Send_Label_Withdraw (Peer, FEC,
             PrevAdvLabel).  (See Note 1.)

     NoLS.2  DONE.
```

Notes:

    1. The LSR may remove the label from forwarding/switching use as
       part of this event or as part of processing the label release
       from the peer in response to the label withdraw.

## A.1.15. Timeout of deferred label request

Summary:

    Label requests are deferred in response to No Route and Loop
    Detected notifications.  When a deferred FEC label request for a
    peer times out, the LSR sends the label request.

Context:

    - LSR.  The LSR handling the event.

    - FEC.  The FEC associated with the timeout event.

    - Peer.  The LDP peer associated with the timeout event.

    - Attributes.  Attributes stored with deferred Label Request
      message.

Algorithm:

    TO.1    Retrieve the record of the deferred label request.

    TO.2    Is Peer the next hop for FEC?
           If not, goto TO.4.

    TO.3    Execute procedure Send_Label_Request (Peer, FEC).

    TO.4    DONE.

## A.2. Common Label Distribution Procedures

    This section specifies utility procedures used by the algorithms
    that handle label distribution events.

## A.2.1. Send_Label

Summary:

    The Send_Label procedure allocates a label for a FEC for an LDP
    peer, if possible, and sends a label mapping for the FEC to the
    peer.  If the LSR is unable to allocate the label and if it has a

pending label request from the peer, it sends the LDP peer a No
Label Resources notification.

Parameters:

   - Peer.  The LDP peer to which the label mapping is to be sent.

   - FEC.  The FEC for which a label mapping is to be sent.

   - Attributes.  The attributes to be included with the label
     mapping.

Additional Context:

   - LSR.  The LSR executing the procedure.

   - Label.  The label allocated and sent to Peer.

Algorithm:

   SL.1   Does LSR have a label to allocate?
          If not, goto SL.9.

   SL.2   Allocate Label and bind it to the FEC.

   SL.3   Install Label for forwarding/switching use.

   SL.4   Execute procedure Send_Message (Peer, Label Mapping, FEC,
          Label, Attributes).

   SL.5   Record label mapping for FEC with Label and Attributes has
          been sent to Peer.

   SL.6   Does LSR have a record of a FEC label request from Peer
          marked as pending?
          If not, goto SL.8.

   SL.7   Delete record of pending label request for FEC from Peer.

   SL.8   Return success.

   SL.9   Does LSR have a label request for FEC from Peer marked as
          pending?
          If not, goto SL.13.

   SL.10  Execute procedure Send_Notification (Peer, No Label
          Resources).

    SL.11  Delete record of pending label request for FEC from Peer.

    SL.12  Record No Label Resources notification has been sent to
           Peer.
           Goto SL.14.

    SL.13  Record label mapping needed for FEC and Attributes for
           Peer, but no-label-resources.  (See Note 1.)

    SL.14  Return failure.

  Notes:

    1. SL.13 handles the case of Downstream Unsolicited label
       distribution when the LSR is unable to allocate a label for a
       FEC to send to a Peer.

## A.2.2. Send_Label_Request

  Summary:

    An LSR uses the Send_Label_Request procedure to send a request for
    a label for a FEC to an LDP peer if currently permitted to do so.

  Parameters:

    - Peer.  The LDP peer to which the label request is to be sent.

    - FEC.  The FEC for which a label request is to be sent.

    - Attributes.  Attributes to be included in the label request.
      E.g., Hop Count, Path Vector.

  Additional Context:

    - LSR.  The LSR executing the procedure.

  Algorithm:

    SLRq.1  Has a label request for FEC previously been sent to Peer
            and is it marked as outstanding?
            If so, Return success.  (See Note 1.)

    SLRq.2  Is status record indicating it is OK to send label
            requests to Peer set?
            If not, goto SLRq.6

        SLRq.3  Execute procedure Send_Message (Peer, Label Request, FEC,
                Attributes).

        SLRq.4  Record label request for FEC has been sent to Peer and
                mark it as outstanding.

        SLRq.5  Return success.

        SLRq.6  Postpone the label request by recording label mapping for
                FEC and Attributes from Peer is needed but that no label
                resources are available.

        SLRq.7  Return failure.

     Notes:

        1. If the LSR is a non-merging LSR it must distinguish between
           attempts to send label requests for a FEC triggered by
           different upstream LDP peers from duplicate requests.  This
           procedure will not send a duplicate label request.

## A.2.3. Send_Label_Withdraw

     Summary:

        An LSR uses the Send_Label_Withdraw procedure to withdraw a label
        for a FEC from an LDP peer.  To do this the LSR sends a Label
        Withdraw message to the peer.

     Parameters:

        - Peer.  The LDP peer to which the label withdraw is to be sent.

        - FEC.  The FEC for which a label is being withdrawn.

        - Label.  The label being withdrawn

     Additional Context:

        - LSR.  The LSR executing the procedure.

