# EXHIBIT 14

Network Working Group                              D. Awduche
Request for Comments: 2702                         J. Malcolm
Category: Informational                            J. Agogbua
                                                    M. O'Dell
                                                   J. McManus
                                            UUNET (MCI Worldcom)
                                                September 1999

                Requirements for Traffic Engineering Over MPLS

Status of this Memo

   This memo provides information for the Internet community.  It does
   not specify an Internet standard of any kind.  Distribution of this
   memo is unlimited.

Copyright Notice

   Copyright (C) The Internet Society (1999).  All Rights Reserved.

Abstract

   This document presents a set of requirements for Traffic Engineering
   over Multiprotocol Label Switching (MPLS). It identifies the
   functional capabilities required to implement policies that
   facilitate efficient and reliable network operations in an MPLS
   domain. These capabilities can be used to optimize the utilization of
   network resources and to enhance traffic oriented performance
   characteristics.

Table of Contents

   1.0    Introduction ............................................  2
   1.1    Terminology .............................................  3
   1.2    Document Organization ...................................  3
   2.0    Traffic Engineering .....................................  4
   2.1    Traffic Engineering Performance Objectives ..............  4
   2.2    Traffic and Resource Control ............................  6
   2.3    Limitations of Current IGP Control Mechanisms ...........  6
   3.0    MPLS and Traffic Engineering ............................  7
   3.1    Induced MPLS Graph ......................................  9
   3.2    The Fundamental Problem of Traffic Engineering Over MPLS .  9
   4.0    Augmented Capabilities for Traffic Engineering Over MPLS . 10
   5.0    Traffic Trunk Attributes and Characteristics  .......... 10
   5.1    Bidirectional Traffic Trunks ........................... 11
   5.2    Basic Operations on Traffic Trunks ..................... 12
   5.3    Accounting and Performance Monitoring .................. 12

5.4    Basic Attributes of Traffic Trunks ....................... 13
5.5    Traffic Parameter Attributes  ........................... 14
5.6    Generic Path Selection and Management Attributes ........ 14
5.6.1  Administratively Specified Explicit Paths ............... 15
5.6.2  Hierarchy of Preference Rules for Multi-paths ........... 15
5.6.3  Resource Class Affinity Attributes ...................... 16
5.6.4  Adaptivity Attribute .................................... 17
5.6.5  Load Distribution Across Parallel Traffic Trunks ........ 18
5.7    Priority Attribute ...................................... 18
5.8    Preemption Attribute .................................... 18
5.9    Resilience Attribute .................................... 19
5.10   Policing Attribute ...................................... 20
6.0    Resource Attributes ..................................... 21
6.1    Maximum Allocation Multiplier ........................... 21
6.2    Resource Class Attribute  ............................... 22
7.0    Constraint-Based Routing  ............................... 22
7.1    Basic Features of Constraint-Based Routing .............. 23
7.2    Implementation Considerations ........................... 24
8.0    Conclusion .............................................. 25
9.0    Security Considerations ................................. 26
10.0   References  ............................................. 26
11.0   Acknowledgments ......................................... 27
12.0   Authors' Addresses ...................................... 28
13.0   Full Copyright Statement ................................ 29

1.0 Introduction

   Multiprotocol Label Switching (MPLS) [1,2] integrates a label
   swapping framework with network layer routing. The basic idea
   involves assigning short fixed length labels to  packets at the
   ingress to an MPLS cloud (based on the concept of forwarding
   equivalence classes [1,2]). Throughout the interior of the MPLS
   domain, the labels attached to packets are used to make forwarding
   decisions  (usually without recourse to the original packet headers).

   A set of powerful constructs to address many critical issues in the
   emerging differentiated services Internet can be devised from this
   relatively simple paradigm.  One of the most significant initial
   applications of MPLS will be in Traffic Engineering. The importance
   of this application is already well-recognized (see [1,2,3]).

   This manuscript is exclusively focused on the Traffic Engineering
   applications of MPLS. Specifically, the goal of this document is to
   highlight the issues and requirements for Traffic Engineering in a
   large Internet backbone. The expectation is that the MPLS
   specifications, or implementations derived therefrom, will address

the realization of these objectives.  A description of the basic
capabilities and functionality required of an MPLS implementation to
accommodate the requirements is also presented.

It should be noted that even though the focus is on Internet
backbones, the capabilities described in this document are equally
applicable to Traffic Engineering in enterprise networks. In general,
the capabilities can  be applied to any label switched network under
a single technical administration in which at least two paths exist
between two nodes.

Some recent manuscripts have focused on the considerations pertaining
to Traffic Engineering and Traffic management under MPLS, most
notably the works of Li and Rekhter [3], and others.  In [3], an
architecture is proposed which employs MPLS and RSVP to provide
scalable differentiated services and Traffic Engineering in the
Internet.  The present manuscript complements the aforementioned and
similar efforts.  It reflects the authors' operational experience in
managing a large Internet backbone.

1.1 Terminology

The reader is assumed to be familiar with the MPLS terminology as
defined in [1].

The key words "MUST", "MUST NOT", "REQUIRED", "SHALL", "SHALL NOT",
"SHOULD", "SHOULD NOT", "RECOMMENDED", "MAY", and "OPTIONAL" in this
document are to be interpreted as described in RFC 2119 [11].

1.2 Document Organization

The remainder of this document is organized as follows: Section 2
discusses the basic functions of Traffic Engineering in the Internet.
Section 3, provides an overview of the traffic Engineering potentials
of MPLS. Sections 1 to 3 are essentially background material. Section
4 presents an overview of the fundamental requirements for Traffic
Engineering over MPLS. Section 5 describes the desirable attributes
and characteristics of traffic trunks which are pertinent to Traffic
Engineering. Section 6 presents a set of attributes which can be
associated with resources to constrain the routability of traffic
trunks and LSPs through them. Section 7 advocates the introduction of
a "constraint-based routing" framework in MPLS domains.  Finally,
Section 8 contains concluding remarks.

2.0 Traffic Engineering

   This section describes the basic functions of Traffic Engineering in
   an Autonomous System in the contemporary Internet. The limitations of
   current IGPs with respect to traffic and resource control are
   highlighted. This section serves as motivation for the requirements
   on MPLS.

