**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Nos. 6:20-cv-00725-ADA<br>6:20-cv-00726-ADA<br>6:20-cv-00727-ADA<br>6:20-cv-00728-ADA<br>6:20-cv-00729-ADA<br>6:20-cv-00730-ADA<br>6:20-cv-00783-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION fOR EXTENSION OF CLAIM CONSTRUCTION DEADLINES**

Plaintiff WSOU Investments, LLC and Defendant Hewlett Packard Enterprise Company, hereby jointly move the Court to extend the deadlines for Plaintiff to file its reply claim construction brief, Defendant to file its sur-reply claim construction brief, and the Parties to submit the Joint Claim Construction Statement. The current deadlines based on the Proposed Scheduling Order (Dkt. 31) and proposed new dates for these submissions are as follows:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Plaintiff files reply claim construction brief | Monday 4/5/2021 | Thursday 4/8/2021 |
| Defendant files sur-reply claim construction brief | Monday 4/19/2021 | Friday 4/23/2021 |
| Parties submit Joint Claim Construction Statement | Thursday 4/22/2021 | Tuesday 4/27/2021 |

The parties request this additional time in view of the upcoming Easter holiday and to allow sufficient time to fully address the claim construction issues. These extensions do not impact any other dates set forth in the Proposed Scheduling Order.

Dated: April 1, 2021

*/s/ Michael R. Franzinger*
Michael D. Hatcher
Texas State Bar No. 24027067
mhatcher@sidley.com
Callie C. Butcher
Texas State Bar No. 24092203
cbutcher@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
telephone:	(214) 981-3300
facsimile:	(214) 981-3400

Michael R. Franzinger
D.C. Bar No. 500080
mfranzinger@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
telephone:	(202) 736-8000
facsimile:	(202) 736-8711

Barry K. Shelton
Texas State Bar No. 24055029
bshelton@sheltoncoburn.com
SHELTON COBURN LLP
311 RR 620, Suite 205
Austin, Texas 78734-4775
telephone:	(512) 263-2165
facsimile:	(512) 263-2166

*Counsel for Defendant*
*Hewlett Packard Enterprise Company*

Respectfully submitted,

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Avenue, Suite 2000
Austin, Texas 78701
tel/fax:	(512) 677-6825

Alessandra C. Messing
New York State Bar No. 5040019
amessing@brownrudnick.com
Timothy J. Rousseau
New York State Bar No. 4698742
trousseau@brownrudnick.com
Yarelyn Mena
(*pro hac vice*)
ymena@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
telephone:	(212) 209-4800
facsimile:	(212) 209-4801

Edward J. Naughton
Massachusetts State Bar No. 600059
enaughton@brownrudnick.com
Rebecca MacDowell Lecaroz
(*pro hac vice*)
rlecaroz@brownrudnick.com
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
telephone:	(617) 856-8200
facsimile:	(617) 856-8201

David M. Stein
Texas State Bar No. 797494
dstein@brownrudnick.com
Sarah G. Hartman
California State Bar No. 281751
shartman@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612

telephone: (949) 752-7100
facsimile: (949) 252-1514

*Counsel for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*