**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Nos. 6:20-cv-00725-ADA<br>6:20-cv-00726-ADA<br>6:20-cv-00727-ADA<br>6:20-cv-00728-ADA<br>6:20-cv-00729-ADA<br>6:20-cv-00730-ADA<br>6:20-cv-00783-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF CLAIM CONSTRUCTION DEADLINES**

Before the Court is Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendant Hewlett Packard Enterprise Company's Joint Motion for Extension of Claim Construction Deadlines (the "Motion"). Having reviewed the Motion and finding good cause exists, the Court hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that the deadlines in the above-referenced cause are amended as follows:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Plaintiff files reply claim construction brief | Monday 4/5/2021 | Thursday 4/8/2021 |
| Defendant files sur-reply claim construction brief | Monday 4/19/2021 | Friday 4/23/2021 |
| Parties submit Joint Claim Construction Statement | Thursday 4/22/2021 | Tuesday 4/27/2021 |

ORDERED this ___ day of _____, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE