**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Nos. 6:20-cv-00725-ADA<br>      6:20-cv-00726-ADA<br>      6:20-cv-00727-ADA<br>      6:20-cv-00728-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

This matter comes before the Court on Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development unopposed Motion Requesting Leave to File Its Reply Claim Construction Brief In Excess of 15 Pages (the "Motion").

Having reviewed the Motion and finding good cause exists, the Court hereby GRANTS Plaintiff's Motion.

It is therefore ORDERED that Brazos may file a reply claim construction brief in the above-captioned cases of up to 21 pages.

ORDERED this ___ day of _____, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE