IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>   Plaintiff,<br><br>   v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>   Defendant. | Civil Action No. 6:20-cv-00725-ADA<br>Civil Action No. 6:20-cv-00726-ADA<br>Civil Action No. 6:20-cv-00727-ADA<br>Civil Action No. 6:20-cv-00728-ADA |

### DEFENDANT'S MOTION REQUESTING LEAVE TO FILE ITS SURREPLY CLAIM CONSTRUCTION BRIEF IN EXCESS OF 15 PAGES

Defendant Hewlett Packard Enterprise Company ("HPE") hereby moves for leave to file its Surreply Claim Construction Brief in the above-captioned cases with up to 21 pages, which is 6 pages in excess of the 15 pages permitted under the Court's November 9, 2020 Order Governing Proceedings.[1] Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"), through counsel, has indicated that it does not oppose this motion.

WSOU filed a motion requesting the same six-page extension for its reply brief, which it submitted along with that brief on April 8, 2021. As WSOU notes in that motion, its opening brief was several pages short of the 30-page limit. HPE's responsive brief was also several pages under the 30-page limit, and it now seeks only to preserve parity between the parties' reply and

---

[1] The parties agreed, and the Court approved, that the parties should file combined claim construction briefs addressing the disputed terms of the asserted patents in each of the four above-captioned cases. Because these briefs address the disputed terms of four patents, the Court's Order Governing Proceedings provides that opening and response claim construction briefs may be up to 30 pages and reply and surreply briefs may be up to 15 pages.

surreply briefs. WSOU has already submitted its 21-page reply and HPE is preparing a full response to that brief in its surreply. The requested extension will not prejudice WSOU, and HPE believes that it will not impose any additional burden on the Court, and will in fact be helpful the Court given HPE's greater ability to clarify its position and the parties' disputes in the additional pages. Accordingly, HPE respectfully requests leave to file a surreply claim construction brief of up to 21 pages in order to adequately address the issues. A proposed order is attached.

Date: April 21, 2021

Respectfully submitted,

By: /s/ Barry K. Shelton
Michael D. Hatcher
Texas State Bar No. 24027067
Callie C. Butcher
Texas State Bar No. 24092203
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
mhatcher@sidley.com
cbutcher@sidley.com

Michael R. Franzinger
DC Bar No. 500080
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
mfranzinger@sidley.com

Barry K. Shelton
Texas State Bar No. 24055029
SHELTON COBURN LLP
311 RR 620, Suite 205
Austin, TX 78734-4775
Telephone: (512) 263-2165
Facsimile: (512) 263-2166
bshelton@sheltoncoburn.com

COUNSEL FOR DEFENDANT
HEWLETT PACKARD ENTERPRISE COMPANY

## CERTIFICATE OF SERVICE

  I hereby certify that on the 21st day of April 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| *Counsel for WSOU, LLC* | *VIA CM/ECF* |
|---|---|
| Alessandra C. Messing<br>Timothy J. Rousseau<br>Yarelyn Mena<br>BROWN RUDNICK LLP<br>7 Times Square<br>New York, New York 10036<br>telephone: (212) 209-4800<br>facsimile: (212) 209-4801 | amessing@brownrudnick.com;<br>trousseau@brownrudnick.com;<br>ymena@brownrudnick.com |
| Edward J. Naughton<br>Rebecca MacDowell Lecaroz<br>BROWN RUDNICK LLP<br>One Financial Center<br>Boston, Massachusetts 02111<br>telephone: (617) 856-8200<br>facsimile: (617) 856-8201 | enaughton@brownrudnick.com;<br>rlecaroz@brownrudnick.com |
| David M. Stein<br>Sarah G. Hartman<br>BROWN RUDNICK LLP<br>2211 Michelson Drive, 7th Floor<br>Irvine, California 92612<br>telephone: (949) 752-7100<br>facsimile: (949) 252-1514 | dstein@brownrudnick.com;<br>shartman@brownrudnick.com |
| Raymond W. Mort, III<br>THE MORT LAW FIRM, PLLC<br>100 Congress Avenue, Suite 2000<br>Austin, Texas 78701<br>tel/fax: (512) 677-6825 | raymort@austinlaw.com |

                */s/ Barry K. Shelton*<br>
                Barry K. Shelton