IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>    v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>    Defendant. | Civil Action No. 6:20-cv-00725-ADA<br>Civil Action No. 6:20-cv-00726-ADA<br>Civil Action No. 6:20-cv-00727-ADA<br>Civil Action No. 6:20-cv-00728-ADA |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

This matter comes before the Court on Defendant Hewlett Packard Enterprise Company's ("HPE") unopposed Motion Requesting Leave to File Its Surreply Claim Construction Brief In Excess of 15 Pages (the "Motion").

Having reviewed the Motion and finding good cause exists, the Court hereby GRANTS Defendant's Motion.

It is therefore ORDERED that HPE may file a surreply claim construction brief in the above-captioned cases of up to 21 pages.

ORDERED this ___ day of _____, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE