**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Case Nos.  6:20-cv-00725-ADA<br>6:20-cv-00726-ADA<br>6:20-cv-00727-ADA<br>6:20-cv-00728-ADA<br>6:20-cv-00729-ADA<br>6:20-cv-00730-ADA<br>6:20-cv-00783-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant Hewlett Packard Enterprise Company ("HPE") (collectively, the "Parties"), hereby respectfully move the Court to amend the Scheduling Order to extend the deadlines set forth therein, including the date for jury selection/trial, in order to afford the Parties more time to streamline the cases, to reduce the number of claims and prior art references currently at issue, to provide the parties more time to resolve outstanding discovery disputes, and additional time to complete depositions and further prepare for trial and expert discovery. The following table sets forth the current deadlines and the deadlines for the Parties' requested extension:

| Event | Original Due Date | Proposed Extension |
|---|---|---|
| Deadline for first meet and confer to narrow the number of claims asserted and prior art references at issue | 11/3/2021 | 12/3/2021 |
| Close of Fact Discovery | 12/1/2021 | 3/16/2022 |
| Opening Expert Reports | 12/8/2021 | 3/23/2022 |
| Rebuttal Expert Reports | 1/5/2022 | 4/20/2022 |

1

| Event | Original Due Date | Proposed Extension |
|---|---|---|
| Close of Expert Discovery | 1/26/2022 | 5/11/2022 |
| Deadline for second meet and confer to discuss narrowing of claims asserted and prior art references at issue to triable limits. | 2/2/2022 | 5/18/2022 |
| Dispositive Motion Deadline | 2/9/2022 | 5/25/2022 |
| Serve Pretrial Disclosures | 2/23/2022 | 6/8/2022 |
| Objections/Rebuttal Disclosures | 3/9/2022 | 6/22/2022 |
| Objections to Rebuttal disclosures and file Motions *in Limine* | 3/16/2022 | 6/29/2022 |
| File joint pretrial order and pretrial submissions; file oppositions to motions in *limine* | 3/23/2022 | 7/6/2022 |
| Deadline for request of transcript; deadline to meet and confer regarding remaining objections and disputes on motions in limine | 3/30/2022 | 7/13/2022 |
| Joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine* | 4/8/2022 | 7/20/2022 |
| Final Pretrial Conference | 4/13/2022 | 7/27/2022 |
| Jury Selection / Trial | 5/9/2022 | 8/22/2022 |

| | |
|---|---|
| Dated: October 26, 2021 | Respectfully submitted, |
| */s/ Michael D. Hatcher (by permission)* | */s/ Raymond W. Mort, III* |
| Michael D. Hatcher | Raymond W. Mort, III |
| SIDLEY AUSTIN LLP | THE MORT LAW FIRM, PLLC |
| 2021 McKinney Avenue, Suite 2000 | 100 Congress Avenue, Suite 2000 |
| Dallas, TX 75201 | Austin, TX 78701 |
| Tel: (214) 981-3300 | Tel/fax: (512) 677-6825 |
| Fax: (214) 981-3400 | raymort@austinlaw.com |
| mhatcher@sidley.com | |
| | *Counsel for Plaintiff* |
| *Counsel for Defendant* | *WSOU Investments, LLC d/b/a* |
| *Hewlett Packard Enterprise Company* | *Brazos Licensing and Development* |