# EXHIBIT V

505782849     11/20/2019

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

EPAS ID: PAT5829676

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | CHANGE OF NAME |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| ALCATEL-LUCENT USA INC. | 01/01/2018 |

**RECEIVING PARTY DATA**

| Name: | NOKIA OF AMERICA CORPORATION |
|---|---|
| Street Address: | 600-700 MOUNTAIN AVENUE |
| City: | MURRAY HILL |
| State/Country: | NEW JERSEY |
| Postal Code: | 07974-0636 |

**PROPERTY NUMBERS Total: 60**

| Property Type | Number |
|---|---|
| Patent Number: | 9742635 |
| Patent Number: | 9609540 |
| Patent Number: | 7561534 |
| Patent Number: | 7870462 |
| Patent Number: | 7733988 |
| Patent Number: | 7522682 |
| Patent Number: | 7720827 |
| Patent Number: | 7630310 |
| Patent Number: | 7921070 |
| Patent Number: | 7873505 |
| Patent Number: | 7688757 |
| Patent Number: | 7606142 |
| Patent Number: | 7623634 |
| Patent Number: | 7496571 |
| Patent Number: | 7804943 |
| Patent Number: | 7774014 |
| Patent Number: | 7839776 |
| Patent Number: | 7778285 |
| Patent Number: | 7921072 |
| Patent Number: | 7646860 |

505782849

**PATENT**  
**REEL: 051061 FRAME: 0753**

| Property Type | Number |
|---|---|
| Patent Number: | 7535993 |
| Patent Number: | 7630727 |
| Patent Number: | 7640030 |
| Patent Number: | 7660706 |
| Patent Number: | 9459927 |
| Patent Number: | 9462069 |
| Patent Number: | 7945006 |
| Patent Number: | 7756805 |
| Patent Number: | 7885911 |
| Patent Number: | 7577103 |
| Patent Number: | 7565594 |
| Patent Number: | 7856071 |
| Patent Number: | 7609637 |
| Patent Number: | 7545736 |
| Patent Number: | 7848254 |
| Patent Number: | 7668856 |
| Patent Number: | 7596544 |
| Patent Number: | 7693335 |
| Patent Number: | 7623649 |
| Patent Number: | 7558254 |
| Patent Number: | 7916667 |
| Patent Number: | 7599688 |
| Patent Number: | 7783482 |
| Patent Number: | 7835503 |
| Patent Number: | 7783202 |
| Patent Number: | 7558486 |
| Patent Number: | 7558209 |
| Patent Number: | 7573811 |
| Patent Number: | 9467950 |
| Patent Number: | 7630512 |
| Patent Number: | 7596143 |
| Patent Number: | 7548537 |
| Patent Number: | 7646729 |
| Patent Number: | 7733888 |
| Patent Number: | 7499447 |
| Patent Number: | 7653911 |
| Patent Number: | 7706773 |
| Patent Number: | 7929537 |

WSOU-HPE-00005132

| Property Type | Number |
|---|---|
| Patent Number: | 7805714 |
| Patent Number: | 7626997 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | mary.poremba@nokia.com |
| **Correspondent Name:** | MARY T. POREMBA |
| **Address Line 1:** | 600-700 MOUNTAIN AVENUE |
| **Address Line 2:** | ROOM 6E-210 |
| **Address Line 4:** | MURRAY HILL, NEW JERSEY 07974-0636 |

| ATTORNEY DOCKET NUMBER: | NEW WSOU - (MTP) |
|---|---|
| NAME OF SUBMITTER: | NIRAJ A. DESAI |
| SIGNATURE: | /Niraj A. Desai/ |
| DATE SIGNED: | 11/20/2019 |

**Total Attachments: 3**
source=RestatedCertificateofIncorporationofNOAC-from-ALUUSAINC_1Jan2018#page1.tif
source=RestatedCertificateofIncorporationofNOAC-from-ALUUSAINC_1Jan2018#page2.tif
source=RestatedCertificateofIncorporationofNOAC-from-ALUUSAINC_1Jan2018#page3.tif



Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE RESTATED CERTIFICATE OF "NOKIA OF AMERICA CORPORATION", FILED IN THIS OFFICE ON THE THIRD DAY OF JANUARY, A.D. 2018, AT 3:57 O`CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

2565838  8100
SR# 20180051231

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 201916581
Date: 01-03-18

**PATENT**
**REEL: 051061 FRAME: 0756**

WSOU-HPE-00005134

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:57 PM 01/03/2018
FILED 03:57 PM 01/03/2018
SR 20180051231 - File Number 2565838

# RESTATED CERTIFICATE OF INCORPORATION

## OF

## NOKIA OF AMERICA CORPORATION

In accordance with Sections 242 and 245 of the General Corporation Law of the State of Delaware, Alcatel-Lucent USA Inc., a corporation organized under the laws of the State of Delaware, formed under the name NS-MPG Inc. on November 29, 1995, name changed to Lucent Technologies Inc. on February 5, 1996 and name changed to Alcatel-Lucent USA Inc. effective November 1, 2008 and name changed to Nokia of America Corporation effective January 1, 2018 (the "Corporation"), hereby certifies as follows:

1. The name of the Corporation is Nokia of America Corporation.

2. The address of the registered agent of the Corporation in the State of Delaware is located at 251 Little Falls Drive, in the City of Wilmington, County of New Castle, Zip Code 19808. The name of the Registered Agent at such address upon whom process against this corporation may be served is Corporation Service Company.

3. The purpose of the Corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of the State of Delaware.

4. The total number of shares of stock which the Corporation shall have authority to issue is 1,000 shares of common stock, each having a par value of one cent ($.01).

5. The following provisions are inserted for the management of the business and the conduct of the affairs of the Corporation:

    a. The business and affairs of the Corporation shall be managed by or under the direction of the Board of Directors.
    b. The directors shall have concurrent power with the stockholder(s) to make, alter, amend, change, add to or repeal the By-Laws of the Corporation.
    c. The number of directors shall be as from time to time fixed by, or in the manner provided in, the By-Laws of the Corporation. Election of directors need not be by written ballot.
    d. In addition to the powers and authority hereinbefore or by statute expressly conferred upon them, the directors are hereby empowered to exercise all such powers and do all such acts and things as may be exercised or done by the Corporation, subject to the provisions of the General Corporation Law of the State of Delaware (the "DGCL"), this Restated Certificate of Incorporation and any By-Laws adopted by the stockholder(s); provided, however, that no By-Laws hereafter adopted by the stockholder(s) shall invalidate any prior act of the directors which would have been valid had such By-Laws not been adopted.

6. A director of the Corporation shall not be personally liable to the Corporation or its stockholder(s) for monetary damages for breach of fiduciary duty as a director, except, if required by the DGCL, as amended from time to time, for liability (i) for any breach of the director's duty of loyalty to the Corporation or its stockholder(s); (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law; or (iii) for any transaction from which the director derived an improper benefit. Otherwise, a director of the Corporation shall be fully indemnified in his or her capacity as a director of the Corporation as provided under Delaware law.

7. Meetings of stockholder(s) of the Corporation may be held within or without the State of Delaware, as provided by the By-Laws. The books and records of the Corporation may be kept

**PATENT
REEL: 051061 FRAME: 0757**

WSOU-HPE-00005135

outside of the State of Delaware or places which may be designated from time to time by the Board of Directors or in the By-Laws of the Corporation.

8. The Corporation reserves the right to amend, alter, change or repeal any provision contained in this Restated Certificate of Incorporation, in the manner now or hereafter prescribed by statute, and all rights conferred upon stockholder(s) herein are granted subject to this reservation.

IN WITNESS WHEREOF, the undersigned has executed this Restated Certificate of Incorporation as of this 3rd day of January, 2018.

NOKIA OF AMERICA CORPORATION

By: *Margaret G. Gelsi*
Margaret G. Gelsi, Secretary

2