**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>　　　　Defendant. | No. 6:20-cv-00725-ADA |

### JOINT STIPULATION OF DISMISSAL

　　Pursuant to Fed. R. Civ. P. 41, plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and defendant Hewlett Packard Enterprise Company ("HPE") hereby stipulate that all of Brazos's claims in this action against HPE shall be dismissed with prejudice. Brazos and HPE shall each bear their own costs, expenses, and attorneys' fees.

Dated: March 22, 2022

Respectfully submitted,

/s/ Michael D. Hatcher (by permission)
Michael D. Hatcher
Texas State Bar No. 24027067
Callie C. Butcher
Texas State Bar No. 24092203
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
telephone: (214) 981-3300
facsimile: (214) 981-3400
mhatcher@sidley.com
cbutcher@sidley.com

Michael R. Franzinger
DC Bar No. 500080
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C. 20005
telephone: (202) 736-8000

/s/ Raymond W. Mort, III
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
Zachary H. Ellis
Texas State Bar No. 24122606
zakellis@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Avenue, Suite 2000
Austin, Texas 78701
tel/fax: (512) 677-6825

Sarah G. Hartman
California State Bar No. 281751
shartman@brownrudnick.com
David M. Stein
Texas State Bar No. 797494
dstein@brownrudnick.com
BROWN RUDNICK LLP

facsimile: (202) 736-8711
mfranzinger@sidley.com

Barry K. Shelton
Texas State Bar No. 24055029
WINSTON & STRAWN LLP
2121 North Pearl Street, Suite 900
Dallas, Teas 75201
telephone: (214) 453-6407
facsimile: (214) 453-6400
bshelton@winston.com

*Counsel for Defendant*
*Hewlett Packard Enterprise Company*

2211 Michelson Drive, 7th Floor
Irvine, California 92612
telephone: (949) 752-7100
facsimile: (949) 252-1514

Edward J. Naughton
Massachusetts Bar No. 600059
enaughton@brownrudnick.com
Rebecca MacDowell Lecaroz
Massachusetts Bar No. 666860
rlecaroz@brownrudnick.com
Timothy J. Rousseau
Massachusetts Bar No. 673205
trousseau@brownrudnick.com
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
telephone: (617) 856-8200
facsimile: (617) 856-8201

*Counsel for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*