     Algorithm:

        SWd.1  Execute procedure Send_Message (Peer, Label Withdraw, FEC,
               Label)

        SWd.2  Record label withdraw for FEC has been sent to Peer and
               mark it as outstanding.

A.2.4. Send_Notification

    Summary:

        An LSR uses the Send_Notification procedure to send an LDP peer a
        notification message.

    Parameters:

        - Peer.  The LDP peer to which the Notification message is to be
          sent.

        - Status.  Status code to be included in the Notification
          message.

    Additional Context:

        None.

    Algorithm:

        SNt.1  Execute procedure Send_Message (Peer, Notification, Status)

A.2.5. Send_Message

    Summary:

        An LSR uses the Send_Message procedure to send an LDP peer an LDP
        message.

    Parameters:

        - Peer.  The LDP peer to which the message is to be sent.

        - Message Type.  The type of message to be sent.

        - Additional message contents . . . .

    Additional Context:

        None.

    Algorithm:

        This procedure is the means by which an LSR sends an LDP message
        of the specified type to the specified LDP peer.

A.2.6. Check_Received_Attributes

    Summary:

        Check the attributes received in a Label Mapping or Label Request
        message.  If the attributes include a Hop Count or Path Vector,
        perform a loop detection check.  If a loop is detected, cause a
        Loop Detected Notification message to be sent to MsgSource.

    Parameters:

        - MsgSource.  The LDP peer that sent the message.

        - MsgType.  The type of message received.

        - RAttributes.  The attributes in the message.

    Additional Context:

        - LSR Id.  The unique LSR Id of this LSR.

        - Hop Count.  The Hop Count, if any, in the received attributes.

        - Path Vector.  The Path Vector, if any in the received
          attributes.

    Algorithm:

        CRa.1   Do RAttributes include Hop Count?
                If not, goto CRa.5.

        CRa.2   Does Hop Count exceed Max allowable hop count?
                If so, goto CRa.6.

        CRa.3   Do RAttributes include Path Vector?
                If not, goto CRa.5.

        CRa.4   Does Path Vector Include LSR Id? OR
                Does length of Path Vector exceed Max allowable length?
                If so, goto CRa.6

        CRa.5   Return No Loop Detected.

        CRa.6   Is MsgType LabelMapping?
                If so, goto CRa.8.  (See Note 1.)

        CRa.7   Execute procedure Send_Notification (MsgSource, Loop
                Detected)

           CRa.8   Return Loop Detected.

           CRa.9   DONE

       Notes:

           1. When the attributes being checked were received in a Label
              Mapping message, the LSR sends the Loop Detected notification
              in a Status Code TLV in a Label Release message.  (See Section
              "Receive Label Mapping").

A.2.7. Prepare_Label_Request_Attributes

       Summary:

           This procedure is used whenever a Label Request is to be sent to a
           Peer to compute the Hop Count and Path Vector, if any, to include
           in the message.

       Parameters:

           - Peer.  The LDP peer to which the message is to be sent.

           - FEC.  The FEC for which a label request is to be sent.

           - RAttributes.  The attributes this LSR associates with the LSP
             for FEC.

           - SAttributes.  The attributes to be included in the Label
             Request message.

       Additional Context:

           - LSR Id.  The unique LSR Id of this LSR.

       Algorithm:

           PRqA.1  Is Hop Count required for this Peer (see Note 1.) ? OR
                   Do RAttributes include a Hop Count? OR
                   Is Loop Detection configured on LSR?
                   If not, goto PRqA.14.

           PRqA.2  Is LSR ingress for FEC?
                   If not, goto PRqA.6.

           PRqA.3  Include Hop Count of 1 in SAttributes.

        PRqA.4   Is Loop Detection configured on LSR?
                 If not, goto PRqA.14.

        PRqA.5   Is LSR merge-capable?
                 If so, goto PRqA.14.
                 If not, goto PRqA.13.

        PRqA.6   Do RAttributes include a Hop Count?
                 If not, goto PRqA.8.

        PRqA.7   Increment RAttributes Hop Count and copy the resulting Hop
                 Count to SAttributes.  (See Note 2.)
                 Goto PRqA.9.

        PRqA.8   Include Hop Count of unknown (0) in SAttributes.

        PRqA.9   Is Loop Detection configured on LSR?
                 If not, goto PRqA.14.

        PRqA.10  Do RAttributes have a Path Vector?
                 If so, goto PRqA.12.

        PRqA.11  Is LSR merge-capable?
                 If so, goto PRqA.14.
                 If not, goto PRqA.13.

        PRqA.12  Add LSR Id to beginning of Path Vector from RAttributes
                 and copy the resulting Path Vector into SAttributes.
                 Goto PRqA.14.

        PRqA.13  Include Path Vector of length 1 containing LSR Id in
                 SAttributes.

        PRqA.14  DONE.

     Notes:

        1. The link with Peer may require that Hop Count be included in
           Label Request messages; for example, see [RFC3035] and
           [RFC3034].