   Traffic Engineering (TE) is concerned with performance optimization
   of operational networks. In general, it encompasses the application
   of technology and scientific principles to the measurement, modeling,
   characterization, and control of Internet traffic, and the
   application of such knowledge and techniques to achieve specific
   performance objectives. The aspects of Traffic Engineering that are
   of interest concerning MPLS are measurement and control.

   A major goal of Internet Traffic Engineering is to facilitate
   efficient and reliable network operations while simultaneously
   optimizing network resource utilization and traffic performance.
   Traffic Engineering has become an indispensable function in many
   large Autonomous Systems because of the high cost of network assets
   and the commercial and competitive nature of the Internet. These
   factors emphasize the need for maximal operational efficiency.

2.1 Traffic Engineering Performance Objectives

   The key performance objectives associated with traffic engineering
   can be classified as being either:

   1. traffic oriented or

   2. resource oriented.

   Traffic oriented performance objectives include the aspects that
   enhance the QoS of traffic streams. In a single class, best effort
   Internet service model, the key traffic oriented performance
   objectives include: minimization of packet loss, minimization of
   delay, maximization of throughput, and enforcement of service level
   agreements. Under a single class best effort Internet service model,
   minimization of packet loss is one of the most important traffic
   oriented performance objectives. Statistically bounded traffic
   oriented performance objectives (such as peak to peak packet delay
   variation, loss ratio, and maximum packet transfer delay) might
   become useful in the forthcoming differentiated services Internet.

   Resource oriented performance objectives include the aspects
   pertaining to the optimization of resource utilization. Efficient
   management of network resources is the vehicle for the attainment of

resource oriented performance objectives. In particular, it is
generally desirable to ensure that subsets of network resources do
not become over utilized and congested while other subsets along
alternate feasible paths remain underutilized. Bandwidth is a crucial
resource in contemporary networks.  Therefore, a central function of
Traffic Engineering is to efficiently manage bandwidth resources.

Minimizing congestion is a primary traffic and resource oriented
performance objective.  The interest here is on congestion problems
that are prolonged rather than on transient congestion resulting from
instantaneous bursts.  Congestion typically manifests under two
scenarios:

1. When network resources are insufficient or inadequate to
   accommodate offered load.

2. When traffic streams are inefficiently mapped onto available
   resources; causing subsets of network resources to become
   over-utilized while others remain underutilized.

The first type of congestion problem can be addressed by either: (i)
expansion of capacity, or (ii) application of classical congestion
control techniques, or (iii) both. Classical congestion control
techniques attempt to regulate the demand so that the traffic fits
onto available resources. Classical techniques for congestion control
include: rate limiting, window flow control, router queue management,
schedule-based control, and others; (see [8] and the references
therein).

The second type of congestion problems, namely those resulting from
inefficient resource allocation, can usually be addressed through
Traffic Engineering.

In general, congestion resulting from inefficient resource allocation
can be reduced by adopting load balancing policies. The objective of
such strategies is to minimize maximum congestion or alternatively to
minimize maximum resource utilization, through efficient resource
allocation. When congestion is minimized through efficient resource
allocation, packet loss decreases, transit delay decreases, and
aggregate throughput increases. Thereby, the perception of network
service quality experienced by end users becomes significantly
enhanced.

Clearly, load balancing is an important network performance
optimization policy. Nevertheless, the capabilities provided for
Traffic Engineering should be flexible enough so that network
administrators can implement other policies which take into account
the prevailing cost structure and the utility or revenue model.

2.2 Traffic and Resource Control

   Performance optimization of operational networks is fundamentally a
   control problem. In the traffic engineering process model, the
   Traffic Engineer, or a suitable automaton, acts as the controller in
   an adaptive feedback control system. This system includes a set of
   interconnected network elements, a network performance monitoring
   system, and a set of network configuration management tools. The
   Traffic Engineer formulates a control policy, observes the state of
   the network through the monitoring system, characterizes the traffic,
   and applies control actions to drive the network to a desired state,
   in accordance with the control policy.  This can be accomplished
   reactively by taking action in response to the current state of the
   network, or pro-actively by using forecasting techniques to
   anticipate future trends and applying action to obviate the predicted
   undesirable future states.

   Ideally, control actions should involve:

   1. Modification of traffic management parameters,

   2. Modification of parameters associated with routing, and

   3. Modification of attributes and constraints associated with
      resources.

   The level of manual intervention involved in the traffic engineering
   process should be minimized whenever possible.  This can be
   accomplished by automating aspects of the control actions described
   above, in a distributed and scalable fashion.

2.3 Limitations of Current IGP Control Mechanisms

   This subsection reviews some of the well known limitations of current
   IGPs with regard to Traffic Engineering.

   The control capabilities offered by existing Internet interior
   gateway protocols are not adequate for Traffic Engineering.  This
   makes it difficult to actualize effective policies to address network
   performance problems.  Indeed, IGPs based on shortest path algorithms
   contribute significantly to congestion problems in Autonomous Systems
   within the Internet. SPF algorithms generally optimize based on a
   simple additive metric. These protocols are topology driven, so
   bandwidth availability and traffic characteristics are not factors
   considered in routing decisions. Consequently, congestion frequently
   occurs when:

1. the shortest paths of multiple traffic streams converge on
   specific links or router interfaces, or

2. a given traffic stream is routed through a link or router
   interface which does not have enough bandwidth to accommodate
   it.

These scenarios manifest even when feasible alternate paths with
excess capacity exist. It is this aspect of congestion problems (-- a
symptom of suboptimal resource allocation) that Traffic Engineering
aims to vigorously obviate.  Equal cost path load sharing can be used
to address the second cause for congestion listed above with some
degree of success, however it is generally not helpful in alleviating
congestion due to the first cause listed above and particularly not
in large networks with dense topology.