        2. For hop count arithmetic, unknown + 1 = unknown.

A.2.8.  Prepare_Label_Mapping_Attributes

    Summary:

        This procedure is used whenever a Label Mapping is to be sent to a
        Peer to compute the Hop Count and Path Vector, if any, to include
        in the message.

    Parameters:

        - Peer.  The LDP peer to which the message is to be sent.

        - FEC.  The FEC for which a label request is to be sent.

        - RAttributes.  The attributes this LSR associates with the LSP
          for FEC.

        - SAttributes.  The attributes to be included in the Label
          Mapping message.

        - IsPropagating.  The LSR is sending the Label Mapping message to
          propagate one received from the FEC next hop.

        - PrevHopCount.  The Hop Count, if any, this LSR associates with
          the LSP for the FEC.

    Additional Context:

        - LSR Id.  The unique LSR Id of this LSR.

    Algorithm:

        PMpA.1  Is Hop Count required for this Peer (see Note 1.) ? OR
                Do RAttributes include a Hop Count? OR
                Is Loop Detection configured on LSR?
                If not, goto PMpA.21.

        PMpA.2  Is LSR egress for FEC?
                If not, goto PMpA.4.

        PMpA.3  Include Hop Count of 1 in SAttributes.  Goto PMpA.21.

        PMpA.4  Do RAttributes have a Hop Count?
                If not, goto PMpA.8.

PMpA.5   Is LSR member of edge set for an LSR domain whose LSRs do
         not perform TTL decrement AND
         Is Peer in that domain (See Note 2.).
         If not, goto PMpA.7.

PMpA.6   Include Hop Count of 1 in SAttributes.  Goto PMpA.9.

PMpA.7   Increment RAttributes Hop Count and copy the resulting
         Hop Count to SAttributes.  See Note 2.  Goto PMpA.9.

PMpA.8   Include Hop Count of unknown (0) in SAttributes.

PMpA.9   Is Loop Detection configured on LSR?
         If not, goto PMpA.21.

PMpA.10 Do RAttributes have a Path Vector?
         If so, goto PMpA.19.

PMpA.11 Is LSR propagating a received Label Mapping?
         If not, goto PMpA.20.

PMpA.12 Does LSR support merging?
         If not, goto PMpA.14.

PMpA.13 Has LSR previously sent a Label Mapping for FEC to Peer?
         If not, goto PMpA.20.

PMpA.14 Do RAttributes include a Hop Count?
         If not, goto PMpA.21.

PMpA.15 Is Hop Count in Rattributes unknown(0)?
         If so, goto PMpA.20.

PMpA.16 Has LSR previously sent a Label Mapping for FEC to Peer?
         If not goto PMpA.21.

PMpA.17 Is Hop Count in RAttributes different from PrevHopCount ?
         If not goto PMpA.21.

PMpA.18 Is the Hop Count in RAttributes > PrevHopCount? OR
         Is PrevHopCount unknown(0)
         If not, goto PMpA.21.

PMpA.19 Add LSR Id to beginning of Path Vector from RAttributes
         and copy the resulting Path Vector into SAttributes.
         Goto PMpA.21.

    PMpA.20 Include Path Vector of length 1 containing LSR Id in
            SAttributes.

    PMpA.21 DONE.

Notes:

    1. The link with Peer may require that Hop Count be included in
       Label Mapping messages; for example, see [RFC3035] and
       [RFC3034].

    2. If the LSR is at the edge of a cloud of LSRs that do not
       perform TTL-decrement and it is propagating the Label Mapping
       message upstream into the cloud, it sets the Hop Count to 1 so
       that Hop Count across the cloud is calculated properly.  This
       ensures proper TTL management for packets forwarded across the
       part of the LSP that passes through the cloud.

    3. For hop count arithmetic, unknown + 1 = unknown.

Full Copyright Statement

   Copyright (C) The Internet Society (2001).  All Rights Reserved.

   This document and translations of it may be copied and furnished to
   others, and derivative works that comment on or otherwise explain it
   or assist in its implementation may be prepared, copied, published
   and distributed, in whole or in part, without restriction of any
   kind, provided that the above copyright notice and this paragraph are
   included on all such copies and derivative works.  However, this
   document itself may not be modified in any way, such as by removing
   the copyright notice or references to the Internet Society or other
   Internet organizations, except as needed for the purpose of
   developing Internet standards in which case the procedures for
   copyrights defined in the Internet Standards process must be
   followed, or as required to translate it into languages other than
   English.

   The limited permissions granted above are perpetual and will not be
   revoked by the Internet Society or its successors or assigns.

   This document and the information contained herein is provided on an
   "AS IS" basis and THE INTERNET SOCIETY AND THE INTERNET ENGINEERING
   TASK FORCE DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING
   BUT NOT LIMITED TO ANY WARRANTY THAT THE USE OF THE INFORMATION
   HEREIN WILL NOT INFRINGE ANY RIGHTS OR ANY IMPLIED WARRANTIES OF
   MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

Acknowledgement

   Funding for the RFC Editor function is currently provided by the
   Internet Society.