A popular approach to circumvent the inadequacies of current IGPs is
through the use of an overlay model, such as IP over ATM or IP over
frame relay. The overlay model extends the design space by enabling
arbitrary virtual topologies to be provisioned atop the network's
physical topology. The virtual topology is constructed from virtual
circuits which appear as physical links to the IGP routing protocols.
The overlay model provides additional important services to support
traffic and resource control, including: (1) constraint-based routing
at the VC level, (2) support for administratively configurable
explicit VC paths, (3) path compression, (4) call admission control
functions, (5) traffic shaping and traffic policing functions, and
(6) survivability of VCs. These capabilities enable the actualization
of a variety of Traffic Engineering policies. For example, virtual
circuits can easily be rerouted to move traffic from over-utilized
resources onto relatively underutilized ones.

For Traffic Engineering in large dense networks, it is desirable to
equip MPLS with a level of functionality at least commensurate with
current overlay models. Fortunately, this can be done in a fairly
straight forward manner.

3.0  MPLS and Traffic Engineering

This section provides an overview of the applicability of MPLS to
Traffic Engineering. Subsequent sections discuss the set of
capabilities required to meet the Traffic Engineering requirements.

MPLS is strategically significant for Traffic Engineering because it
can potentially provide most of the functionality available from the
overlay model, in an integrated manner, and at a lower cost than the
currently competing alternatives. Equally importantly, MPLS offers

the possibility to automate aspects of the Traffic Engineering
function. This last consideration requires further investigation and
is beyond the scope of this manuscript.

A note on terminology: The concept of MPLS traffic trunks is used
extensively in the remainder of this document. According to Li and
Rekhter [3], a traffic trunk is an aggregation of traffic flows of
the same class which are placed inside a Label Switched Path.
Essentially, a traffic trunk is an abstract representation of traffic
to which specific characteristics can be associated. It is useful to
view traffic trunks as objects that can be routed; that is, the path
through which a traffic trunk traverses can be changed. In this
respect, traffic trunks are similar to virtual circuits in ATM and
Frame Relay networks.  It is important, however, to emphasize that
there is a fundamental distinction between a traffic trunk and the
path, and indeed the LSP, through which it traverses. An LSP is a
specification of the label switched path through which the traffic
traverses. In practice, the terms LSP and traffic trunk are often
used synonymously. Additional characteristics of traffic trunks as
used in this manuscript are summarized in section 5.0.

The attractiveness of  MPLS for Traffic Engineering can be attributed
to the following factors: (1) explicit label switched paths which are
not constrained by the destination based forwarding paradigm can be
easily created through manual administrative action or through
automated action by the underlying protocols, (2) LSPs can
potentially be efficiently maintained, (3) traffic trunks can be
instantiated and mapped onto LSPs, (4) a set of attributes can be
associated with traffic trunks which modulate their behavioral
characteristics, (5) a set of attributes can be associated with
resources which constrain the placement of LSPs and traffic trunks
across them, (6) MPLS allows for both traffic aggregation and
disaggregation whereas classical destination only based IP forwarding
permits only aggregation, (7) it is relatively easy to integrate a
"constraint-based routing" framework with MPLS, (8) a good
implementation of MPLS can offer significantly lower overhead than
competing alternatives for Traffic Engineering.

Additionally, through explicit label switched paths, MPLS permits a
quasi circuit switching capability to be superimposed on the current
Internet routing model.  Many of the existing proposals for Traffic
Engineering over MPLS focus only on the potential to create explicit
LSPs. Although this capability is fundamental for Traffic
Engineering, it is not really sufficient.  Additional augmentations
are required to foster the actualization of policies leading to
performance optimization of large operational networks. Some of the
necessary augmentations are described in this manuscript.

3.1 Induced MPLS Graph

   This subsection introduces the concept of an "induced MPLS graph"
   which is central to Traffic Engineering in MPLS domains. An induced
   MPLS graph is analogous to a virtual topology in an overlay model. It
   is logically mapped onto the physical network through the selection
   of LSPs for traffic trunks.

   An induced MPLS graph consists of a set of LSRs which comprise the
   nodes of the graph and a set of LSPs which provide logical point to
   point connectivity between the LSRs, and hence serve as the links of
   the induced graph. it may be possible to construct hierarchical
   induced MPLS graphs based on the concept of label stacks (see [1]).

   Induced MPLS graphs are important because the basic problem of
   bandwidth management in an MPLS domain is the issue of how to
   efficiently map an induced MPLS graph onto the physical network
   topology.  The induced MPLS graph abstraction is formalized below.

   Let G = (V, E, c) be a capacitated graph depicting the physical
   topology of the network. Here, V is the set of nodes in the network
   and E is the set of links; that is, for v and w in V, the object
   (v,w) is in E if v and w are directly connected under G. The
   parameter "c" is a set of capacity and other constraints associated
   with E and V. We will refer to G as the "base" network topology.

   Let H = (U, F, d) be  the induced MPLS graph, where U is a subset of
   V representing the set of LSRs in the network, or more precisely the
   set of LSRs that are the endpoints of at least one LSP. Here, F is
   the set of LSPs, so that for x and y in U, the object (x, y) is in F
   if there is an LSP with x and y as endpoints. The parameter "d" is
   the set of demands and restrictions associated with F. Evidently, H
   is a directed graph. It can be seen that H depends on the
   transitivity characteristics of G.

3.2 The Fundamental Problem of Traffic Engineering Over MPLS

   There are basically three fundamental problems that relate to Traffic
   Engineering over MPLS.

   - The first problem concerns how to map packets onto forwarding
     equivalence classes.

   - The second problem concerns how to map forwarding equivalence
     classes onto traffic trunks.

   - The third problem concerns how to map traffic trunks onto the
     physical network topology through label switched paths.

This document is not focusing on the first two problems listed.
(even-though they are quite important). Instead, the remainder of
this manuscript will focus on the capabilities that permit the third
mapping function to be performed in a manner resulting in efficient
and reliable network operations. This is really the problem of
mapping an induced MPLS graph (H) onto the "base" network topology
(G).

## 4.0 Augmented  Capabilities for Traffic Engineering Over MPLS

The previous sections reviewed the basic functions of Traffic
Engineering in the contemporary Internet. The applicability of MPLS
to that activity was also discussed. The remaining sections of this
manuscript describe the functional capabilities required to fully
support Traffic Engineering over MPLS in large networks.

The proposed capabilities consist of:

1. A set of attributes associated with traffic trunks which
   collectively specify their behavioral characteristics.

2. A set of attributes associated with resources which constrain
   the placement of traffic trunks through them. These can also be
   viewed as topology attribute constraints.

3. A "constraint-based routing" framework which is used to select
   paths for traffic trunks subject to constraints imposed by items
   1) and 2) above. The constraint-based routing framework does not
   have to be part of MPLS. However, the two need to be tightly
   integrated together.

The attributes associated with traffic trunks and resources, as well
as parameters associated with routing, collectively represent the
control variables which can be modified either through administrative
action or through automated agents to drive the network to a desired
state.

In an operational network, it is highly desirable that these
attributes can be dynamically modified online by an operator without
adversely disrupting network operations.

## 5.0 Traffic Trunk Attributes and Characteristics

This section describes the desirable attributes which can be
associated with traffic trunks to influence their behavioral
characteristics.

First, the basic properties of traffic trunks (as used in this
manuscript) are summarized below:

   - A traffic trunk is an *aggregate* of traffic flows belonging
     to the same class. In some contexts, it may be desirable to
     relax this definition and allow traffic trunks to include
     multi-class traffic aggregates.

   - In a single class service model, such as the current Internet,
     a traffic trunk could encapsulate all of the traffic between an
     ingress LSR and an egress LSR, or subsets thereof.

   - Traffic trunks are routable objects (similar to ATM VCs).

   - A traffic trunk is distinct from the LSP through which it
     traverses. In operational contexts, a traffic trunk can be
     moved from one path onto another.

   - A traffic trunk is unidirectional.

In practice, a traffic trunk can be characterized by its ingress and
egress LSRs, the forwarding equivalence class which is mapped onto
it, and a set of attributes which determine its behavioral
characteristics.

Two basic issues are of particular significance: (1) parameterization
of traffic trunks and (2) path placement and maintenance rules for
traffic trunks.

5.1 Bidirectional Traffic Trunks

Although traffic trunks are conceptually unidirectional, in many
practical contexts, it is useful to  simultaneously instantiate two
traffic trunks with the same endpoints, but which carry packets in
opposite directions. The two traffic trunks are logically coupled
together.  One trunk, called the forward trunk, carries traffic from
an originating node to a destination node. The other trunk, called
the backward trunk, carries traffic from the destination node to the
originating node. We refer to the amalgamation of two such traffic
trunks as one bidirectional traffic trunk (BTT) if the following two
conditions hold:

   - Both traffic trunks are instantiated through an atomic action at
     one LSR, called the originator node, or through an atomic action
     at a network management station.

   - Neither of the composite traffic trunks can exist without the
     other. That is, both are instantiated and destroyed together.

The topological properties of BTTs should also be considered. A BTT can be topologically symmetric or topologically asymmetric.  A BTT is said to be "topologically symmetric" if its constituent traffic trunks are routed through the same physical path, even though they operate in opposite directions. If, however, the component traffic trunks are routed through different physical paths, then the BTT is said to be "topologically asymmetric."

It should be noted that bidirectional traffic trunks are merely an administrative convenience. In practice, most traffic engineering functions can be implemented using only unidirectional traffic trunks.

5.2 Basic Operations on Traffic Trunks

The basic operations on traffic trunks significant to Traffic Engineering purposes are summarized below.

- Establish: To create an instance of a traffic trunk.

- Activate: To cause a traffic trunk to start passing traffic. The establishment and activation of a traffic trunk are logically separate events. They may, however, be implemented or invoked as one atomic action.

- Deactivate: To cause a traffic trunk to stop passing traffic.

- Modify Attributes: To cause the attributes of a traffic trunk to be modified.

- Reroute: To cause a traffic trunk to change its route. This can be done through administrative action or automatically by the underlying protocols.

- Destroy: To remove an instance of a traffic trunk from the network and reclaim all resources allocated to it. Such resources include label space and possibly available bandwidth.

The above are considered the basic operations on traffic trunks. Additional operations are also possible such as policing and traffic shaping.

5.3 Accounting and Performance Monitoring

Accounting and performance monitoring capabilities are very important to the billing and traffic characterization functions.  Performance statistics obtained from accounting and performance monitoring

systems can be used for traffic characterization, performance
optimization, and capacity planning within the Traffic Engineering
realm..

The capability to obtain statistics at the traffic trunk level is so
important that it should be considered an essential requirement for
Traffic Engineering over MPLS.

## 5.4 Basic Traffic Engineering Attributes of Traffic Trunks

An attribute of a traffic trunk is a parameter assigned to it which
influences its behavioral characteristics.

Attributes can be explicitly assigned to traffic trunks through
administration action or they can be implicitly assigned by the
underlying protocols when packets are classified and mapped into
equivalence classes at the ingress to an MPLS domain. Regardless of
how the attributes were originally assigned, for Traffic Engineering
purposes, it should be possible to administratively modify such
attributes.

The basic attributes of traffic trunks  particularly significant for
Traffic Engineering are itemized below.

- Traffic parameter attributes

- Generic Path selection and maintenance attributes

- Priority attribute

- Preemption attribute

- Resilience attribute

- Policing  attribute

The combination of traffic parameters and policing attributes is
analogous to usage parameter control in ATM networks. Most of the
attributes listed above have analogs in well established
technologies.  Consequently, it should be relatively straight forward
to map the traffic trunk attributes onto many existing switching and
routing architectures.

Priority and preemption can be regarded as relational attributes
because they express certain binary relations between traffic trunks.
Conceptually, these binary relations determine the manner in which
traffic trunks interact with each other as they compete for network
resources during path establishment and path maintenance.

## 5.5 Traffic parameter attributes

Traffic parameters can be used to capture the characteristics of the
traffic streams (or more precisely the forwarding equivalence class)
to be transported through the traffic trunk. Such characteristics may
include peak rates, average rates, permissible burst size, etc.  From
a traffic engineering perspective, the traffic parameters are
significant because they indicate the resource requirements of the
traffic trunk. This is useful for resource allocation and congestion
avoidance through anticipatory policies.

For the purpose of bandwidth allocation, a single canonical value of
bandwidth requirements can be computed from a traffic trunk's traffic
parameters.  Techniques for performing these computations are well
known. One example of this is the theory of effective bandwidth.

## 5.6 Generic Path Selection and Management Attributes

Generic path selection and management attributes define the rules for
selecting the route taken by a traffic trunk as well as the rules for
maintenance of paths that are already established.

Paths can be computed automatically by the underlying routing
protocols or they can be defined administratively by a network
operator. If there are no resource requirements or restrictions
associated with a traffic trunk, then a topology driven protocol can
be used to select its path. However, if resource requirements or
policy restrictions exist, then a constraint-based routing scheme
should be used for path selection.

In Section 7, a constraint-based routing framework which can
automatically compute paths subject to a set of constraints is
described.  Issues pertaining to explicit paths instantiated through
administrative action are discussed in Section 5.6.1 below.

Path management concerns all aspects pertaining to the maintenance of
paths traversed by traffic trunks.  In some operational contexts, it
is desirable that an MPLS implementation can dynamically reconfigure
itself, to adapt to some notion of change in "system state."
Adaptivity and resilience are aspects of dynamic path management.

To guide the path selection and management process, a set of
attributes are required. The basic attributes and behavioral
characteristics associated with traffic trunk path selection and
management are described in the remainder of this sub-section.

## 5.6.1 Administratively Specified Explicit Paths

An administratively specified explicit path for a traffic trunk is one which is configured through operator action. An administratively specified path can be completely specified or partially specified. A path is completely specified if all of the required hops between the endpoints are indicated. A path is partially specified if only a subset of intermediate hops are indicated. In this case, the underlying protocols are required to complete the path. Due to operator errors, an administratively specified path can be inconsistent or illogical. The underlying protocols should be able to detect such inconsistencies and provide appropriate feedback.

A "path preference rule" attribute should be associated with administratively specified explicit paths.  A path preference rule attribute is a binary variable which  indicates whether the administratively configured explicit path is "mandatory" or "non-mandatory."

If an administratively specified explicit path is selected with a "mandatory attribute, then that path (and only that path) must be used. If a mandatory path is topological infeasible (e.g. the two endpoints are topologically partitioned), or if the path cannot be instantiated because the available resources are inadequate, then the path setup process fails. In other words, if a path is specified as mandatory, then an alternate path cannot be used regardless of prevailing circumstance.  A mandatory path which is successfully instantiated is also implicitly pinned. Once the path is instantiated it cannot be changed except through deletion and instantiation of a new path.

However, if an administratively specified explicit path is selected with a "non-mandatory" preference rule attribute value, then the path should be used if feasible.  Otherwise, an alternate path can be chosen instead by the underlying protocols.

## 5.6.2 Hierarchy of Preference Rules For Multi-Paths

In some practical contexts, it can be useful to have the ability to administratively specify a set of candidate explicit paths for a given traffic trunk and define a hierarchy of preference relations on the paths. During path establishment, the preference rules are applied to select a suitable path from the candidate list. Also, under failure scenarios the preference rules are applied to select an alternate path from the candidate list.

5.6.3 Resource Class Affinity Attributes

   Resource class affinity attributes associated with a traffic trunk
   can be used to specify the class of resources (see Section 6) which
   are to be explicitly included or excluded from the path of the
   traffic trunk. These are policy attributes which can be used to
   impose additional constraints on the path traversed by a given
   traffic trunk.  Resource class affinity attributes for a traffic can
   be specified as a sequence of tuples:

      <resource-class, affinity>; <resource-class, affinity>; ..

   The resource-class parameter identifies a resource class for which an
   affinity relationship is defined with respect to the traffic trunk.
   The affinity parameter indicates the affinity relationship; that is,
   whether members of the resource class are to be included or excluded
   from the path of the traffic trunk. Specifically, the affinity
   parameter may be a binary variable which takes one of the following
   values: (1) explicit inclusion, and (2) explicit exclusion.

   If the affinity attribute is a binary variable, it may be possible to
   use Boolean expressions to specify the resource class affinities
   associated with a given traffic trunk.

   If no resource class affinity attributes are specified, then a "don't
   care" affinity relationship is assumed to hold between the traffic
   trunk and all resources. That is, there is no requirement to
   explicitly include or exclude any resources from the traffic trunk's
   path. This should be the default in practice.

   Resource class affinity attributes are very useful and powerful
   constructs because they can be used to implement a variety of
   policies. For example, they can be used to contain certain traffic
   trunks within specific topological regions of the network.

   A "constraint-based routing" framework (see section 7.0) can be used
   to compute an explicit path for a traffic trunk subject to resource
   class affinity constraints in the following manner:

   1. For explicit inclusion, prune all resources not belonging
      to the specified classes prior to performing path computation.

   2. For explicit exclusion, prune all resources  belonging to the
      specified classes before performing path placement computations.

5.6.4 Adaptivity Attribute

   Network characteristics and state change over time. For example, new
   resources become available, failed resources become reactivated, and
   allocated resources become deallocated. In general, sometimes more
   efficient paths become available. Therefore, from a Traffic
   Engineering perspective, it is necessary to have administrative
   control parameters that can be used to specify how traffic trunks
   respond to this dynamism. In some scenarios, it might be desirable to
   dynamically change the paths of certain traffic trunks in response to
   changes in network state. This process is called re-optimization.  In
   other scenarios, re-optimization might be very undesirable.

   An Adaptivity attribute is a part of the path maintenance parameters
   associated with traffic trunks. The adaptivity attribute associated
   with a traffic trunk indicates whether the trunk is subject to re-
   optimization.  That is, an adaptivity attribute is a binary variable
   which takes one of the following values: (1) permit re-optimization
   and (2) disable re-optimization.

   If re-optimization is enabled, then a traffic trunk can be rerouted
   through different paths by the underlying protocols in response to
   changes in network state (primarily changes in resource
   availability). Conversely, if re-optimization is disabled, then the
   traffic trunk is "pinned" to its established path and cannot be
   rerouted in response to changes in network state.

   Stability is a major concern when re-optimization is permitted. To
   promote stability, an MPLS implementation should not be too reactive
   to the evolutionary dynamics of the network. At the same time, it
   must adapt fast enough so that optimal use can be made of network
   assets. This implies that the frequency of re-optimization should be
   administratively configurable to allow for tuning.

   It is to be noted that re-optimization is distinct from resilience. A
   different attribute is used to specify the resilience characteristics
   of a traffic trunk (see section 5.9).  In practice, it would seem
   reasonable to expect traffic trunks subject to re-optimization to be
   implicitly resilient to failures along their paths. However, a
   traffic trunk which is not subject to re-optimization and whose path
   is not administratively specified with a "mandatory" attribute can
   also be required to be resilient to link and node failures along its
   established path

   Formally, it can be stated that adaptivity to state evolution through
   re-optimization implies resilience to failures, whereas resilience to
   failures does not imply general adaptivity through re-optimization to
   state changes.

5.6.5 Load Distribution Across Parallel Traffic Trunks

   Load distribution across multiple parallel traffic trunks between two
   nodes is an important consideration.  In many practical contexts, the
   aggregate traffic between two nodes may be such that no single link
   (hence no single path) can carry the load. However, the aggregate
   flow might be less than the maximum permissible flow across a "min-
   cut" that partitions the two nodes. In this case, the only feasible
   solution is to appropriately divide the aggregate traffic into sub-
   streams and route the sub-streams through multiple paths between the
   two nodes.

   In an MPLS domain, this problem can be addressed by instantiating
   multiple traffic trunks between the two nodes, such that each traffic
   trunk carries a proportion of the aggregate traffic. Therefore, a
   flexible means of load assignment to multiple parallel traffic trunks
   carrying traffic between a pair of nodes is required.

   Specifically, from an operational perspective, in situations where
   parallel traffic trunks are warranted,  it would be useful to have
   some attribute that can be used to indicate the relative proportion
   of traffic to be carried by each traffic trunk. The underlying
   protocols will then map the load onto the traffic trunks according to
   the specified proportions. It is also, generally desirable to
   maintain packet ordering between packets belong to the same micro-
   flow (same source address, destination address, and port number).

5.7 Priority attribute

   The priority attribute defines the relative importance of traffic
   trunks.  If a constraint-based routing framework is used with MPLS,
   then priorities become very important because they can be used to
   determine the order in which path selection is done for traffic
   trunks at connection establishment and under fault scenarios.

   Priorities are also important in implementations  permitting
   preemption because they can be used to impose a partial order on the
   set of traffic trunks according to which preemptive policies can be
   actualized.

5.8 Preemption attribute

   The preemption attribute determines whether a traffic trunk can
   preempt another traffic trunk from a given path, and whether another
   traffic trunk can preempt a specific traffic trunk.  Preemption is
   useful for both traffic oriented and resource oriented performance

objectives. Preemption can used to assure that high priority traffic
trunks can always be routed through relatively favorable paths within
a differentiated services environment.

Preemption can also be used to implement various prioritized
restoration policies following fault events.

The preemption attribute can be used to specify four preempt modes
for a traffic trunk: (1) preemptor enabled, (2) non-preemptor, (3)
preemptable, and (4) non-preemptable. A preemptor enabled traffic
trunk can preempt lower priority traffic trunks designated as
preemptable. A traffic specified as non-preemptable cannot be
preempted by any other trunks, regardless of relative priorities. A
traffic trunk designated as preemptable can be preempted by higher
priority trunks which are preemptor enabled.

It is trivial to see that some of the preempt modes are mutually
exclusive. Using the numbering scheme depicted above, the feasible
preempt mode combinations for a given traffic trunk are as follows:
(1, 3), (1, 4), (2, 3), and (2, 4). The (2, 4) combination should be
the default.

A traffic trunk, say "A", can preempt another traffic trunk, say "B",
only if *all* of the following five conditions hold: (i) "A" has a
relatively higher priority than "B", (ii) "A" contends for a resource
utilized by "B", (iii) the resource cannot concurrently accommodate
"A" and "B" based on certain decision criteria, (iv) "A" is preemptor
enabled, and (v) "B" is preemptable.

Preemption is not considered a mandatory attribute under the current
best effort Internet service model although it is useful. However, in
a differentiated services scenario, the need for preemption becomes
more compelling. Moreover, in the emerging optical internetworking
architectures, where some protection and restoration functions may be
migrated from the optical layer to data network elements (such as
gigabit and terabit label switching routers) to reduce costs,
preemptive strategies can be used to reduce the restoration time for
high priority traffic trunks under fault conditions.

5.9 Resilience Attribute

The resilience attribute determines the behavior of a traffic trunk
under fault conditions. That is, when a fault occurs along the path
through which the traffic trunk traverses. The following basic
problems need to be addressed under such circumstances: (1) fault
detection, (2) failure notification, (3) recovery and service
restoration. Obviously, an MPLS implementation will have to
incorporate mechanisms to address these issues.

Many recovery policies can be specified for traffic trunks whose established paths are impacted by faults. The following are examples of feasible schemes:

1. Do not reroute the traffic trunk. For example, a survivability scheme may already be in place, provisioned through an alternate mechanism, which guarantees service continuity under failure scenarios without the need to reroute traffic trunks. An example of such an alternate scheme (certainly many others exist), is a situation whereby multiple parallel label switched paths are provisioned between two nodes, and function in a manner such that failure of one LSP causes the traffic trunk placed on it to be mapped onto the remaining LSPs according to some well defined policy.

2. Reroute through a feasible path with enough resources. If none exists, then do not reroute.

3. Reroute through any available path regardless of resource constraints.

4. Many other schemes are possible including some which might be combinations of the above.

A "basic" resilience attribute indicates the recovery procedure to be applied to traffic trunks whose paths are impacted by faults. Specifically, a "basic" resilience attribute is a binary variable which determines whether the target traffic trunk is to be rerouted when segments of its path fail. "Extended" resilience attributes can be used to specify detailed actions to be taken under fault scenarios.  For example, an extended resilience attribute might specify a set of alternate paths to use under fault conditions, as well as the rules that govern the relative preference of each specified path.

Resilience attributes mandate close interaction between MPLS and routing.

5.10 Policing attribute

The policing attribute determines the actions that should be taken by the underlying protocols when a traffic trunk becomes non-compliant. That is, when a traffic trunk exceeds its contract as specified in the traffic parameters.  Generally, policing attributes can indicate whether a non-conformant traffic trunk is to be rate limited, tagged, or simply forwarded without any policing action.  If policing is used, then adaptations of established algorithms such as the ATM Forum's GCRA [11] can be used to perform this function.

Policing is necessary in many operational scenarios, but is quite undesirable in some others. In general, it is usually desirable to police at the ingress to a network (to enforce compliance with service level agreements) and to minimize policing within the core, except when capacity constraints dictate otherwise.

Therefore, from a Traffic Engineering perspective, it is necessary to be able to administratively enable or disable traffic policing for each traffic trunk.

## 6.0 Resource Attributes

Resource attributes are part of the topology state parameters, which are used to constrain the routing of traffic trunks through specific resources.

## 6.1 Maximum Allocation Multiplier

The maximum allocation multiplier (MAM) of a resource is an administratively configurable attribute which determines the proportion of the resource that is available for allocation to traffic trunks.  This attribute is mostly applicable to link bandwidth. However,  it can also be applied to buffer resources on LSRs. The concept of MAM is analogous to the concepts of subscription and booking factors in frame relay and ATM networks.

The values of the MAM can be chosen so that a resource can be under-allocated or over-allocated. A resource is said  to be under-allocated if the aggregate demands of all traffic trunks (as expressed in the trunk traffic parameters) that can be allocated to it are always less than the capacity of the resource. A resource is said to be over-allocated if the aggregate demands of all traffic trunks allocated to it can exceed the capacity of the resource.

Under-allocation can be used to bound the utilization of resources. However,the situation under MPLS is more complex than in circuit switched schemes because under MPLS, some flows can be routed via conventional hop by hop protocols (also via explicit paths) without consideration for resource constraints.

Over-allocation can be used to take advantage of the statistical characteristics of traffic in order to implement more efficient resource allocation policies. In particular, over-allocation can be used in situations where the peak demands of traffic trunks do not coincide in time.

## 6.2 Resource Class Attribute

Resource class attributes are administratively assigned parameters
which express some notion of "class" for resources. Resource class
attributes can be viewed as "colors" assigned to resources such that
the set of resources with the same "color" conceptually belong to the
same class. Resource class attributes can be used to implement a
variety of policies. The key resources of interest here are links.
When applied to links, the resource class attribute effectively
becomes  an aspect of the "link state" parameters.

The concept of resource class attributes is a powerful abstraction.
From a Traffic Engineering perspective, it can be used to implement
many policies with regard to both traffic and resource oriented
performance optimization. Specifically, resource class attributes can
be used to:

1. Apply uniform policies to a set of resources that do not need
   to be in the same topological region.

2. Specify the relative preference of sets of resources for
   path placement of traffic trunks.

3. Explicitly restrict the placement of traffic trunks
   to  specific subsets of resources.

4. Implement generalized inclusion / exclusion policies.

5. Enforce traffic locality containment policies. That is,
   policies    that seek to contain local traffic within
   specific topological regions of the network.

Additionally, resource class attributes can be used for
identification purposes.

In general, a resource can be assigned more than one resource class
attribute. For example, all of the OC-48 links in a given network may
be assigned a distinguished resource class attribute. The subsets of
OC-48 links which exist with a given abstraction domain of the
network may be assigned additional resource class attributes in order
to implement specific containment policies, or to architect the
network in a certain manner.

## 7.0 Constraint-Based Routing

This section discusses the issues pertaining to constraint-based
routing in MPLS domains. In contemporary terminology, constraint-
based routing is often referred to as "QoS Routing" see [5,6,7,10].

This document uses the term "constraint-based routing" however, because it better captures the functionality envisioned, which generally encompasses QoS routing as a subset.

constraint-based routing enables a demand driven, resource reservation aware, routing paradigm to co-exist with current topology driven hop by hop Internet interior gateway protocols.

A constraint-based routing framework uses the following as input:

   - The attributes associated with traffic trunks.

   - The attributes associated with resources.

   - Other topology state information.

Based on this information, a constraint-based routing process on each node automatically computes explicit routes for each traffic trunk originating from the node. In this case, an explicit route for each traffic trunk is a specification of a label switched path that satisfies the demand requirements expressed in the trunk's attributes, subject to constraints imposed by resource availability, administrative policy, and other topology state information.

A constraint-based routing framework can greatly reduce the level of manual configuration and intervention required to actualize Traffic Engineering policies.

In practice, the Traffic Engineer, an operator, or even an automaton will specify the endpoints of a traffic trunk and assign a set of attributes to the trunk which encapsulate the performance expectations and behavioral characteristics of the trunk. The constraint-based routing framework is then expected to find a feasible path to satisfy the expectations.  If necessary, the Traffic Engineer or a traffic engineering support system can then use administratively configured explicit routes to perform fine grained optimization.

7.1 Basic Features of Constraint-Based Routing

A constraint-based routing framework should at least have the capability to automatically obtain a basic feasible solution to the traffic trunk path placement problem.

In general, the constraint-based routing problem is known to be intractable for most realistic constraints. However, in practice, a very simple well known heuristic (see e.g. [9]) can be used to find a feasible path if one exists:

    - First prune resources that do not satisfy the requirements of
      the traffic trunk attributes.

    - Next, run a shortest path algorithm on the residual graph.

   Clearly, if a feasible path exists for a single traffic trunk, then
   the above simple procedure will find it. Additional rules can be
   specified to break ties and perform further optimizations.  In
   general, ties should be broken so that congestion is minimized.  When
   multiple traffic trunks are to be routed, however, it can be shown
   that the above algorithm may not always find a mapping, even when a
   feasible mapping exists.

7.2 Implementation Considerations

   Many commercial implementations of frame relay and ATM switches
   already support some notion of constraint-based routing. For such
   devices or for the novel MPLS centric contraptions devised therefrom,
   it should be relatively easy to extend the current constraint-based
   routing implementations to accommodate the peculiar requirements of
   MPLS.

   For routers that use topology driven hop by hop IGPs, constraint-
   based routing can be incorporated in at least one of two ways:

   1. By extending the current IGP protocols such as OSPF and IS-IS to
      support constraint-based routing. Effort is already underway to
      provide such extensions to OSPF (see [5,7]).

   2. By adding a constraint-based routing process to each router which
      can co-exist with current IGPs. This scenario is depicted
      in Figure 1.



   Figure 1. Constraint-Based Routing Process on Layer 3 LSR

There are many important details associated with implementing
constraint-based routing on Layer 3 devices which we do not discuss
here. These include the following:

- Mechanisms for exchange of topology state information
  (resource availability information, link state information,
  resource attribute information) between constraint-based
  routing processes.

- Mechanisms for maintenance of topology state information.

- Interaction between constraint-based routing processes and
  conventional IGP processes.

- Mechanisms to accommodate the adaptivity requirements of
  traffic trunks.

- Mechanisms to accommodate the resilience and survivability
  requirements of traffic trunks.

In summary, constraint-based routing assists in performance
optimization of operational networks by automatically finding
feasible paths that satisfy a set of constraints for traffic trunks.
It can drastically reduce the amount of administrative explicit path
configuration and manual intervention required to achieve Traffic
Engineering objectives.

8.0 Conclusion

This manuscript presented a set of requirements for Traffic
Engineering over MPLS. Many capabilities were described aimed at
enhancing the applicability of MPLS to Traffic Engineering in the
Internet.

It should be noted that some of the issues described here can be
addressed by incorporating a minimal set of building blocks into
MPLS, and then using a network management superstructure to extend
the functionality in order to realize the requirements. Also, the
constraint-based routing framework does not have to be part of the
core MPLS specifications. However, MPLS does require some interaction
with a constraint-based routing framework in order to meet the
requirements.

RFC 2702                  MPLS Traffic Engineering          September 1999

9.0 Security Considerations

   This document does not introduce new security issues beyond those
   inherent in MPLS and may use the same mechanisms proposed for this
   technology. It is, however, specifically important that manipulation
   of administratively configurable parameters be executed in a secure
   manner by authorized entities.

10.0 References

   [1]  Rosen, E., Viswanathan, A. and R. Callon, "A Proposed
        Architecture for MPLS", Work in Progress.

   [2]  Callon, R., Doolan, P., Feldman, N., Fredette, A., Swallow, G.
        and A. Viswanathan, "A Framework for Multiprotocol Label
        Switching", Work in Progress.

   [3]  Li, T. and Y. Rekhter, "Provider Architecture for Differentiated
        Services and Traffic Engineering (PASTE)", RFC 2430, October
        1998.

   [4]  Rekhter, Y., Davie, B., Katz, D., Rosen, E. and  G. Swallow,
        "Cisco Systems' Tag Switching Architecture - Overview", RFC
        2105, February 1997.

   [5]  Zhang, Z., Sanchez, C., Salkewicz, B. and E. Crawley "Quality of
        Service Extensions to OSPF", Work in Progress.

   [6]  Crawley, E., Nair, F., Rajagopalan, B. and H. Sandick, "A
        Framework for QoS Based Routing in the Internet", RFC 2386,
        August 1998.

   [7]  Guerin, R., Kamat, S., Orda, A., Przygienda, T. and D. Williams,
        "QoS Routing Mechanisms and OSPF Extensions", RFC 2676, August
        1999.

   [8]  C. Yang and A. Reddy, "A Taxonomy for Congestion Control
        Algorithms in Packet Switching Networks," IEEE Network Magazine,
        Volume 9, Number 5, July/August 1995.

   [9]  W. Lee, M. Hluchyi, and P. Humblet, "Routing Subject to Quality
        of Service Constraints in Integrated Communication Networks,"
        IEEE Network, July 1995, pp 46-55.

   [10] ATM Forum, "Traffic Management Specification: Version 4.0" April
        1996.

11.0 Acknowledgments

    The authors would like to thank Yakov Rekhter for his review of an
    earlier draft of this document. The authors would also like to thank
    Louis Mamakos and Bill Barns for their helpful suggestions, and
    Curtis Villamizar for providing some useful feedback.

12.0 Authors' Addresses

    Daniel O. Awduche
    UUNET (MCI Worldcom)
    3060 Williams Drive
    Fairfax, VA 22031

    Phone: +1 703-208-5277
    EMail: awduche@uu.net


    Joe Malcolm
    UUNET  (MCI Worldcom)
    3060 Williams Drive
    Fairfax, VA 22031

    Phone: +1 703-206-5895
    EMail: jmalcolm@uu.net


    Johnson Agogbua
    UUNET  (MCI Worldcom)
    3060 Williams Drive
    Fairfax, VA 22031

    Phone: +1 703-206-5794
    EMail: ja@uu.net


    Mike O'Dell
    UUNET  (MCI Worldcom)
    3060 Williams Drive
    Fairfax, VA 22031

    Phone: +1 703-206-5890
    EMail: mo@uu.net


    Jim McManus
    UUNET  (MCI Worldcom)
    3060 Williams Drive
    Fairfax, VA 22031

    Phone: +1 703-206-5607
    EMail: jmcmanus@uu.net

13.0  Full Copyright Statement

Copyright (C) The Internet Society (1999).  All Rights Reserved.

This document and translations of it may be copied and furnished to
others, and derivative works that comment on or otherwise explain it
or assist in its implementation may be prepared, copied, published
and distributed, in whole or in part, without restriction of any
kind, provided that the above copyright notice and this paragraph are
included on all such copies and derivative works.  However, this
document itself may not be modified in any way, such as by removing
the copyright notice or references to the Internet Society or other
Internet organizations, except as needed for the purpose of
developing Internet standards in which case the procedures for
copyrights defined in the Internet Standards process must be
followed, or as required to translate it into languages other than
English.

The limited permissions granted above are perpetual and will not be
revoked by the Internet Society or its successors or assigns.

This document and the information contained herein is provided on an
"AS IS" basis and THE INTERNET SOCIETY AND THE INTERNET ENGINEERING
TASK FORCE DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING
BUT NOT LIMITED TO ANY WARRANTY THAT THE USE OF THE INFORMATION
HEREIN WILL NOT INFRINGE ANY RIGHTS OR ANY IMPLIED WARRANTIES OF
MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

Acknowledgement

Funding for the RFC Editor function is currently provided by the
Internet Society.